8/28/25

Dear Clerk of the Court,

Hi, My name is Keith Allen-M21830, I'm just writing to inform the court of my address change, I'm back at Menard C.C.!

Case number 23-cv-3775, case name: Keith Allen v. Wexford Health Source, Inc.

Thank You!

Keith Allen – M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259



Clerk of Court
United States District Court
755 Missouri Ave
East St. Louis, IL. 62201

MAIL CLEARED
US MARSHALS

RECEIVED

SEP 02 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE