ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: _Allen_    First Name: _Keith_    MI ___    ID#: _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/22/22 9:47 AM | **Med Furlough Note:** S.) Ø | P.) Waiting for report, will schedule with a N/P or MD once records are received. |
| | O.) Faxed Wexford Health Services Form | |
| | To: SIH Bᵉˢ | |
| | At Fax # 618-351-4878 | |
| | | C Johnson _Johnsm_ Med Furlough Clerk |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000184

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional    Center

Offender Information:

_Allen_    _Keith_    ID#: _MA1830_
Last Name    First Name    MI

| Date/Time | RN Note:    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 06/17/02 5:09 | S) Medical Furlough Return | P) Follow up with MD/NP in 5 days |
| | O) Inmate returned from medical furiough.  No | |
| | complaints voiced. | |
| | Paperwork received and forwarded to Medical Furlough clerk. | |
| | No paperwork received. | |
| | A) Medical Furlough Return | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000183

Exhibit # 131, p.1-2

M21830

# AFTER VISIT SUMMARY

**Keith Allen**  MRN: 1537618

📅 6/17/2022  2:40 PM  📍 SIH Medical Group Neurology 618-351-4972

## What's Next

You currently have no upcoming appointments scheduled.

## Allergies

Not on File

## 🏥 Recommended Care

|  | Date Due |
|---|---|
| MMR Vaccines (1 of 1 - Standard series) | Never done |
| Varicella Vaccines (1 of 2 - 2-dose childhood series) | Never done |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | Never done |
| COVID-19 Vaccine (3 - Booster for Moderna series) | 09/08/2021 |
| Influenza Vaccine (Season Ended) | 09/01/2022 |

### Today's Visit

You saw Tiffany Ward, MD on Friday June 17, 2022. The following issue was addressed: Right hand pain.

Blood Pressure
**118/78**

BMI
**24.37**

Weight
**165 lb**

Height
**69"**

Temperature
**97.1 °F**

Pulse
**66**

Oxygen Saturation
**98%**

---

Keith Allen (MRN: 1537618) • Printed by [16779] at 6/17/2022 3:35 PM          Page 1 of 2   **Epic**

Allen v. Hunter (23-3775) Bates Document No.:     000229

Exhibit # 131, p. 2 of 2

M21030

## MyChart Information

If you are 18 or older and do not have a SIH MyChart patient portal account, we make it easy by following these steps:

1. Enter mychart.sih.net in your internet browser or download the MyChart app and select Southern Illinois Healthcare.
2. This will take you to the SIH MyChart home page
3. Click "Sign Up Now"
4. Click "Sign Up Online"

If you have problems with your MyChart account, call the SIH MyChart Liaison at 618-457-5200 ext. 67123.



## Your Medication List as of June 17, 2022 3:35 PM

You have not been prescribed any medications.

## COVID-19 Information

COVID-19, also known as a coronavirus, is caused by a type of virus that causes respiratory illness. Symptoms include fever, cough, and shortness of breath.

Here's what you can do to help protect yourself:

- Stay home if possible
- Avoid close contact (6 feet, which is about two arm lengths) with people who are sick
- If you do go out in public, wear a fabric mask in addition to avoiding close contact
- Wash your hands often with soap and water for at least 20 seconds
- Avoid touching your eyes, nose, and mouth
- Clean and disinfect frequently touched surfaces

**Call our SIH COVID-19 Hotline if you have symptoms or concerns about exposure 844.988.7800**

Keith Allen (MRN: 1537618) • Printed by [16779] at 6/17/2022 3:35 PM        Page 2 of 2    **Epic**

Allen v. Hunter (23-3775) Bates Document No.:    000230

M21830

 **SIH**

SIH Professional Office
Building
305 West Jackson

Allen, Keith
MRN: 1537618, DOB: 6/4/1988, Sex: M
Visit date: 6/17/2022

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

---

### Procedures by Tiffany Ward, MD at 06/17/22 1440

| | | |
|---|---|---|
| Author: Tiffany Ward, MD | Service: — | Author Type: Physician |
| Filed: 06/17/22 1645 | Encounter Date: 6/17/2022 | Status: Signed |
| Editor: Tiffany Ward, MD (Physician) | | |

Procedure Orders
1. Nerve conduction test - Neurology Brain and Spine [68837251] ordered by Non-Electronic Order

Post-procedure Diagnoses
1. Right hand pain [M79.641]

### Nerve conduction test - Neurology Brain and Spine

**Date/Time: 6/17/2022 4:32 PM**
**Performed by: Tiffany Ward, MD**
**Authorized by: Michael Moldenhauer, NP**

**Preliminary Report:**
**There is evidence of a mild median neuropathy at the right wrist.[TW 1]**

Electronically signed by Tiffany Ward, MD at 06/17/22 1645
Attribution Key
    TW.1 - Tiffany Ward, MD on 06/17/22 1632

Keith Allen 000267

Fax Server                    6/22/2022 7:30:45 AM    PAGE    2/003    Fax Server

Exhibit # 133, p. 2 of 2

M21830

 SIH

Allen, Keith
MRN: 1537516, DOB: 6/4/1988, Sex: M

*Providers are independent contractors and
not employees of Southern Illinois Healthcare*

HIM ROI Authorization - Scan on 6/22/2022 0728: MENARD ROI Request (below)

---

## Menard Correctional Center
### FACSIMILE COVER SHEET

| | | |
|---|---|---|
| **DATE:** 10/17/22 | **# FAGES:** | 2 |
| **TO:** SIH BRS | **FROM:** Menard Correctional Center |
| **PHONE:** | 711 Kaskaskia Street |
| | Menard, Illinois 62259 |
| **FAX:** 618 351-4878 | **PHONE:** 618-826-5071 EXT: 2476 |
| | **FAX:** 618-826-1744 |
| | **CONTACT:** Chasity (Med Furlough Clerk) |

### CONFIDENTIAL

☐ URGENT    ☐ FOR YOUR REVIEW    ☒ REPLY ASAP    ☐ PLEASE COMMENT

Thank you.

C. Johnson

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us at the above address via U.S. Postal Service. Thank you.

---

Keith Allen 000268

E #2241 /# 134, P.1-4

M21830

510 Lincoln Drive
Herrin, IL 629456334
(618) 997-6800

**So Ortho Assoc/Ortho
Inst Of W KY**

# Fax

| To: | Babich MD, Glen S | From: | NextGen Admin |
|---|---|---|---|
| Fax: | (618) 826-1746 | Pages: | 4 |
| Company: | | Date: | 9/28/2022 4:35:22 PM |

● **Comments:**

Keith Allen 000279

Exhibit # 1st p, 2 of 4

*MV1830*



THE
**ORTHOPAEDIC**
I N S T I T U T E
OF SOUTHERN ILLINOIS

Patient:          **Keith Allen**
Date of Birth:    **06/04/1988** Age: 34
Date:             **09/27/2022 10:50 AM**
Visit Type:       **Office Visit**

## CHIEF COMPLAINT:
Numbness and tingling, right upper extremity and healed 5th metacarpal fracture.

## HISTORY OF PRESENT ILLNESS:
1. rt hand

This 34-year-old inmate at Menard, has been having numbness and tingling mostly in his thumb, index, long and ring, sometimes in his small finger at times. He states it particularly occurs with activity, mostly with writing. He did have a nerve study that was recommended by Neurology. He had therapy, bracing, maybe some anti-inflammatory medicines. He states he would like to proceed with this. Denies any other issues or complaints.

Other Correspondence:
Nerve study by Dr. Ward demonstrated evidence of mild median neuropathy at the wrist. No dorsal ulnar cutaneous nerve abnormalities.
Nursing Comments:



## PAST MEDICAL HISTORY  (Detailed)
| Disease | Onset Date | Comments |
|---------|-----------|----------|
| Arthritis | | |

## PAST SURGICAL HISTORY
| Management | Laterality | Date | Comments |
|-----------|-----------|------|----------|
| no known surgical history | | | |

## SOCIAL HISTORY  (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

## FAMILY HISTORY  (Detailed)
Condition

Allen, Keith    000000272220 06/04/1988 09/27/2022 10:50 AM Page: 1/3

Keith Allen 000280

M21830

Family history of Cardiovascular disease
Family history of Cancer, unknown
Family history of Diabetes mellitus

## MEDICATIONS:

Ordered this Encounter:

| Brand | Dose | Sig Desc |
|---|---|---|
| MELOXICAM | 7.5 mg | take 1 tablet by oral route every day |

Patient Status
Completed with infomation received for patient transitioning into care.
Medication Reconciliation
Medications reconciled today.
Medication Reviewed

| Medication Name | Prescribed Elsewhere | Status |
|---|---|---|
| Cymbalta 30 mg capsule,delayed release | Y | Verified |

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Respiratory | Negative | Chest pain and Dyspnea. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

Vital Signs
## VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg/m2 | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5.0 | 9.00 | 175.26 | 185.00 | 27.32 | | | | 12:06 PM | April Hines |

## PHYSICAL EXAM:

His right hand did demonstrates a positive median carpal compression. He did have a positive Tinel's. Negative Wartenberg, negative Froment. No muscle atrophy. Strength was 5/5 bilaterally. Was neurovascularly intact. He had no tenderness to palpation along the base of his 5th metacarpal.

## DIAGNOSTICS:

| Ordered Date | Completed Date | Dx./Indication | Study | Result | orderedBy |
|---|---|---|---|---|---|
| 09/27/2022 | | Pain in left hand | Hand Xray Min 3 Views | | Mason PA-C David PA-C |

Diagnostic Interpretation: Three views of his right hand demonstrates healed 5th metacarpal base fracture. No displacement or angulation noted. Unchanged from previous evaluation.

9/28/2022 4:37:00 PM    Bo Ohno Aseociates Inst Of W KY    Fee    Page 4 of

M21830

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Pain in left hand (M79.642). |
| 2. | Assessment | Carpal tunnel syndrome of right wrist (G56.01). |

### Assessment:
1. Right carpal tunnel syndrome.
2. Healed 5th metacarpal base fracture.

### Plan:
I did discuss treatment options with the patient. He is requesting to try conservative measures prior to any type of surgery. We will recommend a forearm based wrist brace that he wears at night, some meloxicam 7.5 milligrams 1 p.o. daily as needed and some physical therapy. We will see him back here in 2 months to see how he is doing. If he has questions or issues before then, I have asked him to call.



David Mason, PA-C/60022

The patient was checked out at 12:41 PM.

Electronically signed by : **David Mason PA-C** 09/27/2022 10:50 AM

510 Lincoln Drive Herrin, IL 62948 - Phone : 618.997.0800 - Fax: 618.998.9385 - www.orthopaedicinstitute.com

Allen, Keith    OO0000272220 06/04/1988 09/27/2022 10:50 AM Page: 3/3



David Mason, PA-C
Orthopaedic Institute
510 Lincoln Drive
Herrin, IL 62948
Phone: (618) 997-6800
LIC: 85002553
NPI: 1649210766



M21830

**Date:** September 27, 2022
**Start Date:** 09/27/2022

**Patient Name:** Keith Allen
**Address:** 711 Kaskaskia St
Menard, IL 622599999

**DOB:** 06/04/1988
**DX Code:**

| Drug | SIG | Dispense | Refill | DAW | Special Instructions |
|------|-----|----------|--------|-----|---------------------|
| meloxicam 7.5 mg tablet | take 1 tablet by oral route every day | 30 (thirty) | 1 (one) | Generic Substitution Permissable | |

**Provider:**

Prescription is void if more than one (1) prescription is written per blank.

written Rx 9/27/88

Keith Allen 000274





**Patient MRN:** 000000272220
**Date:** 09/27/2022
**Description:** Medical Assistant/Nurse Note Documentation

Allen, Keith  06/04/1988

patient with a healed 5th metacarpal base fracture and right Carpal tunnel syndrome. Recommend a cock up wrist brace to wear at night and as needed. Recommend PT for modalities and myofascial release. Recommend meloxicam 7.5 mg po daily as needed. Follow up in 2 months. If not improved plan carpal tunnel release.

Rendering Provider: David Mason PA-C

Document generated by: David Mason 09/27/2022 12:43 PM

Exhibit # 136/p. 1 of 3

FROM                                    (THU) SEP 28 2023 11:32/ST. 11:31/No. 7531756438 P 3

M2P830



Patient:            Keith Allen
Date of Birth:      06/04/1988 Age: 35
Date:               08/03/2023 8:40 AM
Visit Type:         Office Visit

### CHIEF COMPLAINT:
Right carpal tunnel release, surgery date was 03/03/2023.

### HISTORY OF PRESENT ILLNESS:
1. Follow Up of rt hand

This 34-year-old inmate from Menard comes back for his followup. He states he is doing much better. Numbness and tingling is improved. It is not 100%, but it is getting better.

### PAST MEDICAL HISTORY (Detailed)
| Disease | Onset Date | Comments |
|---|---|---|
| Bipolar | | |
| PTSD | | |
| Arthritis | | |

### PAST SURGICAL HISTORY
| Management | Laterality | Date | Comments |
|---|---|---|---|
| R CTR | | 03/03/2023 | |

### SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

### FAMILY HISTORY (Detailed)
| Condition |
|---|
| Family history of Cardiovascular disease |
| Family history of Cancer, unknown |

Allen, Keith   000000272220 06/04/1988 08/03/2023 08:40 AM Page: 1/3

PAGE 3/3 * RCVD AT 9/28/2023 11:40:10 AM [Central Daylight Time] * SVR:IL084EFAX03/18 * DNIS:6306453721 * CSID:6183840587 * ANI:10.225.188.50:32305,6183840600 * DURATION (m

Exhibit 136, p. 2 of 3

M2183C

Family history of Diabetes mellitus

## MEDICATIONS:
Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## ALLERGIES:
Ingredient
NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Detail |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Respiratory | Negative | Chest pain and Dyspnea. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

### Vital Signs

## VITAL SIGNS

| BP mm/Hg | Ht/in | Ht/cm | Wt/lb | BMI kg/m2/min | Pulse c/min | Resp | Temperature | Measured by |
|---|---|---|---|---|---|---|---|---|
| | 5.0 | 9.00 | 175.26 | 185.00 | 27.32 | | | 8:39 AM | April Hines |

## PHYSICAL EXAM:
Incision was well healed. He had full range of motion. He had no evidence of infection. Sensation on gross exam was intact. He was neurovascularly intact.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Nondisp fx of base of fifth MC bone, right hand, init (S62.346A). |
| 2 | Assessment | Carpal tunnel syndrome, right upper limb (G56.01). |

### Plan:
I did advise him it does talk a long time for that nerve to regenerate. It may never completely be perfect again, but in general, if he gives this plenty of time, it should continue to improve. We will see him back in our clinic as needed. If he has problems or issues in the future, we are happy to help out.

David Mason, PA-C/60001

Allen, Keith   000000272220 06/04/1988 08/03/2023 08:40 AM Page: 2/3

Allen v. Hunter (23-3775) Bates Document No.:    000412

*Exhibit #136, p.3 of 3*

FROM

(THU) SEP 28 2023 11:34/ST. 11:31/No. 7531756438 P 5

m2183c

Electronically signed by : *David Mason PA-C* *08/03/2023 08:40 AM*

Document generated by: N. Admin 08/06/2024 07:00 AM    v.8.4/26)
- 8.3/39

510 Lincoln Drive Herrin, IL 62948 · Phone: 618.997.6800 · Fax: 618.998.9385 · www.orthopaedicinstitute.com

Electronically signed by Steven D. Young MD on 08/28/2023 07:41 AM

Allen, Keith    000000272220 06/04/1988 08/03/2023 08:40 AM Page: 3/3

PAGE 3/3 * RCVD AT 9/28/2023 11:40:10 AM [Central Daylight Time]* SVR:IL084EFAX03/19 * DNIS:6306453721 * CSID:6183640567 * ANI:10.225.188.30:32305,6183640600 * DURATION (m

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

Inmate/Student Name  Allen, Keith

Inmate/Student I.D.#  M-21830

Reception Facility

DOB 6-1-88

Panorex

Screening
DDS #6

Public Health Classification Screening Dates

Endodontics
Oral Surgery
Periodontics
Operative
Prosthetic

☐ Schedule immediately at R&C
☐ Schedule routine exam at receiving institution
☐ Schedule immediately at receiving institution

Pathology

Receiving Inst.

Dentist

Date

**MEDICAL HISTORY AND REMARKS**

Yes  No  Current Medication

Cardio Vascular Disease
Pulmonary Disease/Asthma
Diabetes
Epilepsy
Hepatitis
V.D. (Type _____ )
Allergies (Type _____ )

**ADULT**

EXISTING RESTORATIONS & MISSING TEETH

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
R                                      L
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

TREATMENT NEEDED · COMPLETED RESTORATIONS

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

**JUVENILE**

Ex #2257, p1 f2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: Allen, Keith                    ID# m21830

Reason for Referral:
☐ Consult          ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation       ☐ Management
☐ Procedure/service (specify) _____
☒ Other (specify) _2 mo f/u_____

Urgent: ☐ Yes    ☒ No

Referred to: _____ OISI _____

Rationale for Referral: Seen ortho on 9/27/22 for having numbness
tingling mostly in thumb, index, long d ring, sometimes
in his small finger @ times — recommend 2 mo f/u

Lisa Dearmond, FNP-C                    [signature]                    10-4-22
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)
Findings: _____

_____

_____

Assessment: _____

_____

_____

Recommendations/Plans: _____

_____

_____

_____

Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and    Page 1 of 1    DOC 0254 (Eff.4/2007)
If denied/revised, Heath Care Unit Administrator                (Replaces DC 7105)

Keith Allen 000278

Exhibit 1, 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard CC
(Facility)

Offender's Name: Allen, Keith                    ID# M21830

Reason for Referral:  ☐ Consult      ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☐ Evaluation   ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☒ Other (specify) 2 month follow-up

Urgent: ☐ Yes    ☒ No

Referred to: OISI D. Mason PA-C

Rationale for Referral: DX: Hx of 5th metacarpal base fracture and carpal tunnel syndrome-right. DOB: 06/04/88.

_____

Alisa Dearmond FNP-C                    _[signature]_                    09/27/22
Print Referring Practitioner's Name      Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

_____

_____

Assessment: _____

_____

_____

Recommendations/Plans: _____

_____

_____

_____

_____    _____    _____
Print Practitioner's Name        Practitioner's Signature        Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

    ☐ Approve.

    ☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
       DOC 0255.

_____    _____    _____
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date

Keith Allen 000277





## THERAPY ORDERS

DATE: 09/27/2022 10:50 AM
PATIENT: **Keith Allen**
DOB: 06/04/1988
ADDRESS: **711 Kaskaskia St**
CITY: **Menard** STATE: ZIP: **62259-9999**
TELEPHONE: **(618)826-5071**

PT Eval & Treat or OT Eval & Treat

**FREQUENCY:** 1-2
**DURATION:** 2-4 weeks

TREATING ASSESSMENT

| Diagnosis description | Dx code | Status |
|---|---|---|
| Carpal tunnel syndrome of right wrist | G56.01 | |

PHYSICIAN GOALS
pain relief
increased function

TREATMENT
OT evaluate & treat
Home exercise

MANUAL THERAPY
Myofascial release

MODALITIES
Modalities of Choice

Provider: David Mason PA-C  09/27/2022 10:50 AM

Supervising:  09/27/2022 10:50 AM

Document generated by - David Mason 09/27/2022

Allen, Keith    O00000272220 06/04/1988 09/27/2022 10:50 AM Page: 1/2

Exhibit G p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: _Allen, Keith_    ID# _m21830_

Reason for Referral:
☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☒ Other (specify) _2 mo Flu_

Urgent: ☐ Yes    ☒ No

Referred to: _OISI_

Rationale for Referral: _Seen ortho on 9/27/22 for having numbered tingling mostly in thumb + index, long d ring, sometimes in his small finger @ times — Recommend 2 mo F/u_

Alisa Dearmond, FNP-C
**Print Referring Practitioner's Name**    **Referring Practitioner's Signature**    **Date** _10-4-22_

Findings: _____

**Report of Referral (Use Reverse Side, If necessary)**

Assessment: _____

Recommendations/Plans: _____

**Print Practitioner's Name**    **Practitioner's Signature**    **Date**

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

**Print Facility Medical Director's Name**    **Facility Medical Director's Signature**    **Date**

Distribution: Offender's Medical File, and
If denied/revised, Heath Care Unit Administrator    Page 1 of 1    DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Keith Allen 000284



*BEGIN USING FROM BOTTOM UP

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☑ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417          Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417          Noted by: _____ Date: _____

---

NKDA                      MCC                      E8-13

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient Allen, Keith      Reg. # M21830      Date: 9/27/22

Problem _____

ORDER: (Physician's Signature After Last Order) _____
Meloxicam 7.5mg PO OD x 3 months

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417          Noted by: _____ Date: _____

Keith Allen 000329

ILLINOIS DEPARTMENT OF CORRECTIONS
## Prescription Order
Chart Copy (Not a prescription)

BEGIN USING FROM BOTTOM UP

*e 813*

Offender: _____  ID #: _____  Date: _____

Allergies: NKDA                 Facility: _____    Cell #: _____

ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #:: _____    Physician (Print): _____

☒ May Substitute: _____  M.D.

☐ May Not Substitute: _____  M.D.

Noted by: _____  Date: _____    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

---

ILLINOIS DEPARTMENT OF CORRECTIONS
## Prescription Order
Chart Copy (Not a prescription)

Offender: _____  ID #: _____  Date: _____

Allergies: NKDA                 Facility: _____    Cell #: _____

ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #::BB6137788/1003912601    Physician (Print): Morris A. Blount, Jr., M.D.

☒ May Substitute: _____  M.D.

☐ May Not Substitute: _____  M.D.

Noted by: _____  Date: _____    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

---

ILLINOIS DEPARTMENT OF CORRECTIONS
## Prescription Order
Chart Copy (Not a prescription)

Offender: Allen, Keith          ID #: M21830          Date: 11-8-22

Allergies: NKDA                 Facility: Menard    Cell #: _____

ORDER: (Physician's Signature After Last Order)

stop Cymbalta 30mg po qhs
start Cymbalta 60mg po qhs x 60 days DOT

(Provider is aware of possible drug interactions, please dispense)

DEA/Illinois Lic. #::BB6137788/1003912601    Physician (Print): Morris A. Blount, Jr., M.D.

☒ May Substitute: Morris A. Blount, Jr., M.D.   Digitally signed by Morris A. Blount Jr. M D   M.D.
                                                 Date: 2021-11-08 11:19:44 -06:00
☐ May Not Substitute: _____  M.D.

Noted by: **Jeremy Butler, CN2**    Date: 11/9/22    DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

Keith Allen 000330

Exhibit 2 (b.p. 1 of 2)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

Offender Information:

Allen                    Keith                    ID#: M21830
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/20/23 1450 | NP Note | P) 1) May get incision wet in shower tomorrow |
| | S/O) med furlough return c orders. | 2) In two days Pt is to begin working on scar massage c Vaseline |
| | A) S/p Carpal Tunnel Release | 3) Cont to work on ROM. will send to PT |
| | | 4) F/U in 6 weeks c D. Mason PA-C |
| | | 5) If refill is needed for Vaseline must see NP. |
| | | Jame RN |

Allen v. Hunter (23-3775) Bates Document No.:    000367

Exhibit #40, pg. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Menard Correctional Center</u>

Offender Information:

*Allen*          *Keith*          ID#: M21830
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4-4-23 | **Med Furlough Clerk Note:** | |
| | S.) Ø | P.) Waiting for report, will report to scheduler once received to get individual scheduled with N/P or MD |
| | O.) Faxed Wexford Health Service form to request medical records. | *H. Rodgers* <br> H. Rodgers <br> Med Furlough Clerk |
| | To: OISI | |
| | At fax number: 618-993-8188 | |
| 5-10-23 | nos nk <br> s) pt states unn symple <br> o) manul rom <br> A) complete no nw 150 | P) let p po <br> OP |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Exhibit # 14(7442259)

✓ 3/1/2023 15:28                                    RRD → 16188261746                    3/3

m 21830

**Memorial Hospital**
1900 State Street
Chester, IL 62233-
(618) 826-4581

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | ALLEN, KEITH | | | Admit: | 3/1/2023 | |
| MRN: | 80013713 | | | Disch: | | |
| FIN: | 60188338 | | | Admitting: | Dearmond,Alisa | |
| DOB/Age/Sex: | 6/4/1988 | 34 years | Male | Copy to: | Dearmond,Alisa | |
| Location: | MMRL Lab - MH | | | | | |

## Chemistry

### Routine Chemistry

| Collected Date | 3/1/2023 | | |
|---|---|---|---|
| Collected Time | 12:57 CST | | |
| **Procedure** | | **Units** | **Reference Range** |
| Sodium Lvl | 138 | mmol/L | [135-145] |
| Potassium Lvl | 4.6 | mmol/L | [3.3-4.9] |
| Chloride | 102 | mmol/L | [97-110] |
| CO2 | 26.0 | mmol/L | [22.0-32.0] |
| AGAP | 15 | mmol/L | [2-16] |
| BUN | 9 | mg/dL | [5-25] |
| Creatinine | 1.50 H | mg/dL | [0.80-1.30] |
| GFR African American | 69 L | mL/min/1.73 m2 | [>=70] |
| GFR NonAfrican American | 60 L | mL/min/1.73 m2 | [>=70] |
| Glucose Lvl | 88 | mg/dL | [70-99] |
| Calcium Lvl | 9.8 | mg/dL | [8.5-10.3] |
| Total Protein | 6.8 | gm/dL | [6.5-8.5] |
| Albumin Lvl | 4.6 | gm/dL | [3.5-5.0] |
| Globulin | 2.2 L | gm/dL | [2.3-3.5] |
| Alk Phos | 68 | unit/L | [40-130] |
| ALT | 25 | unit/L | [5-40] |
| AST | 19 | unit/L | [10-40] |
| Bili Total | 0.3 | mg/dL | [0.1-1.2] |



✓ 3/1/23 pm

@=Abnormal *=Critical L=Low H=High ^=Corrected N=Comment O=Order Comment #=Interp Data R=Performing Loc

Report Request ID:  517243326                    Page 1 of 1                    Print Date/Time:  3/1/2023 15:27 EST

*Exhibit 14, p. 3 of 4*

✗ 3/1/2023  14:28                                          RRD→16188261746                    3/3

*M21830*

**Memorial Hospital**
1900 State Street
Chester, IL 62233-
(618) 826-4581

| | | | | | |
|---|---|---|---|---|---|
| Patient: | ALLEN, KEITH | | | Admit: | 3/1/2023 |
| MRN: | 80013713 | | | Disch: | |
| FIN: | 60188338 | | | Admitting: | Dearmond,Alisa |
| DOB/Age/Sex: | 6/4/1988 | 34 years | Male | Copy to: | Dearmond,Alisa |
| Location: | MMRL Lab - MH | | | | |

## *Hematology*

### *General Hematology*

| Collected Date | 3/1/2023 | | |
|---|---|---|---|
| Collected Time | 12:57 CST | | |
| Procedure | | Units | Reference Range |
| WBC | 4.1 L | x10(3)/uL | [4.8-10.8] |
| RBC | 5.03 | x10(6)/mcL | [4.50-6.10] |
| Hgb | 13.7 L | gm/dL | [14.0-18.0] |
| Hct | 40.9 L | % | [41.0-53.0] |
| MCV | 81.3 | fL | [80.0-100.0] |
| MCH | 27.2 | pg | [26.0-34.0] |
| MCHC | 33.4 | gm/dL | [31.0-37.0] |
| RDW-CV | 12.8 | % | [11.5-14.5] |
| RDW-SD | 36.8 L | fL | [37.0-54.0] |
| Platelet | 275 | x10(3)/uL | [130-400] |
| MPV | 9.2 | fL | [7.4-10.4] |
| Neutro Auto | 51.1 | % | [42.2-75.2] |
| Lymph Auto | 34.7 | % | [20.5-51.0] |
| Mono Auto | 9.5 | % | [1.7-10.0] |
| Eos Auto | 3.3 | % | [0.0-10.0] |
| Basophil Auto | 1.4 H | % | [0.0-1.0] |
| Neutro Absolute | 2.1 | x10(3)/uL | [1.4-6.5] |
| Lymph Absolute | 1.4 | x10(3)/uL | [1.2-3.4] |
| Mono Absolute | 0.4 | x10(3)/uL | [0.1-0.6] |
| Eos Absolute | 0.1 | x10(3)/uL | [0.0-0.7] |

### *Differential Results*

| Collected Date | 3/1/2023 | | |
|---|---|---|---|
| Collected Time | 12:57 CST | | |
| Procedure | | Units | Reference Range |
| Basophil Absolute | 0.1 | x10(3)/uL | [0.0-0.2] |

*√3|1|23*

*BSM*

Allen v. Hunter (23-3775) Bates Document No.:     000448

Exhibit 14/, p. 3 of 4

uivmefaxp01     3/18/2023 6:02:50 PM  PAGE   4/057   Fax Server

🌿UI Health | uic

University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750)
Chicago, IL 60612
Ph 312.355.5800

Laboratory Director Sally A. Campbell-Lee, MD

Menard Correctional Center
711 Kaskaskia St
PO Box 711
Menard Illinois 62259

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Allen, Keith | 6/4/1988 | 200491267 | male | RQ1360233 |

| PHYSICIAN | OUTSIDE MRN | PRINTED DATE |
|---|---|---|
| BABICH, GLEN | A208-M21830 | 3/18/2023 6 01 PM |

**Final Report**

**Reportable Tests:** CORONAVIRUS SARS-COV-2 RT PCR

**Authorizing Provider**

Glen Babich

**CORONAVIRUS SARS-COV-2 RT PCR** (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| Coronavirus SARS-CoV-2 RT PCR | Not Detected | Not Detected |

Testing was performed using the Abbott Qualitative RealTime SARS-CoV-2 assay. The assay is a real-time (rt) reverse transcriptase (RT) polymerase chain reaction (PCR) that detects nucleic acid from the SARS-CoV-2 samples in nasal, nasopharyngeal and oropharyngeal swabs. This assay is for in vitro diagnostic use under FDA Emergency Use Authorization (EUA). The test has been validated by the Microbiology Laboratory at the University of Illinois Hospital and Health Sciences Center in accordance with the FDA's guidance Document (Policy for Diagnostics Testing in Laboratories Certified to Perform High Complexity Testing under CLIA prior to EUA for Coronavirus Disease -2020 during the Public Health Emergency). Results reported as " Detected" are indicative of the presence of SARS-CoV-2 RNA, but does not rule out co-infection with other pathogens; clinical correlation with patient history and other diagnostic information is necessary to determine patient infection status. Results reported as " NOT-Detected" do not preclude SARS-CoV-2 infection Results reported as " Inconclusive" means that we are unable to reliably determine a result for a specimen due to either inadequate collection of specimen or sample error during amplification process. All Results should be interpreted in the context of clinical manifestation, epidemiological information and should not be used as the sole clinical diagnosis.

Specimen Type: Swab Specimen Source: Anterior Nasal Specimen: 23H-077SR0186 Ordered by Unspecified  Authorized by Glen Babich  Collected: 3/17/2023 0900 Received: 3/18/2023 0232 Verified: 3/18/2023 1735  Resulted by UIH

**Collection Questions**

| Reason for Test: | None |
|---|---|
| Date of Symptom Onset | |

**Resulting Labs**

UIH CLIA: 14D0664392

UI HEALTH PATHOLOGY LABORATORY, 840 South Wood Street Room 215 BLDG 920 (CSB),
Chicago IL 60612
Director: Frederick Behm M.D.

3/20/23

Patient: Allen, Keith          MRN: 200491267          RQ1360233          Page: 1 of 1

PAGE 4/57 * RCVD AT 3/18/2023 6:02:46 PM [Central Daylight Time] * SVR:IL084EFAX03/5 * DNIS:6308453721 * CSID:uivmefaxp01 * ANI: TA:10.225.188.30:02288,31249288 * DURATION (

Exhibit



**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Covid-19 Rapid Test Result Report**

*Menard CC*

Offender Name: Allen, Keith

(Print Name)

ID#: m41856

Date of Test: 5-31-23

Time of Test: 9am

Lot Number: 2C70177

Expiration Date:

Exhibit ID #2263, 1 of 4

11.15/2022 6:37:30 AM

Be Ortho Assoc/Ortho Inst Of W KY    Fax    Page 2 of 4

M21830



Patient:            Keith Allen
Date of Birth:      06/04/1988 Age: 34
Date:               11/15/2022 8:40 AM
Visit Type:         Office Visit



## CHIEF COMPLAINT:
Numbness and tingling thumb, index, long finger.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| no known surgical history | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Condition
Family history of Cardiovascular disease
Family history of Cancer, unknown
Family history of Diabetes mellitus

## MEDICATIONS:
Medication Reconciliation
Medications reconciled today.

## ALLERGIES:

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|
| | | | |

Allen, Keith    000000272220 06/04/1988 11/15/2022 08:40 AM Page 1/3

Exhibit #15 p. 2 of 4

11/15/2022 @ 11:04 AM                          So Ortho Assoc/Ortho Inst Of W KY    Fax                M21380                    Page 4 of 4

David Mason, PA-C/50001

Electronically signed by : **David Mason PA-C** 11/15/2022 08:40 AM

510 Lincoln Drive Herrin, IL 62948 - Phone. 618.997.0600 - Fax 618.998.9365 - www.orthopaedicinstitute.com

Allen, Keith    000000272220 06/04/1988 11/15/2022 08:40 AM Page 3/3

Allen v. Hunter (23-3775) Bates Document No.:    000402

Exhibit # 19d, p. 3 of 4



M21830

## Pre-Op/Surgery Orders

Today's Date: 02/20/2023 11:11 AM        Encounter Date: 02/03/2023

**Patient Name:**          Keith Allen
**DOB:**                   06/04/1988
**SSN:**
**Primary Insurance:**     Wexford Health Sources Claims
**Other Insurance:**
**Phone:**                 H: (618)826-5071

| Side | Indication | Diagnosis | Type of Treatment | Proc Code | Date |
|------|-----------|-----------|-------------------|-----------|------|
| right | Carpal tunnel syndrome of right wrist | GS6.01 | Carpal Tunnel Release | 64721 | 03/03/2023 |

**Surgery Date:**          03/03/2023
**Operative Consent:**     Rt. hand CTR, PAN

**Surgeon:**               Steven D. Young, MD
**Facility:**              Marion Healthcare
**Preop H&P Physician:**   Physician at Menard 826-5071 x2467
**Send Pre-Op Testing to PCP:**  fax 826-1746

**Anesthesia:**            Beir Block.

**Lab Diagnosis:**         Carpal tunnel syndrome of right wrist  G56.01

**Pre-Op Labs**            Per Anesthesia

**Pre-op Prep:**
    NPO past midnight
    Routine clip and skin cleanse to operative site
    Patient to initial operative site
    IVNS{Unexpected Value}
    IVLR 1000cc @ KVO
    Accucheck if diabetic
**Pre-op Meds:**
80-120 kilograms - 2 gm Ancef IVPB in holding area (if < 80 give 1 gm Ancef, if >120 give 3 gm Ancef)

**Allergies:**

| Ingredient | Reaction (Severity) | Medication Name | Comment |
|------------|---------------------|-----------------|---------|
| | | | |

Allen, Keith    06/04/1988                1/2



Exhibit #2266, p. 4 of 4

NO KNOWN ALLERGIES

**Vitals:**

| Ht (In) | Wt (Lb) | BP | Pulse | BMI | Temp (F) | Resp |
|---|---|---|---|---|---|---|
| 69.00 | 185.00 | | | 27.32 | | |

Electronically signed by : ***Steven D. Young MD** 02/03/2023 08:00 AM*

Steven D. Young MD

510 Lincoln Drive Herrin, IL 62948 · Phone: 618.997.6800 · Fax: 618.998.9385 · www.orthopaedicinstitute.com

Allen v. Hunter (23-3775) Bates Document No.:    000432

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:
Stop Date: __/__/__
Date: __/__/__
# of Pills

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:
Stop Date: __/__/__
Date: __/__/__
# of Pills

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:
Stop Date: __/__/__
Date: __/__/__
# of Pills

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:
Stop Date: __/__/__
Date: __/__/__
# of Pills

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:
Stop Date: __/__/__
Date: __/__/__
# of Pills

Form #1828.MR2

Reorder Fr... DPAS 800-438-8884

EXHIBIT 43



Exhibit # 144 p.1

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN 325MG TAB SUB FOR TYLENOL TAKE 1-2 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED (ALTERNATE WITH IBU) DEARMOND, ALISA | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DULOXETINE 30MG CAP SUB FOR: CYMBALTA TAKE 3 CAPSULE(S) BY MOUTH AT BEDTIME "DOT" GLENN, ROBERT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 600MG TAB SUB FOR: MOTRIN TAKE 1 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED (ALTERNATE WITH TYLENOL) DEARMOND, ALISA | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

W-1.9    Date of Birth or Soc. Sec. No. 06/04/1988    Allergies NO KNOWN DRUG ALLERGY

ALLEN, KEITH MZ1830

Facility MENARD CORR CTR

Charting for 04/01/2023    Through 04/30/2023

Form # 99BLUMZ (Rev 07/22)

Allen v. Hunter (23-3775) Bates Document No.:    000434



Exhibit #144

# MEDICATION ADMINISTRATION RECORD

# MEDICATION ADMINISTRATION RECORD

Exhibit # 145

## Instructions

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under reason notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

## Non-Administered Medication Codes:

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

## Result Codes

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

## Injection Site Codes:

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteal) Left
F. Buttocks (Gluteal) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Init | Medication/Strengths | Route | Reason | Result |
|---|---|---|---|---|---|---|

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Form # 6182LMR2

| Date | Time | Initial | Medication/Strengths | Route | Regimen | Result |
|---|---|---|---|---|---|---|

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Medication: _____  # of Pills ___
Start Date: __/__/__   Stop Date: __/__/__
Staff Signature: _____  Date: __/__/__
Patient Signature: _____  Date: __/__/__

Reorder From PADSS 800-438-8804

U4498

Allen v. Hunter (23-3775) Bates Document No.:     000438

Exhibit #146, p. 1



Allen v. Hunter (23-3775) Bates Document No.: 000437

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

Column headers: Date | Time | Initial | Medication/Strengths | Route | Result | Reason

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

Medication:
Start Date:
Staff Signature:
Patient Signature:
# of Pills
Stop Date:
Date:
Date:

Medication:
Start Date:
Staff Signature:
Patient Signature:
# of Pills
Stop Date:
Date:
Date:

Medication:
Start Date:
Staff Signature:
Patient Signature:
# of Pills
Stop Date:
Date:
Date:

Medication:
Start Date:
Staff Signature:
Patient Signature:
# of Pills
Stop Date:
Date:
Date:

Medication:
Start Date:
Staff Signature:
Patient Signature:
# of Pills
Stop Date:
Date:
Date:

Form # 6183LMR2

Reorder Form MEDPASS 800-438-8884



MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-7397 • Fax: 814-629-7644

Exhibit # 147/A1

MEDICATIONS

DULOXETINE 30MG CAP
GARRHARRAN SIARAD
SUB FOR CYMBALTA
TAKE 3 CAPSULE(S) BY MOUTH AT
BEDTIME

Vaseline as directed
20mg

Patient Name and Number
ALLEN, KEITH A121830

Date of Birth or Soc. Sec. No.
05/04/1988

Allergies
NO KNOWN DRUG ALLERGY

Facility
MENARD CORR CTR

Opening Date
03/01/2023

Through
03/31/2023

# MEDICATION ADMINISTRATION RECORD

Exhibit # 149.

**Non Administered Medication Codes:**
1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**
A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteal) Left
F. Buttocks (Gluteal) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

**Instructions**
1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

Medication:
Start Date: __/__/__
Staff Signature:
Patient Signature:

Form # 6152LMR2

Reorder From **ID-PULSE** 800-438-8884

Allen v. Hunter (23-3775) Bates Document No.:    000426

Exhibit # 148, p. 1



○ MEDICATION ADMINISTRATION RECORD ○    BOSWELL PHARMACY SERVICES
814-629-5397 • Fax: 814-629-7644

NO KNOWN DRUG ALLERGY

ALLEN, KEITH M21830

MENARD CORR CTR

06/04/1988

Date of Birth or Soc. Sec. No.

Charting for: 01/01/2023    Through: 01/31/2023

MEDICATIONS
DULOXETINE 60MG CAP
SUB FOR: CYMBALTA,
TAKE 1 CAPSULE(S) BY MOUTH AT
BEDTIME "DOT".    BLOUNT MORRIS

Rx # 57260294

Allen v. Hunter (23-3775) Bates Document No.: 000425

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Detention/Restrictive Housing Sick Call Rounds Chart**

Name of Individual in Custody: _____

Admission Date: _____   Discharge Date: _____

Facility _____   ID#: _____   Housing Unit: _____

YEAR: _____

| MONTH: | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nurse Sick Call Seen in AD/RH No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nurse Sick Call Seen in AD/RH See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call AD/RH Rounds No Complaints | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dr. Sick Call AD/RH Rounds See Progress Note Medical Complaints Addressed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Distribution: Individual in Custody Medical File

Printed on Recycled Paper

DOC 0414 (Rev. 10/2021)

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

Exhibit # 149 p.1

| | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Rx #** 5783746

**Original Order** 8/13/2022
DULOXETINE 30MG CAP
SUB FOR: CYMBALTA,
DEBORD, THERESA
TAKE 1 CAPSULE(S) BY MOUTH AT
BEDTIME "DOT"
**Discontinue** 3/11/2023

**Original Order** 4/21/22 Meloxicam 7.5mg
**Discontinue** 3/21/23 PO QD

**Original Order** Albuterol inhale
1-2 puffs QID PRN
x1 inhaler

**Original Order** Nasacort - spray
each nostril

**Original Order** Singulair 10mg
PO Q D

**Discontinue**

**Discontinue**

**Initial** | **Signature**

ALLEN, KEITH, M21830
Patient Name and Number
Form # E102XM02 (Rev. 07/22)

Location E-8-13

Date of Birth or Soc. Sec. No. 06/04/1988

Allergies NO KNOWN DRUG ALLERGY

Facility MENARD CORR CTR

Clearing for 10/01/2022 Through 10/31/2022

Diagnoses Keith Allen 0000321

Exhibit # 144

# MEDICATION ADMINISTRATION RECORD

**Instructions:**
1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**
1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**
A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes:**
A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

| Date | Time | Initial | Medication/Strengths | Route | Reason | Result |
|------|------|---------|---------------------|-------|--------|--------|

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:    Date: ___/___/___

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:    Date: ___/___/___

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:    Date: ___/___/___

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:    Date: ___/___/___

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:    Date: ___/___/___

| Date | Time | Init'l | Medication/Strengths | Route | Reason | Result |
|------|------|--------|---------------------|-------|--------|--------|

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:

Medication:
Start Date: ___/___/___    # of Pills    Stop Date: ___/___/___
Staff Signature:    Date: ___/___/___
Patient Signature:

Form # 61623.MR2

Reorder From ID-PASS 800-438-9884

Keith Allen 000322

LH4596

Exhibit # 150, p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Allen First Name: Keith MI: ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/3/23 | "JR" NP NOTE: S: | P. F/u - c 3/3/23 |
| 2^30 pm | Received and Reviewed | carp. Tunnel |
| | Medical furlough - visit | surgery |
| | 2/2/23 . 0151 | |
| | O - for C Tunnel - | |
| | surgery is scheduled | |
| | for 3/3/23 | [signature] NP |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution. Offender's Medical Record

DOC 0084 (Eff. 9/2002

Allen v. Hunter (23-3775) Bates Document No.: 000331

Exhibit # 150, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

# Health Status Transfer Summary

**Transferring Facility:** Menard Correctional Center

**Individual in Custody Information:** Last Name: Allen First Name: Keith MI: ID#: M21830

Date: 2/20/23 Time: 545 ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA Food Handler Approved: 6/11/19

Current / Acute Conditions / Problems: Carpal Tunnel

Chronic Conditions / Problems: Ø

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Cymbalta 90mg HS

**Current Treatments:** Ø

**Therapeutic Diets:** Reg

**Follow-Up Care:** RHC

**Chronic Clinics:** Ø

**Specialty Referrals:** (R) Carpal Tunnel Release

**Significant Medical History:** Hx Hot in Ø leg = BB gun

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: ☒ Hx Psych Med ☐ Hx MPC / STC **Substance Abuse:** ☒ Alcohol ☒ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☒ ☐ MEDS ☐ MH ☐ Other: ☐ Packet Complete

Jeremy Butler, CN2 [signature] 2/20/23

Health Care Staff and Title — Signature — Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Date: Time: ☐ a.m. ☐ p.m.

**Subjective:**

Current Complaint:

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior:

Deformities: Acute/Chronic:

T: P: R: B/P: /

**Assessment:**

**Plan: Disposition:**

☐ Health Information Given ☐ Emergency Referral:

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify):

☐ Infirmary Placement:

☐ Other (specify):

Printed Name and Title — Signature — Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title — Date ☐ Approved ☐ Denied

Health Care Staff Signature and Title — Date ☐ Approved ☐ Denied

Distribution: Individual in Custody's Medical Record
Transferring Facility
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev 9/2021)

Allen v. Hunter (23-3775) Bates Document No.: 000332

Exhibit # 151 p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional          Center

Offender Information:

Last Name: Allen     First Name: Keith     MI: _____     ID#: m21130

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/1/13 1200pm 11470 6420 940 - 981070 181-v16c | N/note S: Here for H2P to have ℞ carpal tunnel release surg. O: Access cdw ure lings sctA treatment. Pt currently still ill U.S. Slabl. A. H2P | P. H2P complete d sent to me ℞ her louder department to FAX. Csc ₹ diff cmp STAT sent out CMH. ChiDemonstrar |

DOC 0084 (Eff. 9 2002
Replaces DOC 1173

Exhibit # 49, p, 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

Offender Information:

Allen                    Keith                    ID#: M21830
Last Name               First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/2/23 1:40pm | RN Note | P) Continue MF |
| | S/O) Security staff escorted Mr. Allen to HCU 3rd floor | |
| T 98² | for MF. Pt was ambulatory | |
| P 72 | & voiced D/c/o. MF prep | |
| R 18 | instructions were given | |
| BP 132/66 | & he verbalized understanding | |
| O₂ Sat 98% | A) MF | June Krebs RN |
| 3/3/23 | RN note | P) Await return |
| 0640 | S/O) Escorted out of facility by security for MF. Pt has remained NPO since MN ——— | |
| | A) MF | P Haddeth |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 152, p. 1 of 2

Offender Infirmary Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

_____    _____    ____    ID#: _____
Last Name                     First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **DOCTOR INFIRMARY ADMISSION NOTE** | *PLAN:* |
| | By: (Circle one): MD NP PA DDS Licensed Mental Health Professional | VITAL SIGN FREQUENCY: |
| | ACUTE          CHRONIC | |
| | *SUBJECTIVE:* | DIET: |
| | HISTORY: | |
| | | ACTIVITY: |
| | | |
| | | MEDICATION ORDERS: |
| | | |
| | DURATION: | |
| | *OBJECTIVE:* | |
| | PHYSICAL EXAMINATION: | |
| | | |
| | | |
| | | OTHER ORDERS: |
| | | |
| | CURRENT CONDITION: | |
| | | |
| | OTHER MEDICAL CONDITIONS: | |
| | *ADMITTING DIAGNOSIS:/ASSESSMENT* | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7117)

Exhibit # 152, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**MENARD CORRECTIONAL** Center

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/23 8pm | **RN NOTE** <br> S: (Chief Complaint) <br> "I'm ok" <br><br> O: BP ___ P ___ R ___ T ___ <br> SPO2 ___ %RA WT ___ <br> Mental Status A/o x4 <br> PERRLA ⊖ <br> Heart: reg <br> Circulation: <br> Radial Pulses (+)  Pedal Pulses (+) <br> Skin (Circle): Warm Cool Moist Dry Pink Pale <br> Lungs: CTAB <br> Abdomen: Soft BS⊕x4 <br> Bladder: voids s diff <br> Wounds: R wrist  Dressing: steri strips intact on <br> Pain Scale "1-10" 4  Location: R wrist <br> Pt taking Motrin per Rx <br> Diagnosis Based Assessment: <br> Denies needs, takes <br> Rx s incident | **PLAN: Continue to monitor patient** |
| | A: Nursing Diagnosis <br> altn comfort | Nurses Signature: [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 153, p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

Menard Correctional          Center

**Offender Information:**

Last Name: *allen*     First Name: *Keith*     MI:     ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/23 5PM | **INFIRMARY NURSE ADMISSION NOTE:** ~~ACUTE~~   Chronic  **SUBJECTIVE:** Chief Complaint  *none* | **PLAN:**  MD NOTIFIED: ✓  HCUA NOTIFIED: ✓  DIETARY NOTIFIED: ✓  TYPE OF DIET: *Regular*  FORM SENT TO DIETARY: |
| | Duration: | MEDICATION ORDERS  *See MAR* |
| | **Objective:**  BP 130/80 T 98 P 70 R 18 WT 184  Oxygen Saturation: 99%  Peak Flow: 1 ____ 2 ____  HEART: R R  LUNGS: CTA  EYES: =  SKIN: (circle) (WARM) MOIST DRY (CLAMMY)  SKIN COLOR: *Natural*  SPEECH: (circle) CLEAR  SLURRED  MOBILITY: *ambulatory*  ELIMINATION: WNL  MENTAL STATUS: AOX3 | OTHER ORDERS:  TREATMENT:  *No lifting*  ACTIVITY: *as tol*  ORIENTATION TO THE INFIRMARY  RULES, CALL FOR HELP, PLAN OF CARE |
| | ASSESSMENT/NURSING DIAGNOSIS:  *P.O. Carpal Tunnel Surgery* | OTHER: *Quatt RN* |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit #153, p.2 of 2

ILLINOIS DEPARTMENT OF Corrections
**Offender Infirmary Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Allen                    Kevin              ID#: m21830
Last Name                First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/20 4:3pm | _DOCTOR INFIRMARY ADMISSION NOTE_<br>By: (Circle one) MD NP PA DDS<br>Licensed Mental Health Professional<br>(ACUTE)    CHRONIC<br><br>_SUBJECTIVE:_ "OK"<br><br>HISTORY:  Psych<br><br><br>Change from SHU to Acute Sched<br>Has Sutures & not been auto<br>see one yet.<br><br>DURATION:  til sees ortho & has<br>_OBJECTIVE:_  Sutures Removed<br>PHYSICAL EXAMINATION:<br><br>Arms: Sitting on side of bed —<br>Color WNL. Sutures to (R) hand —<br>palm area. DTI — ø S/SXS of<br>infection.<br><br><br><br>CURRENT CONDITION: Fair, Stable<br><br><br><br>OTHER MEDICAL CONDITIONS: ø<br><br>_ADMITTING_<br>_DIAGNOSIS/ASSESSMENT_<br>Post-op (R) carpal turnel release | PLAN:<br><br>VITAL SIGN PREQUENCY: Routine<br><br>DIET: Reg.<br><br>ACTIVITY: up as tolerated<br><br><br>MEDICATION ORDERS:<br><br>- Cont- ē meds.  ✓<br>- Referral Arrng made to ortho<br>for f/u Arry.  ✓<br><br><br><br><br><br><br>OTHER ORDERS: |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 754R)

Exhibit # 154, p.2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

| Offender Information: | | | | |
|---|---|---|---|---|
| ALLEN<br>Last Name | | KEITH<br>First Name | ID#:<br>MI | M21830 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/7/2023<br>1255 | **PHYSICAL THERAPY EVALUATION** | P: Skilled PT intervention 2x/wk x4 wks |
| | **S:** Patient states the swelling has gone down a whole lot since he started doing the exercises. States he has a lot of legal work to do, and he can type it with his left hand for now, but he hopes he can write with his (R) hand soon. | |
| | **O:** <u>Observation:</u> Incision at anterior (R) wrist healing well, well approximated with stitches intact. No drainage noted. Patient appears to have less edema at the (R) hand today than yesterday, although not formally measured. | |
| | <u>ROM:</u> (R) wrist flex AROM/PROM = 53/62 degrees<br>Ext AROM/PROM = 68/71 degrees<br>Radial Deviation AROM = 26 degrees<br>Ulnar Deviation AROM = 40 degrees<br>Finger Flex/ext WFL<br>Opposition WFL | |
| | <u>Treatment:</u> Patient was instructed in HEP consisting of AROM wrist flex/ext and radial and ulnar deviation. Instructed patient to continue with finger flex/ext and opposition. He is able to demonstrate all exercises and verbalizes understanding. Instructed patient he is not to lift anything heavier than a coffee cup. He verbalizes understanding. | |
| | **A:** Patient's orders clarified by NP. He can complete ROM at wrist and hand; NO strengthening. He is not to lift anything heavier than a coffee cup. Patient will benefit from skilled PT intervention to facilitate increased ROM at (R) wrist post carpal tunnel release on 3/3/23. Will progress to strengthening when allowed by surgeon. | |
| | <u>Goals:</u> 1. Patient will increase (R) wrist flex AROM to 75 degrees or more.<br>2. Patient will be able to return to writing with (R) hand. | *Cyauel Nag ᴿᵀ* |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 154 p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional        Center

Offender Information:

Last Name: *Allen*    First Name: *Keith*    MI: ___    ID#: *M21830*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03/06/23 3:30pm | RN note: S/O: Drsg to (R) Hand/Wrist removed. Suture line continuous and intact. No s/s infection, drainage noted. Wound care and ROM exercises c̄ lifting restriction and elevation reviewed c̄ Allen who voiced understanding. A: Wound check. | P: CPM. |
| 4-7-23 9:45am | RN Note S/O 24° SH extended per Major Rakke. NSC offered c/o @ this X A) SH | [signature] B) Continue SH [signature] Jim Krohn RN |

Exhibit # 155, p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional          Center

Offender Information:

Last Name: Allen    First Name: Keith    MI:    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/14/23 1400 | NP NOV<br>S/O) Spoke c̄ Carlos @ Dr. Youngs office new/clarification of orders. May take Lt dressing today or tomorrow, may clean blood c̄ H₂O + NS. do not use any TAO or such on incision/sutures Has upcoming appointment and they will take sutures out. Otherwise keep area clean/dry. | P)¹ Dsg off today or tomorrow may clean blood c̄ H₂O / NS ⊘ TAO or oint on surg incision<br>²) PT eval / Tx CT release: ROM exercises to wrist and fingers ⊘ Strengthening exercise yet<br>ADDENDUM.<br>No use of ® hand may lift cup of coffee nothing heavier. |

Exhibit # 155 ,p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional _____ Center

Offender Information:

Last Name: _Allen_    First Name: _Keith_    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/6/23 1400 | Physical Therapy to begin ROM exercises c̄ wrist and fingers O Strengthening exercises at this time S) Pr order to Pr order Communication Clarification of orders S/p CT release | |

Distribution: Offender's Medical Record    Noted BSMCSm 3/6/23

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 156 p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

*allen*          *Keith*          *M21830*
Last Name          First Name          MI          ID#

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/6/23 | PT NOTE | |
| 0835 | S: Pt repeakedly asks if it is | |
| | ok to move his fingers since he | |
| | had surgery & he can feel it in his | |
| | incision. states his stitches are | |
| | to be removed in 17 days. | |
| | O: Pt seen in HCU infirmary. | |
| | Pt ⊥ ace wrap & dressing intact | |
| | to Ⓡ wrist & Ⓡ UE in sling. | |
| | Instructed pt in finger ROM | |
| | ex's: flex/ext & opposition | |
| | to facilitate ↑ ROM & ↓ edema | |
| | Unable to assess wrist ROM | |
| | 2° to dressing. | |
| | A: Pt is s/p Ⓡ carpal tunnel release | |
| | on 3/7/23. ī orders to begin PT | |
| | 3/6/23. limited Rx today | cont'd ◁◁ A |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

Allen v. Hunter (23-3775) Bates Document No.:     000341

Exhibit #156, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional                Center

Offender Information:

Last Name: *Allen*    First Name: *Keith*    MI: ___    ID#: *M21830*

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/6/23 0835 | Pt NOTE cont'd<br>A: a° to dressing in place<br>Pt hesitant to complete finger<br>ROM used as es *required*<br>repeated instruction that it's<br>beneficial for healing. | P: Reassess pt when<br>dressing removed<br><br><br>CNAubernedge A |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

Offender Information:

Allen    Keith         M21830        ID# M21830
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03/4/23 9:25 Am | NP NOTE  S. Pt had B C. tunnel repair 3/3/23 O: Good circulation to hand per blanching of fingers, moved fingers – Surg. decesy en place c Ace wrap. will call Mon et: Removal dressy or Wait until 3/20 F.u. ? Pt be changed from 23° dress. to security N510/ A) S/P RT wrist. | P. Pt status to Security hold. c/t Ace wrap on Pt hand. _____ [illegible signature] |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Allen v. Hunter (23-3775) Bates Document No.:    000339

Exhibit # 157, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Allen            Keith                    ID#: M21830
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3·5·23 11AM | Rn note<br>S/O) NSC offend 24° SH<br>ext. Drsg & ace wrap<br>Remains CDI. Ringers intact<br>Moveable. Nail Bed<br>pink Healthy. Circulation intact<br>O. Denies pain @<br>this time. ─<br>A) SH | P) cont SH |
| 3/6/23 8AM | Rn note:<br>S/O: 24° SH ext per Major Hudson.<br>NSC offend. denies c/o.<br>A: SH. | P: cont SH.<br>B. D.O.8 |

Allen v. Hunter (23-3775) Bates Document No.:    000340

Exhibit # 158, 2 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Allen _____ Keith _____ ID#: M2083
Last Name    First Name    MI

| Date/Time | NP Note (Subjective Objective Assessment) | Plans |
|---|---|---|
| 3/3/23 1545 | | 9) Tramadol written by other NP. 10) Tylenol 500mg 2 tabs Q 8° PRN x 2 weeks 11) Motrin 400mg 1 tabs Q 8° PRN x 2 weeks |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 15 S, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional _____ Center

Offender Information:

ALLEN _____ Keith _____ ID#: M21830
Last Name                    First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-3-23 7508 | RN Note | |
| | S/: "I'm Alright - Pains About | P: Cont 23° obs |
| P- 76 | AN "8." | |
| BP -136/82 | O: ∅ Bleeding, ∅ Sts of Infection | |
| O2-99% | Dressing C/D/I , Tramadol 50mg given, | |
| T-98.1° | Motrin + Tylenol PRN, Pt Understand | |
| R- 16 | not to Lift with ® Arm/hand. | |
| | A: Impaired skin integrity | |
| | Risk For Injury | Ned Ehll N |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Exhibit # 159, p.1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ YOUR Correctional _____ Center

Offender Information:

Last Name: _Allen_   First Name: _Keith_   MI: ___   ID#: _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/3/23 1545 | NPNOH | P) 1) 23 @ 5hrs |
| | S): I'm doing alright | keep area clean/dry |
| | O): A&O x4 respF/L | 3) May apply ice on/off |
| | LCTAB. Rbd Bl/s M | 20min/1hour for |
| | R) hand & wrap | first 48 |
| | fingers move freely | 4) Continue use of |
| | color una cap/refill | Sling - Elevate |
| | <3sec. | arm when possible |
| | A) Carpal Tunnel | 5) May bathe/shower |
| | Release of Right | but keep arm |
| | | dry. |
| | | 6) Diet as tolerated |
| | | 7) F/U ō ortho Dr. Young |
| | | 3/20/23 @ 8AM |
| | | 8) Refer to on-Site |
| | | PT Start by 3/6/23 |
| | | Per Dr. Young |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit 15, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Allen (Last Name) | Keith (First Name) | MI | ID#: M21830 |

| Date/Time | RN Note:   Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03-03-23 | S) Medical Furlough Return | P) Follow up with MD/NP in 5 days |
| | O) Inmate returned from medical furlough. No | |
| | complaints voiced. | |
| | Paperwork received and forwarded to Medical Furlough clerk. | |
| | No paperwork received. | |
| | A)Medical Furlough Return | |
| | VS- 99.6, 16, 68, 99% 142/87 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Connor Blue MSN, RN, DON |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2
(Replaces DC

Printed on Recycled Paper

Exhibit #160 pg.1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

**MENARD CORRECTIONAL** Center

Offender Information:

Last Name: _Allen_   First Name: _Keith_   MI: ___   ID#: _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/9/22 8:16 AM | RN NOTE | PLAN: Continue to monitor patient |
| | S: (Chief Complaint) | Keep hand clean/dry |
| | nose | |
| | O: BP 118/70 P 75 R 16 T 98² | |
| | SPO2 99 %RA  WT____ | |
| | Mental Status  A&O x 3 | |
| | PERRLA  ~ | |
| | Heart:  RR | |
| | Circulation:  ↓ | |
| | Radial Pulses ✓ Pedal Pulses ✓ | |
| | Skin (Circle): Warm Cool Moist Dry Pink Pale | |
| | Lungs: C  CTA Bil | |
| | Abdomen: Soft Non tender | |
| | Bladder: Voids | |
| | Wounds: R Palm Dressing Sutures intact | |
| | Pain Scale "1-10" ____ Location: OTA | |
| | denies pain | |
| | Diagnosis Based Assessment: | |
| | | |
| | | |
| | | |
| | | |
| | A: Nursing Diagnosis | |
| | alt skin integrity | Nurses Signature: _____ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit # 160, p. 2 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Progress Notes

_____ Center

Offender Information:

allen          Keith          m 12/18/50

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/9/23 | | |
| 9AM | S. Summary of reason for Admission | Diet on discharge: Regular |
| | P Carpal tunnel. Release | Activity on discharge: as tol |
| | | No lifting |
| T 98 P 72 R 16 | | Nursing assessment No card |
| BP 118/70 Wt 172 | | General motion |
| | | 3 d |
| | | Patient Satus normal/doing! |
| | | Keep hand wrapped 260 |
| A: | | Clean bag OTH |
| 5/P P hand surg | | |
| alt comfort | | Nurse Signature Quico |
| Rice for infection | | |

Exhibit #161, p.1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | | | |
|---|---|---|---|---|
| ALLEN<br>Last Name | | KEITH<br>First Name | ID#:<br>MI | M21830 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/12/2023<br>1330 | **PHYSICAL THERAPY REEVALUATION** | **P:** Skilled PT intervention 2x/wk x4 wks |
| | **S:** Patient states his wrist is getting better; the movement is getting better. It does feel like there's a ball (in the incision). He has a squeeze ball to utilize. | |
| | **O:** <u>ROM:</u> (R) wrist flex AROM/PROM = 44/45 degrees<br>PROM = 56 degrees after stretching<br>Ext AROM = 72 degrees | |
| | <u>Treatment:</u> Provided gentle passive stretching for (R) wrist flex to facilitate increased ROM. Instructed patient in scar massage (he reports he is using Vaseline on incision as allowed by MD at this time). Additionally instructed patient in gentle self passive stretching of wrist, and to continue AROM exercises. Patient verbalizes understanding. | |
| | **A:** Patient seen by skilled PT since 3/7/23 following (R) CTR on 3/3/23. Since SOC patient's wrist flex ROM has actually decreased, with patient reporting he didn't know he could work on moving his wrist. AROM in ext is slightly improved. Grip strength is weak, but this has not been addressed; surgeon did give him a squeeze ball. Will continue to address patient's deficits and progress toward established goals. | *C Sauerhage* *A* |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

*Printed on Recycled Paper*

Exhibit # 16, p. 2 of 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

<u>Menard Correctional</u>    Center

| Offender Information: | | | |
|---|---|---|---|
| ALLEN    <br><small>Last Name</small> | KEITH    <br><small>First Name</small> | <small>MI</small> | ID#:  <u>M21830</u> |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/10/2023<br>1215 | **PHYSICAL THERAPY REEVALUATION** | **P:**  Continue skilled PT intervention 1x/wk x4 wks |
| | **S:** Patient reports his wrist is getting better. It feels like it's been healing more from the inside. He's been able to put some more pressure on it. He used to lift weights, but he hasn't even tried to do push-ups yet. | |
| | **O:** <u>(R) wrist ROM</u><br>    Flex AROM/PROM = 58/66 degrees<br>    Ext AROM = 76 degrees. | |
| | <u>Treatment:</u>  Patient completed (R) wrist AROM in all planes as well as finger flex/ext and opposition. Provided scar massage to well healed incision at anterior (R) wrist. Instructed patient to continue with AROM exercises, passive stretching into flexion, and scar massage. Patient verbalized understanding. | |
| | **A:** Patient seen by skilled PT since 3/7/23 following (R) CTR on 3/3/23. Patient's (R) wrist flex AROM declined from SOC to reassessment on 4/12/23, but is increased again today to 5 degrees greater than SOC status. Wrist ext AROM is increased by 8 degrees since SOC. Patient is agreeable to continue skilled PT intervention with decreased frequency to further increase ROM at (R) wrist and progress to strengthening when allowed by surgeon. | Sauerhage PT |
| 5/14/23<br>1300 | PM nat<br>S) pt states same symptom<br>O) Rom + strength Cursx<br>A) complete in nu 16s | P) cot pu |

Distribution: Offender's Medical Record

<small>Printed on Recycled Paper</small>

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Exhibit # 162, p.1 of 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

_Menard_ _____ Center

**Offender Information:**

_Allen_ : _Keith_ ___ ID#: _M21830_
Last Name — First Name — MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/9/23 | ~~MD~~ **NP** Infirmary Discharge Summary | P. |
| 8 45am | S. "OK" | Diet on discharge: _Regular_ |
| | Summary of reason for Admission/Admit DX | Activity on discharge: _Up As tolerated_ |
| | Carpal tunnel, right | |
| | O. A cvrs. color une ® Hand | Treatment and medications on discharge: |
| | SI to palm Approx 4 sutures | - Aze to tx line - nurse to ~ |
| | D/I ✓ s/sxs of infection to | SI to ® Hand every other Day |
| | SIH ® Hand does have ellema | x 1 wk - |
| | Arour L the area which is to | - NP to Mu c pt on 3-13-23 ~ |
| | be expected p surgy. | Return Follow-up: 3-17-23 |
| | A. | Tylenol 325g 12 tabs PO TID 6 PRN |
| | | x 1 mo Atkresh c Ibupro fen |
| | Discharge DX: | Ibuprofen 600g PO TID PRN x 1 mo |
| | | Atkresh c Tyl. |
| | NP f/up ® Carpal tunnel | Cont all other meds |
| | relief | Instructed to keep I DII - Ø saturaty |
| | | c H2O 11 sutures |
| | | MD Signature: - Instructed on s/sxs |
| | | Acknowledged Instructed to report |
| | | to HCU: fever chills, |
| | | Verbalizes warmth, drainage |
| | | understanding to NP. ~ |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 2/2002)
(Replaces IX 7/38)

3/9/23
9AM



ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

**PHYSICAL THERAPY EVALUATION**

Offender Information:

Allen _____     Keith _____     ID#: M21830 _____
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/13/2022 1330 | S) Patient c/o R hand pain and N/T which radiates to the R elbow (cubital tunnel). Symptoms started after a fracture in the L hand from a fight on 9/16/21. States the bone didn't heal right and caused CTS. Saw a specialist who started him on Meloxicam and is supposed to get a brace. May need surgery. Symptoms are worse with writing and gripping movements such as wringing out his clothes. Pt rates his current pain 8/10. | Patient will be seen one more visit to review proper performance of HEP. |
| | O) Appearance: Right hand is grossly unremarkable w/o obvious edema or atrophy. | |
| | Palpation: Tenderness present over the R carpal and cubital tunnels. | |
| | AROM: Right wrist and elbow WFL and grossly equal to the left. | |
| | Strength: Right wrist and elbow grossly 4+/5. | |
| | Special Tests: Tinel's test positive R wrist. | |
| | Treatment: Initial evaluation, therapeutic exercise and patient education regarding position and activity modification, and HEP of wrist extension stretch w/ elbow flexion and extension. | |
| | ASSESSMENT: Patient presents with R CTS d/t Hx as noted above. Patient may benefit from Physical Therapy. | |
| | Goal of Physical Therapy within 2 weeks: 1. Decrease pain 1-2 levels. 2. Independent with HEP. | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Keith Allen 000237

Exhibit # 163, p. 2 of 2.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Last Name: Allen   First Name: Keith   MI: ___   ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 14 OCT 20 | PTA not | P) D/C 1 visit |
| | S) pt stat same sympt | |
| | O) Revied HEP | |
| | A) undustand HEP | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002
Replaces DC 7147)
Keith Allen 000238

Exhibit # 164, p. 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>**Menard Correctional Center**</u>

Offender Information:

| Allen | Keith | M21830 |
|---|---|---|
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/7/2023 9:06 am | **Med Furlough Clerk Note:** | |
| | S) | P) Send referral to utilization management for approval/auth#. |
| | O) Received a referral for Ortho | |
| | A) referral | L. Miles Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Exhibit #164, p. 2 of 2*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **MENARD CC** _____ Center

Offender Information:

| | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI    ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/7/2023 10:58 am | **Med Furlough Clerk Note:**<br><br>S:<br><br>O: Received an approval for a Post Op Ortho F/U with auth# 517035551<br><br>A: Approved Referral | P: Schedule approved referral<br><br><br>L. Miles<br>Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)