

**WRITER'S ADDRESS:**
303 West Madison Street | Suite 300
Chicago, IL 60606-3300
D (312) 781-6672
F (312) 781-6630

Zachary G. Stillman
Email: Stillman@LitchfieldCavo.com

October 6, 2025

**VIA USPS MAILING**

Keith Allen, M21830
Attn: LEGAL MAIL
IDOC - Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re:   *Allen v. Wexford Health Sources, Inc. et al.*, Case No. 23-CV-3775-DWD

Dear Mr. Allen:

As discussed on our October 6, 2025, phone call, we are resending the following written discovery requests to be answered by November 5, 2025:

1. Interrogatories to Plaintiff;
2. Requests for Production of Documents to Plaintiff; and
3. Requests to Admit to Plaintiff.

Please provide complete written responses, or otherwise contact us, within thirty (30) days of the date of this letter (November 5, 2025). If we do not receive your responses or hear from you by that deadline, we will proceed with a motion to compel.

Respectfully Submitted,

Litchfield Cavo LLP

Zachary G. Stillman

ZGS/ZGS

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com