

WRITER'S ADDRESS:
303 West Madison Street | Suite 300
Chicago, IL 60606-3300
D (312) 781-6672
F (312) 781-6630

Zachary G. Stillman
Email: Stillman@LitchfieldCavo.com

November 6, 2025

**VIA USPS MAILING**

Keith Allen, M21830
Attn: LEGAL MAIL
IDOC - Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re:   *Allen v. Wexford Health Sources, Inc. et al.*, Case No. 23-CV-3775-DWD

Dear Mr. Allen:

I write on behalf of Defendant Nicholas Florence, M.D., regarding your outstanding discovery responses. As you know, written discovery was first mailed to you on July 25, 2025, and re-served on October 6, 2025, following our phone call that same day. At present, responses to the following written discovery requests, re-served on October 6, 2025, were due on or about November 5, 2025:

- Interrogatories to Plaintiff;
- Requests for Production of Documents to Plaintiff; and
- Requests to Admit to Plaintiff.

To date, we have not received your responses. Please provide complete written responses, or otherwise contact our office, within fourteen (14) days of the date of this letter. If we do not receive your responses or hear from you by that time, we will proceed with filing a motion to compel and a motion to deem our Requests to Admit admitted.

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com



Keith Allen, M21830
September 16, 2025
Page 2

        Respectfully Submitted,

        Litchfield Cavo LLP


        Zachary G. Stillman

ZGS/ZGS