In The United States District Court

For The Southern District Of Illinois

Keith Allen - M21830,

    Plaintiff,

v.

Wexford Health Sources, Inc., et al.

    Defendants.

}

}

}

}

}

}

}

SCANNED at MENARD and E-mailed

12/19/25 by JCD 144 pages

Date    initials    No.

Case No. 23-cv-3775-DWD

Honorable Judge: David W. Dugan.

Supplemental Filing To Include Attached Exhibits Necessary To Fulfill N. Florence's Production of Documents Discovery Request to Go Along With Plaintiff's Response Motion To Deny - Defendant Nicholas Florence, M.D.'s Motion To Deem Requests To Admit Admitted Pursuant To Rule 36 (a)(3)".

    This plaintiff, Keith Allen - M21830, prose, files the above mentioned motion, to include the attached Exhibit documents to be included with fulfilling N. Florence's Discovery Production of Documents Request, and states as follows:

    1.) Plaintiff is filing this supplement Filing to include the enclosed attached exhibits necessary to supply the documents to fulfill N. Florence's Discovery Production of Documents request that plaintiff attached as an Exhibit to his previously filed motion titled: " Plaintiff's Response Motion To Deny - Defendant Nicholas Florence, M.D.'s Motion To Deem Requests To Admit Admitted Pursuant To Rule 36 (a)(3)", filed on 12/16/25 via E-File consisting of 51 pages to the District Court of The Southern District of Illinois, because due to Menard Correctional Center's policy of only being able to E-File more more than 150 pages at a time, he had to send those attached documents in this seperate filed motion as a supplemental filing to the initial motion in order to have it E-Filed, or else plaintiff would have had to send the Motion via U.S. Postal Service. (See Exhibit # 1 attached

    2.) In response to Plaintiff's Response to N. Florence's Production of Documents Discovery Request, Plaintiff is filing 70 pages of documents, both side copies, totaling 140 pages of medical records total to be attached to plaintiff's

page (1.) of (3.)

— Response to N. Florence's Production of Documents Motion, to be supplemented to his previous motion filed on 12/16/25 titled: "Plaintiff's Response Motion To Deny-Defendant Nicholas Florence, M.D.'s Motion titled: "Requests To Admit Admitted Pursuant To Rule 36 (a)(3)".

   3.) As previously stated, Defendant - N. Florence Already has in his possession all the documents plaintiff has in his possion, at this moment which consists of the verified complaint and the 450 or so exhibits attached thereto, and all the documents N. Florence's attorney received in discovery requests in support and preparation that he obtained and sent plaintiff when he filed the partial Summary Judgment motion for failure to exhaust Administrative remedies and motion to dismiss, until plaintiff's receives the requests for documents subpoenas he sent certified mail to the Litigation Coordinator, Southern Illinois Healthcare, Brain and Spine Institute, Medical Records officer Superviser, The Orthopedic Institute of Southern Illinois, for medical records on 11/25/25, and plaintiff as to date have not received a response, nor any of the requested subpoenaed medical requested records yet, but plaintiff will be able to provide a copy to defendants when received.

Keith Allen - M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

Respectfully Submitted,

Keith Allen - M21830

By: Keith Allen
      Pro Se - plaintiff

"Certificate OF Service"

   I, Keith Allen - M21830, hereby certify that on 12/17/25, I caused the foregoing to be served on defendant via ~~certified~~ Menard Correctional Center's Institutional mail, sent to Law library Clerk staff, of the motion titled: "Supplemental Filing To Include Attached Exhibits Necessary To Fulfill N. Florence's Production of Documents Discovery Request to Go Along With Plaintiff's Response Motion To Deny - Defendant Nicholas Florence, M.D.'s Motion To Deem Requests To Admit Admitted Pursuant To Rule 36 (a)(3)", along with attached Exhibit #1, and 140 pages of medical records, to be

- E-Filed to, The Clerk Of The Court, United States District Court, 750 Missouri Ave., East St. Louis, IL, 62201,

Respectfully Submitted,

Keith Allen -m21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

/S/ Keith Allen
Plaintiff - Pro Se, Keith Allen - m21830

Sent To: Via E-File

Clerk Of Court
United States District Court
750 Missouri Ave
East St. Louis, IL. 62201

Pa. (3) of (3.)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

_Allen Keith_           _M21830_
Name                           ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?    Yes or (No)

    If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

    If yes, please list case number:  _____

    If yes, but you do not know the case number mark here:·  _____

3.  Should this document be filed in a pending case?    (Yes) or No

    If yes, please list case number:  _23-CU-3775-DWD_

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:    _144_

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| _Sup. Filing_ | _3_ |
| _Exhibits_ | _141_ |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.

## LIBRARY R_ S_ _

Date: _12/10/25_          Seat# _____

Name: _Keith Allen_      _ID# M21830_   Cell# _10_ _

### Case Law Request

1. _____
2. _____
3. _____
4. _____
5. _____

DEC 1 0 2025

### Copy Order

1. _____
2. _____
3. 150 pg          Send to court via
   Exceeds           regular legal mail.
   E.File limit.

### E-Filing Request

I would like to E-File the enclosed: (1) Motion titled "Plaint
ffs Response Motion To Deny- Defendant Nicholas Florece, M.D.'s
Motion to Deem Requests To Admit Admitted Pursuant To Rule 36(a)(3)
and Attached Exhibits #5, #2, #3, #4, and approximately 250
pages of attached Documents. Can you please E-File this
motion, exhibits, and Documents attached to clerk of Court,
United States District Court, 750 Missouri Ave., East St. Loui
/IL. 62201.

### Forms Request

1. _____
2. _____
3. _____
4. _____

### Comments/Miscellaneous

1. _____
2. _____
3. _____

### Completed date: _____



**Wexford Health**
SOURCES INCORPORATED

# Certification of Service

**SECTION I: Certification of Service Information (Completed by Wexford Health Sources)**

| | |
|---|---|
| Individuals Name: | Allen, Keith |
| Inmate Number: | M21830 | DOB: 6/4/88 |
| Consultant's Name: | OISI |
| Service Approved: | Ortho F/U |
| Date of Service: | 9/27/22 |
| Reference Number: | 26706742 |
| Correctional Facility: | Menard Correctional Center, 711 Kaskaskia Street, Menard, IL 62259 |
| Medical Director and Phone Number: | Dr. Glen Babich (618)-826-5071 |
| Contact Person And Phone Number: | Lenzi Miles  – Medical Furlough Clerk (618)-826-5071 ext. 2467 FAX #: (618)-826-1746 |

**SECTION II: Instructions for /Consultant's Office**

1. If the service to be provided is different than stated above, please call the Utilization Management Department at 1-877-WEX-AUTH (877-939-2884) or 1-800-353-8384.

2. **IMPORTANT**: Attach this Certification of Service Form to the claim and send to the appropriate address for processing (see below). All invoices must include the <u>reference number</u>.

**NOTE: Any services rendered at this visit which have not been previously certified for approval as noted on this form may not be eligible for reimbursement.**

| **FLORIDA:** | **MARYLAND:** | **ALL OTHER CLIENT CLAIMS:** |
|---|---|---|
| Wexford Health Sources, Inc. | Wexford Health Sources, Inc. | Wexford Health Sources, Inc. |
| Claims Department | Claims Department | Claims Department |
| P.O. Box 16268 | P.O. Box 16471 | P.O. Box 16218 |
| Pittsburgh, PA  15242-0268 | Pittsburgh, PA  15242-0771 | Pittsburgh, PA  15242-0218 |

3. Please forward all consultant and procedure notes, lab and x-rays results that are completed to the medical department of the correctional facility.

*In no event shall Wexford Health Sources, Inc. be responsible for the provision of or payment for medical services provided to the above named inmate after such time as the inmate has been released from the custody of the department of corrections.*

Rev. 4/1/2017

Keith Allen 000276

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

| | |
|---|---|
| Transferring Facility: | Individual in Custody Information: |
| Menard Correctional __ Center | Last Name: Allen   First Name: Keith   MI: ___   ID#: M31830 |

Date: 9/18/22    Time: 900   ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA

Current / Acute Conditions / Problems: Ø     Food Handler Approved: yes

Chronic Conditions / Problems: psych hx

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Cymbalta 30mg po QHS

Current Treatments: Ø

Therapeutic Diets: Regular       COVID 3-11-21 - 4-8-21
Ø

Follow-Up Care: RHC prn

Chronic Clinics: Ø

Specialty Referrals: Ortho

Significant Medical History: Ø

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: Ø

Dental Health Issues: ☐ Hx Suicide Attempt: Date: ___     ☐ Glasses ☐ Dentures ☐ Hearing Aid
☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☑ Drugs

F. Gregson RN _____    Y. _____ RN _____    9/18/22

Reception Screening (completed by receiving facility health care staff):

| | |
|---|---|
| Facility: | Date: ___ Time: ___ ☐ a.m. ☐ p.m. |
| Subjective: | Assessment: |
| Current Complaint: | |
| Current Medications/Treatment: | |

Objective:
Physical Appearance/Behavior: ___

Deformities: Acute/Chronic: ___

T: ___ P: ___ R: ___ B/P: ___ / ___

Plan: Disposition:
☐ Health Information Given      ☐ Emergency Referral: ___
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement
☐ Other (specify): ___

Printed Name and Title ___     Signature ___     Date ___

☐ For Adult Transition Center transfer ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title ___    Date ___    ☐ Approved  ☐ Denied

Health Care Staff Signature and Title ___    Date ___    ☐ Approved  ☐ Denied

Distribution:   Individual in Custody's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Rev 9/2021)

3rd Fl HCU

W109

**BEGIN USING FROM BOTTOM UP*

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient  ALLEN, KEITH                    Reg. #  M21830          Date:  02/27/22

Problem:  NKDA

ORDER: (Physician's Signature After Last Order)

D/C Cymbalta
Start Cymbalta 90mg PO QHS x 6 months

DEA/Illinois Lic. #                              Physician (Print)  Robert Glenn

☒ May Substitute                                                    M.D.
☐ May Not Substitute                                               M.D.
        Noted by:                              Date:  3/1/23

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient                                      Reg. #             Date:

Problem:

ORDER. (Physician's Signature After Last Order)

DEA/Illinois Lic. #                              Physician (Print)

☐ May Substitute                                                   M.D.
☐ May Not Substitute                                               M.D.
        Noted by:                              Date:

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient                                      Reg. #             Date

Problem.

ORDER. (Physician's Signature After Last Order)

DEA/Illinois Lic. #                              Physician (Print)

☐ May Substitute                                                   M.D.
☐ May Not Substitute                                               M.D.
        Noted by.                              Date

# MEDICATION ADMINISTRATION RECORD

**Non-Administered Medication Codes**

1. Refused by Patient
2. Patient Not In Cell
3. Security Lockdown
4. Medication Hold (State Reason)
5. Missed Dose

**Result Codes**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteal) Left
F. Buttocks (Gluteal) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate ejection site with appropriate code.

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

| Date | Time | Initial | Medication/Strength | Route | Result | Date | Time | Initial | Medication/Strength | Route | Result |
|------|------|---------|---------------------|-------|--------|------|------|---------|---------------------|-------|--------|
| | | | | | | | | | | | |

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

**Medication:** _____ **# of Pills**
**Start Date:** __/__/__   **Stop Date:** __/__/__
**Staff Signature:** _____   **Date:** __/__/__
**Patient Signature:** _____

Form # 6182MR2

MED-PASS 800-438-8884

U44095

FROM
6188261/40

(THU) SEP 28 2023 11:32/ST. 11:31/No. 7531758438 P 2

09:39:47    09-28-2023    2/2

**Wexford Health**
S E R V I C E S   I N C O R P O R A T E D

**"URGENT" Request for Release of Hospital Records**

Inmate name: **Allen, Keith**    Inmate number: **M21830**

Hospital #: **0151**    Dates of service: **8.3.23**

Correctional facility: Menard Correctional Center    711 Kaskaskia Street    Fax number: 630-645-3721 or 618-826-
Menard, Illinois 62259

Contact name: **H. Rodgers**    Phone number: 618-826-5071 ext 2468

Prison PCP: Dr. Glen Babich    Date of birth: **6.4.1988**

Requested information:

- [x] All hospital records from above date
- [ ] History and physical
- [ ] Lab reports: _____
- [ ] Imaging studies: _____
- [ ] Progress notes
- [ ] Consultant notes: _____
- [ ] Operative reports: _____
- [ ] Discharge summary

**\*\*Please fax the requested information to the fax number listed above today.\*\***

The requested information is required immediately for the ongoing evaluation and treatment of the referenced patient. Your urgent attention to this matter is appreciated.

Please call the contact listed above for any questions

Attempt 1: Date: **8.4.23**    Time: _____    Initials: HR

Attempt 2: Date: **9.28**    Time: _____    Initials: _____

Attempt 3: Date: _____    Time: _____    Initials: _____

April 8, 2015

PAGE 2/5 * RCVD AT 9/28/2023 11:40:10 AM [Central Daylight Time] * SVR:IL084EFAX03/19 * DNIS:6306453721 * CSID:6183640567 * ANI:10.225.188.30:32305,6183640600 * DURATION

Keith Allen 000446

FROM
6 188261746

(THU)SEP 28 2023 11:32/ST. 11:31/No. 7531758438 P  1

M21830

# FACSIMILE COVER SHEET

DATE: 8·4·23

TO: 0151

PHONE: _____

FAX: 618·993·8188

# PAGES (including cover page): 2

FROM: Menard Correctional Center
711 Kaskaskia Street
Menard, Illinois 62259
PHONE: 618-826-5071 Ext. 24608
FAX: 630-645-3721 or 618-826-1746
CONTACT: Hannah

## CONFIDENTIAL

☒ URGENT    ☐ FOR YOUR REVIEW    ☒ REPLY ASAP    ☐ PLEASE COMMENT

*Please See attached records request*
·For Continuation of Care·
*Please Send to below fax number*

***PLEASE SEND RESPONSES TO 630-645-3721***

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us at the above address via U.S. Postal Service. Thank you

9/28/23

Keith Allen 000445

| Offender | Offender Status | Movement Date | Movement Type | Origin | Destination | Gate Violator | Parent Institution | Discharge Date |
|---|---|---|---|---|---|---|---|---|
| M21830 ALLEN,KEITH | IN CUSTODY | 11/8/2023 12:06 | LOCATION CHANGE | MENARD R&C | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 11/3/2023 11:23 | LOCATION CHANGE | MENARD | MENARD R&C | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 8/1/2023 10:15 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 8/1/2023 6:30 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 3/20/2023 9:50 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 3/20/2023 6:20 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 3/3/2023 15:20 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 3/3/2023 6:50 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 2/17/2023 9:11 | LOCATION CHANGE | MENARD R&C | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 2/7/2023 9:15 | LOCATION CHANGE | MENARD | MENARD R&C | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 2/3/2023 9:50 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 2/3/2023 6:30 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 11/15/2022 11:00 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 11/15/2022 7:21 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 9/27/2022 13:50 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 9/27/2022 8:56 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 6/17/2022 17:30 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 6/17/2022 13:17 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 2/8/2022 11:45 | FURLOUGH RETURN | FURLOUGH | MENARD | No | MENARD | |
| M21830 ALLEN,KEITH | MEDICAL FURLOUGH | 2/8/2022 7:25 | MEDICAL FURLOUGH OU | MENARD | FURLOUGH | No | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 4/5/2017 17:08 | TRANSFER IN | TRANSPORTATION | MENARD | | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 4/5/2017 9:50 | TRANSFER OUT | PONTIAC | MENARD | | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 4/1/2016 14:29 | TRANSFER IN | TRANSPORTATION | PONTIAC | | PONTIAC | |
| M21830 ALLEN,KEITH | IN CUSTODY | 4/1/2016 12:48 | TRANSFER OUT | STATEVILLE | PONTIAC | | STATEVILLE | |
| M21830 ALLEN,KEITH | IN CUSTODY | 6/10/2014 13:20 | LOCATION CHANGE | NORTHERN R&C | STATEVILLE | | STATEVILLE | |
| M21830 ALLEN,KEITH | IN CUSTODY | 6/4/2014 16:50 | TRANSFER IN | TRANSPORTATION | NORTHERN R&C | | STATEVILLE | |
| M21830 ALLEN,KEITH | IN CUSTODY | 6/4/2014 14:36 | TRANSFER OUT | PONTIAC | STATEVILLE | | PONTIAC | |
| M21830 ALLEN,KEITH | IN CUSTODY | 8/14/2013 14:05 | TRANSFER IN | TRANSPORTATION | PONTIAC | | PONTIAC | |
| M21830 ALLEN,KEITH | IN CUSTODY | 8/14/2013 6:50 | TRANSFER OUT | MENARD | PONTIAC | | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 9/18/2011 18:21 | WRIT RETURN | COURT | MENARD | | MENARD | |
| M21830 ALLEN,KEITH | WRIT | 9/13/2011 7:47 | WRIT OUT | NORTHERN R&C | COURT | | MENARD | |
| M21830 ALLEN,KEITH | TEMP RESIDENT | 9/7/2011 12:10 | TEMPORARY IN | TRANSPORTATION | NORTHERN R&C | | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 9/7/2011 6:15 | WRIT OUT | STATEVILLE | MENARD | | MENARD | |
| M21830 ALLEN,KEITH | IN CUSTODY | 7/13/2011 17:35 | TRANSFER IN | TRANSPORTATION | MENARD | | MENARD | |
| M21830 ALLEN,KEITH | RECEPTION | 7/13/2011 8:00 | TRANSFER OUT | NORTHERN R&C | MENARD | | STATEVILLE | |
| M21830 ALLEN,KEITH | RECEPTION | 6/16/2011 10:26 | ADMIT IN | ADMISSION | NORTHERN R&C | | STATEVILLE | |

Keith Allen 000141

**Date:** 2/26/2024
**Time:** 9:25am
d_list_inmate_trans_statement_composite

**Menard Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA  -  Date: 08/01/2021 thru 02/26/2024;    Inmate: M21830;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No;    Statewide ? : No

**Inmate: M21830 Allen, Keith**                    **Housing Unit: MEN-W -03-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Balance: | | 409.03 |
| 08/05/21 | Payroll | 20 Payroll Adjustment | 2171226 | | P/R month of 7 2021 | | 13.00 | 422.03 |
| 08/07/21 | Mail Room | 10 Western Union | 219200 | 8237964560 | Johnson, Bobbie Jeane | | 40.00 | 462.03 |
| 08/09/21 | Point of Sale | 60 Commissary | 2217286 | 1518982 | Commissary | | -153.38 | 308.65 |
| 08/16/21 | Disbursements | 88 1 year profile renewal | 2283113 | Chk #193969 | 88289243, Penacon, | Inv. Date: 08/13/2021 | -25.00 | 283.65 |
| 08/17/21 | Mail Room | 10 Western Union | 229200 | 5388305853 | Allen, Kevin | | 300.00 | 583.65 |
| 08/18/21 | Point of Sale | 60 Commissary | 2307286 | 1520849 | Commissary | | -42.95 | 540.70 |
| 08/19/21 | Disbursements | 80 Postage | 2313207 | Chk #194241 | 749431, Pitney Bowes, | Inv. Date: 08/13/2021 | -.51 | 540.19 |
| 08/26/21 | Mail Room | 10 Western Union | 238200 | 0024089508 | Strong, Crystal | | 50.00 | 590.19 |
| 08/31/21 | Disbursements | 84 Library | 2433113 | Chk #194666 | 750120, DOC: 523 Fun, | Inv. Date: 08/24/2021 | -9.90 | 580.29 |
| 08/31/21 | Disbursements | 80 Postage | 2433113 | Chk #194668 | 749972, Pitney Bowes, | Inv. Date: 08/23/2021 | -1.20 | 579.09 |
| 09/08/21 | Mail Room | 10 Western Union | 251200 | 1757907552 | Johnson, Bobbie Jeane | | 40.00 | 619.09 |
| 09/08/21 | Payroll | 20 Payroll Adjustment | 2511226 | | P/R month of 8 2021 | | 5.72 | 624.81 |
| 09/10/21 | Mail Room | 10 Western Union | 253200 | 7569227754 | Smith, Darren | | 50.00 | 674.81 |
| 09/13/21 | Point of Sale | 60 Commissary | 2567214 | 1523566 | Commissary | | -14.00 | 660.81 |
| 09/15/21 | Disbursements | 84 Library | 2583113 | Chk #195723 | 752281, DOC: 523 Fun, | Inv. Date: 09/13/2021 | -13.40 | 647.41 |
| 09/15/21 | Disbursements | 80 Postage | 2583113 | Chk #195728 | 752403, Pitney Bowes, | Inv. Date: 09/13/2021 | -1.06 | 646.35 |
| 09/17/21 | Mail Room | 01 MO/Checks (Not Held) | 2602207 | 404442776202 | US Treasury | | 1,400.00 | 2,046.35 |
| 09/22/21 | Disbursements | 88 lawyer fees | 2653113 | Chk #196024 | 88291294, Coker, Kri, | Inv. Date: 09/21/2021 | -1,600.00 | 446.35 |
| 10/06/21 | Payroll | 20 Payroll Adjustment | 2791226 | | P/R month of 9 2021 | | 3.08 | 449.43 |
| 10/07/21 | Point of Sale | 60 Commissary | 2807307 | 1525185 | Commissary | | -29.30 | 420.13 |
| 10/08/21 | Mail Room | 10 Western Union | 281200 | 5793350683 | Johnson, Bobbie Jeane | | 40.00 | 460.13 |
| 10/15/21 | Disbursements | 84 Library | 2883113 | Chk #197437 | 755555, DOC: 523 Fun, | Inv. Date: 10/13/2021 | -2.00 | 458.13 |
| 10/15/21 | Point of Sale | 60 Commissary | 2887311 | 1526142 | Commissary | | -81.00 | 377.13 |
| 10/29/21 | Disbursements | 84 Library | 3023113 | Chk #198190 | 756081, DOC: 523 Fun, | Inv. Date: 10/19/2021 | -9.20 | 367.93 |
| 10/29/21 | Disbursements | 80 Postage | 3023113 | Chk #198194 | 755959, Pitney Bowes, | Inv. Date: 10/18/2021 | -1.56 | 366.37 |
| 10/29/21 | Disbursements | 80 Postage | 3023113 | Chk #198194 | 756590, Pitney Bowes, | Inv. Date: 10/26/2021 | -.20 | 366.17 |
| 11/05/21 | Payroll | 20 Payroll Adjustment | 3091226 | | P/R month of 102021 | | 7.48 | 373.65 |
| 11/08/21 | Disbursements | 80 Postage | 3123113 | Chk #198643 | 756992, Pitney Bowes, | Inv. Date: 11/01/2021 | -1.67 | 371.98 |
| 11/08/21 | Disbursements | 81 Legal Postage | 3123113 | Chk #198649 | 756714, DOC: 523 Fun, | Inv. Date: 10/28/2021 | -1.36 | 370.62 |
| 11/08/21 | Disbursements | 81 Legal Postage | 3123113 | Chk #198649 | 757017, DOC: 523 Fun, | Inv. Date: 11/02/2021 | -1.20 | 369.42 |
| 11/09/21 | Disbursements | 88 gifts b-day | 3133113 | Chk #198707 | 88293833, Time Zone, | Inv. Date: 11/09/2021 | -84.99 | 284.43 |
| 11/12/21 | Mail Room | 10 Western Union | 316200 | 7007940790 | Johnson, Bobbie Jeane | | 40.00 | 324.43 |
| 11/17/21 | Point of Sale | 60 Commissary | 3217214 | 1528777 | Commissary | | -95.16 | 229.27 |
| 11/19/21 | Disbursements | 84 Library | 3233113 | Chk #199340 | 757790, DOC: 523 Fun, | Inv. Date: 11/10/2021 | -10.30 | 218.97 |
| 11/19/21 | Disbursements | 81 Legal Postage | 3233113 | Chk #199344 | 758187, DOC: 523 Fun, | Inv. Date: 11/16/2021 | -16.50 | 202.47 |
| 12/07/21 | Mail Room | 10 Western Union | 341200 | 1900291922 | Johnson, Bobbie Jeane | | 40.00 | 242.47 |

Keith Allen 000142

Clinic Location: <u>Menard Correctional Center</u>
<u>711 Kaskaskia Street, Menard, IL 62259</u>

Moderna ☒    Johnson & Johnson ☐

LOT #__033.021A__

Appointment Date: <u>April 8, 2021</u>

Cell Location: _E 10·02_    Offender ID #: __M21830__

### COVID 19 VACCINE Registration and consent form

First Name: _KEITH_    Last Name: _ALLEN_    MI: _____

Street: <u>711 Kaskaskia Street</u>    City: <u>Menard</u>    State: <u>IL</u>    Zip: <u>62259</u>

Phone number: <u>(618) 826-5071</u>    Birthdate: _4/4/88_    Age: _32_    Gender: _M_

Primary Care Physician: <u>Menard CC</u>

| | | |
|---|---|---|
| Are you experiencing any symptoms of the COVID-19 Virus? | Yes | **No** |
| Have you ever received a dose of the COVID-19 vaccine? | **Yes** | No |
| Have you had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19 | Yes | **No** |
| Do you have a history of allergic reaction or ever experienced a severe allergic reaction? | Yes | **No** |
| Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | Yes | **No** |
| Have you received another vaccine within the past 14 days? | Yes | **No** |
| Do you have a bleeding disorder or are you taking a blood thinner? | Yes | **No** |
| Are you receiving influenza antiviral medications? | Yes | **No** |
| Are you pregnant or breastfeeding? | Yes | **No** |

I have received a copy of the COVID 19 Vaccine Information Statement (VIS/EUA) and have read or had it explained to me. I have had a chance to ask questions, which were answered to my satisfaction.

I understand the benefits and risks of the COVID 19 vaccine and request that the vaccine be given to me/or the person for whom I am authorized to make this request.

PATIENT SIGNATURE: _Keith Allen_

******************************For Nurse/Office use******************************

**Dose: 1:**

L  R   Deltoid   Thigh   IM   0.25 ml   0.50 ml   Lot number: _03302A_   Exp: ____

Health Care Provider Signature: _____   Date: _Apr/21_

Documented in I-Care: **YES** NO    Initials: ____

Allen v. Hunter (23-3775) Bates Document No.:    000457

Clinic Location: Menard Correctional Center
711 Kaskaskia St, Menard, IL 62259

Moderna ☒   Pfizer ☐
Lot #: O88A21A

E 10-02

Appointment Date: 03/11/2021

# MƏ1830

## COVID 19 VACCINE Registration and consent form

**First Name:** Keith    **Last Name:** Allen    **MI:** _____

**Street:** Menard    **City:** Na    **State:** Na **Zip:** Na

**Phone number:** Na    **Birthdate:** 6-4-88 **Age:** 32    **Gender:** M

**Primary Care Physician:** Menard

| | Yes | No |
|---|---|---|
| Are you experiencing any symptoms of the COVID-19 Virus? | Yes | (No) |
| Have you ever received a dose of the COVID-19 vaccine? | Yes | (No) |
| Have you had a positive test for COVID-19 or has a doctor ever told you that you had COVID-19 | Yes | (No) |
| Do you have a history of allergic reaction or ever experienced a severe allergic reaction? | Yes | (No) |
| Have you received passive antibody therapy (monoclonal antibodies or convalescent serum) as treatment for COVID-19? | Yes | (No) |
| Have you received another vaccine within the past 14 days? | Yes | (No) |
| Do you have a bleeding disorder or are you taking a blood thinner? | Yes | (No) |
| Are you receiving influenza antiviral medications? | Yes | (No) |
| Are you pregnant or breastfeeding? | Yes | (No) |

I have received a copy of the COVID 19 Vaccine Information Statement (VIS) and have read or had it explained to me. I have had a chance to ask questions, which were answered to my satisfaction.

I understand the benefits and risks of the COVID 19 vaccine and request that the vaccine be given to me/or the person for whom I am authorized to make this request.

**PATIENT SIGNATURE:** _Keith Allen_

*****************************For Nurse/Office use*****************************

**Dose:   1:**

L  R   Deltoid   Thigh   IM   0.25 ml   0.50 ml    Lot number _____   Exp: _____
**Nurse Signature:** _____    **Date:** 3·11·21

Documented in I-Care: (YES) NO    Initials: _ky_

ILLINOIS DEPARTMENT OF CORRECTIONS
Health Status Transfer Summary

**Transferring Facility:** Menard Correctional _____ Center

**Individual in Custody Information:**

Allen _____ Keith _____ ID: M21830
Last Name _____ First Name _____ MI

**Date:** 3/20/23 **Time:** 125 ☐ a.m. ☐ p.m.

Transfer Screening completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA _____ **Food Handler Approved:** CPD

**Current / Acute Conditions / Problems:**

**Chronic Conditions / Problems:** ESRCA

**Current Medications (name, dosage, frequency, and duration):**

**Acute Short-term:** _____ See Medication list

**Chronic Long-term:**

**Chronic Psychotropic:**

**Current Treatment:**

**Therapeutic Diets:** Regular

**Follow-Up Care:** HHC

**Chronic Clinic:**

**Specialty Referrals:** Mental Health

**Significant Medical History:**

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:** ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt, Date: _____   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse ☐ _____ ☐ _____

[signature] RN _____ Susan Bak RN _____ 6-20-23

Completed by person in the prompt set by receiving facility health care staff:

**Facility:** _____ **Date:** _____ **Time:** _____ ☐ a.m. ☐ p.m.

**Subjective:**

**Current Complaint:** _____ **Assessment:**

**Current Medications/Treatment:**

**Objective:**
**Physical Appearance/Behavior:** _____ **Plan: Disposition:**
☐ Health Information Given     ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Reception     ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinic

**Deformities: Acute/Chronic:** _____ ☐ Work / Progress Limitation   ☐ Specialty Referrals   ☐ Other (specify):
☐ Infirmary Placement
**T:** _____ **P:** _____ **R:** _____ **B/P:** _____ / _____ ☐ Other (specify):

Printed Name and Title _____ Signature _____ Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

_____ _____ ☐ Approved   ☐ Denied
Mental Health Professional Signature and Title     Date

_____ _____ ☐ Approved   ☐ Denied
Health Care Staff Signature and Title     Date

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-5-23 9:57am | Med Furlough Clerk Note: | |
| | S.) Ø | P.) Waiting for report, will report to scheduler once received to get individual scheduled with N/P or MD |
| | O.) Faxed Wexford Health Service form to request medical records. | *H. Rodgers*<br>H. Rodgers<br>Med Furlough Clerk |
| | To: 0151 | |
| | At fax number: 618-993-8188 | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Allen _Last Name_          Keith _First Name_          MI ___     ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8·4·23 9:21 am | **Med Furlough Clerk Note:** | |
| | S.) ∅ | P.) Waiting for report, will report to scheduler once received to get individual scheduled with N/P or MD |
| | O.) Faxed Wexford Health Service form to request medical records. | H. R̶̶̶̶ Med Furlough Clerk |
| | To: 0151 | |
| | At fax number: 618·993·8188 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

Offender Information:

_Allen_ _Keith_ _____ ᴹ ID#: _21830_
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8.4.23 | "JR" NP NOTE | f. F/U PRN/ NSC |
| 9³⁰ AM | S: RECEIVED AND Reviewed | |
| | Medical Furlough visit : | |
| | 8/3/23 — 0151 PostOp | |
| | O: ortho f/u C. Tunnel | |
| | PostOp — ortho | |
| | released Pt c̄ F/U | |
| | PRN ——— | mmordrchour NPE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| | |
|---|---|
| **Chemical Gas Exposure (Pepper Spray and Others)** | **Offender Information:** |

Last Name: ALLEN  First Name: KEith  MI:  ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-29-23  1715 | S) - What were you exposed to?  *Pepper Spray*  - Respiratory Distress? Ø | P) Patient Teaching  - Major discomfort should disappear within 10-20 minutes  - Avoid rubbing eyes, scratching skin, etc |
| | O)  T 97.7  P 90  R 18  BP 128/90  WT  **Respiratory Distress – Conscious** | - Continue self administered cool water compresses/rinses, PRN if necessary or may shower |
| | - Clean face, eyes, nose, mouth with wet cloths soaked in fresh water. If on face wash with soap and water. | - Avoid the use of topical creams, as they may cause future burns |
| | - If coughing or any breathing problems, initiate oxygen by mask at 10-15 Liters/minute, call MD  Ø | - Follow up in sick call if no improvement, or if symptoms worsen |
| | - If asthmatic, assess for exacerbation  - Suction oral pharyngeal area as necessary | |
| | **Respiratory Distress – Unconscious**  **CALL 911**  - Keep supine, if breathing is adequate, insert airway and suction secretions | O: cont/ Pt was sprayed |
| | - Oxygen by face mask at 10-15 L/min | by Security with Pepper Spray |
| | | Pt washed ayes at aye |
| | - If no respirations, initiate mouth to mouth breathing via Ambu- bag – CALL 911 | Wash station in First -Aid |
| | - Check carotid pulse; if absent, initiate cardiac compressions – CALL 911 | & than stated "I'm good" |
| | **Skin/Eye Exposure**  - Remove from area and contaminated clothing | - OK to Send to Nbrth 2 |
| | - Wash skin with copious amount of water for 10 minutes  - Eyes can be flushed for 15 minutes (remove contacts) | |
| | - Oleoresin sprays are not water soluble so encourage blinking to encourage tears to flush the irritant off eyes  - Place into the wind | Nurse Signature Rick Chudla |
| | A) **Chemical Agent Exposure** | Payment voucher  ~~YES~~  ~~NO~~ |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002  (Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** _____ Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Allen  First Name: Keith  MI: ___  ID#: M2N830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/30/23 9:30am | S) - Any Allergies  NKA | P) MD Referral |
| | - Location of pain / discomfort  (R) pinky | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing  Throbbing  Constant  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated  S/R N° | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1 – 10  S/R "7" | |
| | - Duration of pain  Since 10/27/23 | No MD referral  IBUPROFEN 200MG TAB  58109079 MENARD, STOCK  04/21/23  10/24/23  04/19/24 |
| | O) N8 P70 R 16 BA38/ 80 wt 185 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort  Ø S/s pain/discomfort noted @ this time | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | - Observations related to body part affected  Slight swelling to ↑ pinky, Ø warning of movement, able to make a fist ē diff. Can still use. Ø warm to touch. | Patient Teaching  - Return to see provider if symptoms worsen or interfere with daily functioning |
| | | Nurse Signature  [signature] |
| | A) Non-Specific Discomfort | Payment voucher    YES    NO |

Distribution  Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | |
|---|---|---|
| Allen | Kuth | ID#: M21830 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/22/23 2p | S) Restrictive Housing Placement | P) Proceed to RH, NSC PRN |
| | O) No contraindications noted for restrictive housing | |
| | A RH | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name    MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/28/23 11:24 am | **Med Furlough Clerk Note:** | |
| | S.) | P.) Remove Medical Hold in O360 |
| | O.) Patient's Medical Holds reviewed. All appointments completed. Medical Hold discontinued. | T. Klein Med Furlough Clerk |
| | A.)    Remove Medical Hold in O360 | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Allen    Keith    ID#: M21830
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/17/24 7:00p | CW Note → Patient Scheduled on telepsych vitals BP-118/70 P-74 WT-185, R-16 T-97.1 O2-99% Accpd | Dcpm, USC, PRN Notified Dr. Blount [signature] |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.: 000387

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: Allen    First Name: Keith    MI: ____    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9·28·23 12:47pm | **Med Furlough Clerk Note:** | |
| | S.) Ø | P.) Notify and give a provider the report from from date of service. |
| | O.) Received report from 0151 date of service 8.3.23 | H. R. ~ Med Furlough Clerk |
| | A.) Med Furlough report | |
| 2/25/24 JR 9²⁵ am | NP NOTE  S: Rec/Rov. 0151 visit 8/23 ——— O: Pt CTRelease visit doing well. follow up as needed ———— | P: F/UPRN \| \| \| mmoldenhoun NP |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BEGIN USING FROM BOTTOM UP

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Prescription Order**
Chart Copy (Not a prescription)

Offender: _____ ID #: _____ Date: _____

Allergies: NKDA _____ Facility: _____ Cell #: W3∂3

ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #:: _____ Physician (Print): _____

☒ May Substitute: _____ M.D.
☐ May Not Substitute: _____ M.D.

Noted by: _____ Date: _____

DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Prescription Order**
Chart Copy (Not a prescription)

Offender: _____ ID #: _____ Date: _____

Allergies: NKDA _____ Facility: _____ Cell #: _____

ORDER: (Physician's Signature After Last Order)

DEA/Illinois Lic. #:: _____ Physician (Print): _____

☒ May Substitute: _____ M.D.
☐ May Not Substitute: _____ M.D.

Noted by: _____ Date: _____

DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Prescription Order**
Chart Copy (Not a prescription)

Offender: Allen, Keith    ID #: M21830    Date: 1-18-24

Allergies: NKDA    Facility: Menard    Cell #: _____

ORDER: (Physician's Signature After Last Order)

start trazodone 50mg po qhs x 90 days DOT
start buspar 10mg po bid x 90 days DOT

(Provider is aware of possible drug interactions; please dispense)

DEA/Illinois Lic. #:: BB6137788/1003912601    Physician (Print): Morris A. Blount, Jr., M.D.

☒ May Substitute: Morris A. Blount, Jr., M.D.    Digitally signed by Morris A. Blount, Jr., M.D.    M.D.
                                                 Date: 2024.01.18 11:41:51 -06'00'
☐ May Not Substitute: _____ M.D.

Noted by: C. Wiener LPC CN.    Date: 1-19-24

DOC 0559 (Eff. 8/2019)
Replaces DCA 7000

ILLINOIS DEPARTMENT OF CORRECTIONS
**Covid-19 Rapid Test Result Report**

MCC
(Facility)

Offender Name: Allen, Keith                    ID# MZ1830
                (Print Name)

Date of Test: 4/2/23                           Time of Test: 9AM

Lot Number: 2010033                            Expiration Date: _____

COVID-19 Rapid Test Administered by:

Tundra Crain /CNA          Renalia Cren /CNA
(Print Name/Title)          (Signature/Title)

Results of COVID-19 Rapid Test:

[ ] Positive    [X] Negative

Medical Provider Notified: _____ Yes _____ No

If no, Reason: _____
_____
_____

_____            _____
Medical Provider Signature                      Date

*BEGIN USING FROM BOTTOM UP

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order)
_____
_____
_____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute                                                M.D.
☐ May Not Substitute                                            M.D.
DCA 7000   Noted by: _____ Date: _____
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order)
_____
_____
_____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute                                                M.D.
☐ May Not Substitute                                            M.D.
DCA 7000   Noted by: _____ Date: _____
IL 426-1417

---

Menard CC

NKDA

W 109

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient  Allen, Keith          Reg # M21830   Date: 4/22/2023

Problem  Depression

ORDER: (Physician's Signature After Last Order)  Discontinue Cymbalta 90 mg to aus

Start Cymbalta 60 mg PO QHS x 4 days.

Start Cymbalta 30 mg PO QHS x 3 days, then discontinue

DEA/Illinois Lic. # _____ Physician (Print)
☐ May Substitute                                                M.D.
☐ May Not Substitute                                            M.D.
DCA 7000   Noted by:              CULATI NOORANI MD   Date:
IL 426-141
                        4/25/23
                        1pm

•BEGIN USING FROM BOTTOM UP

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417     Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000
IL 426-1417     Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Allen, Keith_ Reg. # _M21830_ Date: _3/9/23_

Problem _____

ORDER: (Physician's Signature After Last Order) _Tylenol 325 1 tabs PO TID PRN x1mo_

EA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D. _3/9/23_
DCA 7000
IL 426-1417     Noted by: _____ Date: _____

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Allen                Keith           ID#: M21830
Last Name            First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/3/23 1030pm | S) Med Furlough Return | P)Follow up with NP/MD in 5 days |
| | O) Returned from scheduled medical furlough. No complaints voiced. | |
| | ___✓ Paperwork forwarded to NP for review  QISI + la postop | |
| | ___ No paperwork received | |
| | A)med furlough | S Kirk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Keith      Allen      ID#: M21830

Last Name      First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/19/23 7:30a | CNA Note S: Ø O: Scheduled for OPCL BP ✓ BP: 130/72  P: 63 A: OPCL | P: CPM, NSC, PRN Amanda Reo, CNA |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

| | |
|---|---|
| **Transferring Facility:** | **Individual In Custody Information:** |
| Menard Correctional Center | Allen          Keith          ID# M21830 |
| | Last Name       First Name      MI |

**Date:** 7/27/23  **Time:** 1235  ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** _____   **Food Handler Approved:** yes

**Chronic Conditions / Problems:** Bipolar PTSD

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** _____

**Chronic Long-term:** / meds

**Chronic Psychotropic:** _____

**Current Treatments:** _____

**Therapeutic Diet:** Regular

**Follow-Up Care:** RHC

**Chronic Clinics:** _____

**Specialty Referrals:** Mental Health

**Significant Medical History:** _____

**Physical Disabilities / Limitations:** _____

**Assistive Devices / Prosthetics:** _____        ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt Date: _____   ☐ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

Susan Kirk Rn          Susan Kirk m          7-87-83
Health Care Staff and Title                  Signature                          Date

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____   **Date:** _____   **Time:** _____   ☐ a.m. ☐ p.m.

**Subjective:**   **Assessment:**

**Current Complaint:** _____

**Current Medications/Treatment:** _____

**Objective:**   **Plan: Disposition:**

**Physical Appearance/Behavior:** _____
- ☐ Health Information Given   ☐ Emergency Referral: _____
- ☐ Sick Call: Urgent / Routine
- ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

**Deformities: Acute/Chronic:** _____
- ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
- ☐ Infirmary Placement

**T:** __ **P:** __ **R:** __ **B/P:** __ / __
- ☐ Other (specify): _____

Printed Name and Title          Signature          Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title          Date          ☐ Approved   ☐ Denied

Health Care Staff Signature and Title          Date          ☐ Approved   ☐ Denied

**Distribution:** Individual In Custody's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper          DOC 0090 (Rev 9/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** _____ **Center**

| Offender Information: | | |
|---|---|---|
| Allen Keith | | M 21830 |
| Last Name | First Name    MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7·16·23 | "JR" NP NOTE | Ⓓ 7D PRN coffe NSC |
| 3p | S: RECEIVED AND REVIEWED | |
| | Medical Furlough visit: | |
| | 3/20/23    0/51 | |
| | 12/29/28 - ~~order~~ ~~Gausso~~ | |
| | O: Orders for this visit were | |
| | transcribed previous to | |
| | this note | |
| | A. JR | m recorder returned NR |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

| Offender Information: | | | | |
|---|---|---|---|---|
| ALLEN | | KEITH | | ID#: M21830 |
| Last Name | | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/28/2023<br>1240 | **PHYSICAL THERAPY REEVALUATION** | **P:** D/C PT |
| | **S:** Patient reports his wrist is getting better. His hand is healing. He hasn't been doing any working out. His wrist/hand still cramps up some when he's washing his clothes or wring out his sheets. He has occasional numbness. Asks how much longer he will be having physical therapy. Also asks when he can start doing things like push-ups. Patient reports he is now able to write with his right hand. | |
| | **O:** <u>AROM:</u> (R) wrist flex = 65 degrees.<br>Ext = 77 degrees. | |
| | <u>Strength:</u> (R) wrist and grip grossly 4+/5 | |
| | <u>Treatment:</u> Patient utilized black digiflex (9#) for grip strengthening; completed wrist flex, ext, and radial/ulnar deviation with 1# wt; and completed finger ext strengthening with rubber band for resistance. Instructed patient in modification of push-ups, starting at wall and then progressing to bunk or sink, then property box, then floor. Patient performs push-ups this date at wall and high mat table, noting he can still feel a "knot" in his incision so he understands need for progression of push-ups and other activities. | |
| | **A:** Patient seen by skilled PT since 3/7/23 following (R) CTR on 3/3/23, with limited interventions since last reassessment on 5/10/23 due to lockdowns. Patient with increase of wrist flex ROM by 7 degrees since 5/10/23; wrist flex is only increased by 1 degree. He demonstrates 4+/5 strength at the wrist and hand. He is agreeable to discharge from skilled PT at this time with independent continuation of HEP. | *[signature]* |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard  Correctional Center**

Offender Information:

Last Name: *allen*    First Name: *Keith*    MI: ___    ID#: *M21630*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/27/23 0800 | | Wt 169.4 |
| | RN Note / CMT Note | |
| | Date: 6/27/23 Time: 0800 | |
| | Tubersol 0.1cc Intradermal Left Forearm | |
| | LOT # 2CA261 | |
| | Expiration Date: May 29 2025 | |
| | Given By: [signature] | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000375

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional Center

Offender Information:

Allen    Keith    ID#: M21830
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 25 May 23 | POA note | P) Cont p̄ PO2 |
| | S) Pt State same sympton of week | |
| | O) neck rhythm exercise ® | |
| | hand + wrist | |
| | A) complete, no new Issue | |
| 6/7/23 | PT NOTE | P: Recall |
| 1830 | S/O: Pt scheduled for PT re-eval this | |
| | date. Not seen 2° to Lock Down. | |
| | A: No RX provided. | cancel no Pt |
| 6/8/23 | POA bot | |
| 1100 | S) PT | P) New |
| | S)not Don | |
| | A) Left CW | |
| 6/14/23 | PT NOTE | P: Recall |
| 0910 | S/O: Pt scheduled for PT re-eval | |
| | this date. Not seen 2° to Lock Down | |
| | A: No RX Provided | cancel no Pt |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000373

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional _____ Center

Offender Information:

Allen _____ Kell _____ MI __ ID#: M21036
Last Name         First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 15 June 23 9w | PRA not | P) Re Dt |
| | 3) pt | Rtt |
| | 4) not duc | Dr |
| | A) left clr | |
| 22 June 23 9w | PRA nro | O) Rc |
| | 5) pt | QM |
| | o) not per | DRA |
| | A) Lm | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Menard Correctional_____ Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | ID#: |
| | Mi | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/9/2023 2:24 pm | **Med Furlough Clerk Note:**<br><br>S.)<br><br>O. )Scheduled individual in custody for a R Carpal Tunnel Release<br>Auth: 517035551<br><br>A.) Med Furlough appointment | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list.<br><br>L. Miles<br>Med Furlough Clerk |

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000328

Date: 6, 11, 19

Time: 11 30  ☐ a.m. ☐ p.m.

3YRPE

**Offender Information:**
Allen (Last Name)   Keith (First Name)   ID#: _____

Race: ☐ White   ☒ African American   ☐ Asian American   ☐ Hispanic   ☐ Native American   ☐ Other

Gender: ☒ Male   ☐ Female   Date of Birth: 6 14 88

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | | Oral Condition: Satisfactory |
| Ears | ✓ | | Drums Normal/Grossly Intact: — Hearing: R- USL L- UNL Diminished: |
| Eyes | ✓ | | Pupils: PERLL Accommodation: EOM UNL Fundoscopic: ✓ |
| Lungs and Chest Including Breast | ✓ | | Auscultation: |
| Heart ♥ | ✓ | | Rate: RRR Size: Rhythm: Murmurs: |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency: Soft Tenderness: Ø Masses: Ø Scars: Ø |
| Anus, Rectum (Prostate – 40+ Male Only) | Refused | | Visual: Digital: } Refused Guaiac + / - / R: |
| Genito-Urinary System | Refused | | |
| Upper Extremities | | | Strength: ROM: } UNL |
| Lower Extremities | | | Strength: ROM: |
| Spine and Musculo-Skeletal | | | |
| Skin and Lymphatics | | | |
| Neurologic DTR's | | | Romberg: Biceps: } UNL Patella: |
| Mental Status | | | |
| Pelvis (Female Only) | | | Cervix: Vaginal Canal: Fundus: PAP: ☐ Y ☐ N ☐ R |

Assessment: Problem # Smoker
Marijuana USE
Notral user

Plan: (Check box as appropriate and complete plan)

Placement Consideration: ☐ Yes   ☒ No
HR: ☐ Yes   ☐ No
Food Handler Status:

Examiner's Signature:

Carolyn Lindsay FNPC   (signature) FNPC   6, 11, 19
Print Name   Date

Allen v. Hunter (23-3775) Bates Document No.:   000327

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

| Offender Information: | | | | |
|---|---|---|---|---|
| **Allen** | **Keith** | | **M21830** | ID#: _____ |
| Last Name | First Name | | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/10/2023 12:53 PM | **Med Furlough Clerk Note:**<br><br>S.)<br><br>O. ) Scheduled Individual in Custody for a Post Op<br>Auth: 517035551<br><br>A.) Med Furlough appointment | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list.<br><br>L. Miles<br>Med Furlough Clerk |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Allen   First Name: Keith   MI: ___   ID#: M 21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/20/23 9:40am | S) Medical Furlough Return | P) Follow up with NP/MD in 5 days |
| | O) Individual returned from scheduled Medical Furlough. | |
| | No complaints voiced. | |
| | ✓ Paperwork given to NP/MD for review Post Op F/u | |
| | ___ No paperwork received | |
| | A)Medical Furlough return | Shirkn |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Allen v. Hunter (23-3775) Bates Document No.:   000366

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
## Menard CC    CENTER

| Offender Information | | |
|---|---|---|
| ALLEN | KEITH | ID#: M21830 |
| Last Name | First Name | |

| Date / Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/8/2023 | RN/LPN/Phlebotomist Note ( Circle One ) | |
| | **Lab Note :** | |
| | Scheduled for                    JUNE PE | |
| | PE- CMP/LPD | |
| | | |
| | Done : Yes  No          Signed Refusal : Yes  No | |
| | Recall : | |
| | Unable / Ate / Work /Move / No Show / Security / Other _____ | |

Distribution: Offender's Medical Record

C

Printed on Recycled Paper

Allen v. Hunter (23-3775) Bates Document No.:

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | | |
|---|---|---|---|
| **Allen** | **Keith** | **M21830** | ID#: |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/15/23 1:04 pm | **Med Furlough Clerk Note:** | |
| | S.) | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list. |
| | O.) Scheduled individual in custody for a Post Op F/U. Auth: 517035551 | T. Klein Med Furlough Clerk |
| | A.) Med Furlough appointment | |

Allen v. Hunter (23-3775) Bates Document No.:    000370

●          •BEGIN USING FROM BOTTOM UP          ●

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____ .M.D.
☐ May Substitute _____ .M.D.
☐ May Not Substitute _____
DCA 7000          Noted by: _____ Date: _____
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections** ·

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Allen Keith_ Reg. # _M21830_ Date: _3/3/23_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Tylenol 500mg 2 tabs Q8° PRN_

_Motin 400mg 1 tab Q 8° PRN_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _____ M.D.
☐ May Not Substitute _____
DCA 7000          Noted by: _Not taken W 3-3-23_ Date: _____
IL 426-1417

---

_mcc_

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Allen, Keith_ Reg. # _M2H830_ Date: _3/2/23_

Problem _____

ORDER: (Physician's Signature After Last Order) _Tramadol 50g 12 tabs PO every 4-6 hrs._
_PRN X 24 hrs_
_Then change to Tramadol 50g 1 tab PO BID X 5 DAYS_

DEA/Illinois Lic. # _____ Physician (Print) _A Dearmon Crner_
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000          Noted by: _Not taken W_ Date: _3-3-23_
IL 426-1417

*BEGIN USING FROM BOTTOM UP

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417            Noted by: _____ Date: _____

---

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417            Noted by: _____ Date: _____

---

NKDA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Allen, Keith_ Reg. # _M21830_ Date: _3/21/23_

Problem _Per ortho for scar massage_

ORDER: (Physician's Signature After Last Order)
_Vaseline to area of surgical incision_
_massage daily to reduce scarring for_

DEA/Illinois Lic. # _PT only_ Physician (Print) _____ M.D.

☐ May Substitute _Sees NP_ M.D.
☐ May Not Substitute _NP_

DCA 7000
IL 426-1417            Noted by: _____ Date: _____

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Corr _____ Center

Offender Information:

Allen _____ Keith _____ ID#: M21830
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/22 1630 | NP Note<br>S/O) medical furlough<br>Return c̄ orders from<br>OISI.<br>A) | P) new order/permit<br>Cock up wrist brace<br>Ⓡ written for<br>use at night<br>PRN. PT modalities<br>and myofascial<br>release. NPCL 2m f/u<br>Meloxican 7.5mg<br>PO QD x 3months<br>f/u c̄ D.Mason PAC<br>in 2months referral<br>write<br>Cooper |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000230

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ **Menard Correctional** _____ Center

**Offender Information:**

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | RN Note:    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/27/22 2p | S) Medical Furlough Return | P) Follow up with MD/NP in 5 days |
| 98² 64 98⁴ 118 (ai) 18 | O) Inmate returned from medical furlough. No complaints voiced.    Ortho flw    ~~Paperwork received and forwarded to Medical Furlough clerk.~~    No paperwork received. | Seen by m++ |
| | A) Medical Furlough Return | P Gregan M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000229

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/3/22 12:48 pm | **Med Furlough Clerk Note:**<br><br>S.) ∅<br><br>O.) Received report from 0151 date of service 9/27/22<br><br>A.) Med Furlough report | P.) Notify and give a provider the report from from date of service.<br><br>M. Miles<br>M. Miles<br>Med Furlough Clerk |
| 10/4/22 1:40 pm | Neral<br>S)- Received a reviewment<br>furlough report today from<br>9/27/22 seen OISE - seen<br>for numbness & tingling mostly<br>in thumbs, index, long & ring.<br>Something in sm. finger - recommend 2<br>months - meloxicam given for D/O<br>PKN. Recommend PT & to wear<br>FA wrist Bracle HS.<br>A: meloxicum report reviewed. | P. Reternal placed for<br>2 months c̄ OISE<br><br>[signature] |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000232

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional**     Center

Offender Information:

Last Name: Allen     First Name: Keith     MI: ___     ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/21/22 | NP Note | P: New referral placed today. |
| 445p | S/O: Individual in custody not able to have | Referral request: ODSI |
| | evaluation/consult/procedure/follow up at a | |
| | SIH facility due to needing new referral from | |
| | an approved provider registered with | |
| | Impact. | |
| | A: Update Referral | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000231

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name    MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/4/22 6:06 pm | **Med Furlough Clerk Note:** | |
| | S) | P) Send referral to utilization management for approval/auth#. |
| | O) Received a referral for an Ortho F/U | |
| | A) referral | T. Klein Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Keith Allen 000234

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Menard Correctional Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/4/22 6:06 pm | **Med Furlough Clerk Note:** | |
| | S) | P) Send referral to utilization management for approval/auth #. |
| | O) Received a referral for an Ortho F/U | |
| | A) referral | T. Klein  _Klein_<br>Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

**Non-Specific Discomfort**

Offender Information:

Last Name: Allen   First Name: Keith   MI: ___   ID#: M21830

| Date/Time | MH Note — Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/2/22 8:30A | S) - Any Allergies — NKA | PV MD Referral |
| | - Location of pain / discomfort — Rt hand/wrist | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain — Stabbing Throbbing Constant (Intermittent) Etc. Burning, sharp | - Patient presents with signs of acute, severe discomfort |
| | - Have you had this pain before and how was it treated — yes - Soft Brace + Mobic + PT | - Patient has abnormal vital signs |
| | - Rate pain level scale of 1–10 — 6 | |
| | - Duration of pain — 1 yr | No MD referral |
| | O) P 80 R 16 BP 124/78 WT 186 | - Acetaminophen 325 mg, 1–2 tablets t.i.d. PRN X 3 days (18 tablets) |
| | - Signs of obvious discomfort — medial side of palm on Rt hand | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | slightly swollen | Patient Teaching |
| | - Observations related to body part affected — Rt radial pulse present & strong | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | Grip 3/5 wnl- Rom wnl - this | |
| | nurse can observe grimacing c certain Rom - | |
| | Pt states today he fell trying to get up | |
| | on bed & hurt wrist. S/o concerned current | |
| | brace doesn't provide enough support | Nurse Signature: Rideco |
| | A) Non-Specific Discomfort | Payment Voucher   YES   NO |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

| Transferring Facility: | Individual in Custody Information: | |
|---|---|---|
| Menard Correctional ___ Center | Allen          Keith | ID#: M21830 |
| | Last Name    First Name    MI | |

Date: 10/30/22          Time: 300          ☑ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA          Food Handler Approved: 6/11/19 OK

Current / Acute Conditions / Problems: Pain

Chronic Conditions / Problems: Mental Health

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Mobic 7.5mg Daily

Chronic Long-term: Ø

Chronic Psychotropic: Cymbalta 30mg HS

Current Treatments: PT

Therapeutic Diets: Reg

Follow-Up Care: RHC

Chronic Clinics: Ø

Specialty Referrals: Ortho - R hand pain and Ø swelling

Significant Medical History: Ø

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: R wrist Braces          ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____ ☑ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☑ Alcohol ☑ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____          ☐ Packet Complete

| Jeremy Butler, CN2 | [signature] | 10/30/22 |
|---|---|---|
| Health Care Staff and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____          Date: _____ Time: _____ ☐ a.m. ☐ p.m.

Subjective:          Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:          Plan: Disposition:

Physical Appearance/Behavior: _____          ☐ Health Information Given     ☐ Emergency Referral: _____
          ☐ Sick Call: Urgent / Routine
          ☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

Deformities: Acute/Chronic: _____          ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): _____
          ☐ Infirmary Placement: _____

T: ___ P: ___ R: ___ B/P: ___ / ___          ☐ Other (specify): _____

| Printed Name and Title | Signature | Date |
|---|---|---|

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

| Mental Health Professional Signature and Title | Date | ☐ Approved | ☐ Denied |
|---|---|---|---|
| Health Care Staff Signature and Title | Date | ☐ Approved | ☐ Denied |

Distribution: Individual in Custody's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Rev 9/2021)

Keith Allen 000241

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: _Allen_
First Name: _Keith_
MI:
ID#: _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/24/22 | **Med Furlough Clerk Note:** | |
| 215 pm | S.) _∂_ | P.) Notify all necessary departments and complete all necessary paperwork. |
| | O.) Appointment for above individual in custody has been cancelled/changed due to _11/14/22 @ 840_ _out for surgery at DOS_. Auth # _6385889 24_ | T. Klein   _Klein_ <br> Med Furlough Clerk |
| | A.)   Cancelled Med Furlough Appointment. | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000240

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/24/22 9:45 am | **Med Furlough Clerk Note:**<br><br>S.)<br><br>O.) Scheduled individual in custody for an Ortho F/U.<br>Auth: 638588924<br><br>A.) Med Furlough appointment | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list.<br><br>T. Klein<br>Med Furlough Clerk |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

| Offender Information: Allen | Keith | M21830 |
|---|---|---|
| Last Name | First Name | MI ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/12/22 11:15 am | **Med Furlough Clerk Note:** | |
| | S.) | P.) Schedule individual in custody for upcoming appointment. |
| | O.) Received auth # and letter for an Ortho F/U. from WHS UM auth # 638588924 | T. Klein Med Furlough Clerk |
| | A.)    Referral. | |

Printed on Recycled Paper

DOC 0084 (Eff 9/2002
(Replaces DC 7147)

Keith Allen 000236

ECH
08
13

ILLINOIS DEPARTMENT OF CORRECTIONS
**Outpatient Progress Note**
**Menard Correctional Center**

| ALLEN | KEITH | ID#: | M21830 |
|--------|--------|--------|--------|
| Last Name | First Name | | |

| 10/10/2022 10a | RN/CMT note: | Subjective, Objective, Assessment | Plans |
|---|---|---|---|
| | **PLEASE RESPOND TO EACH QUESTION WITH YES OR NO(only if taking vaccine)** | | |
| | Have you ever had an allergic reaction to flu vaccine? | | Yes ___ No X |
| | Do you have a history of Guillain-Barre Syndrome: (illness associated with swine flu in 1976 characterized by fever, nerve damage, and muscle weakness)? | | Yes ___ No X |
| | Are you allergic to Thirmerosal ( a mercury-based preservative)? | | Yes ___ No X |
| | Are you allergic to latex ? | | Yes ___ No X |
| | Do you feel ill today or do you have a fever ? | | Yes ___ No X |
| ⊙ | Are you currently taking an antibiotic for infection ? | | Yes ___ No X |
| | Are you allergic to eggs ? | | Yes ___ No X |
| | ** _X_ I consent to have the vaccine  Signature _Keith allen_  Date _10/8/22_ | | |
| | ** I refuse a flu vaccination at this time  Signature _____  Date _____ | | |
| | | | |
| | | | |
| | | **FOR CLINIC USE ONLY** | |
| | Manufacturer : Flucelvax       Lot# AS1595B | | |
| ⊙ | Expiration Date : June 30, 2023 | | |
| | Site of Injection ___ Right ___ Left Deltoid ___ Other _____ | | |
| | Signature and Title of Vaccine Administrator _____ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000235

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Allen | Keith | | ID#: M21830 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/15/22 2:15 PM | **Med Furlough Clerk Note:** | |
| | S.) | P.) Schedule individual in custody for upcoming appointment. |
| | O.) Received auth # and letter for a R Carpal Tunnel Release. from WHS UM auth # 517035551. | T. Klein Med Furlough Clerk |
| | A.)    Referral. | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000248

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

Offender Information:

_Allen_          _Keith_          ID#: _M21830_
Last Name         First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12.1-22 | JR NP NOTE STROD/REV | P Permit for : |
| JR | 0151 vs g 11/15/22 | RT WRIST BRACE |
| | O: suggests | "Cock up" ——— |
| | RT WRIST BRACE | Refural regulated for |
| | + C. Tunnel | Slot 121. for |
| | Surg. R Wrist | RT C Tunnel surg |
| | ——— | 0151 ——— |
| | ——— | m peodddrrdocrrl NR |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff 9/2002
(Replaces DC 7147)
Keith Allen 000247

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Menard Correctional Center

Offender Information:

Last Name: **Allen**   First Name: **Keith**   MI: ___   ID#: **M21830**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/29/22 3:09 pm | **Med Furlough Clerk Note:** <br><br> S.) Ø <br><br> O.) Received report from  0181 date of service 11/15/22 <br><br> A.) Med Furlough report | P.) Notify and give a provider the report from from date of service. <br><br> *Maury Milis* <br> M. Miles <br> Med Furlough Clerk |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/200:
(Replaces DC 7147

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

| | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **Med Furlough Clerk Note:** | |
| 11/17/22 12:12pm | S) | P) Send referral in for Wexford approval. |
| | O) Received referral for right carpal tunnel release. | |
| | A) Collegial referral | E.Young Med Furlough Clerk |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000245

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

**Offender Information:**

Allen                    Keith                    ID#: M2183C
_____ Last Name          _____ First Name    ___ MI

| Date/Time | RN Note: Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/15/22 1120A | S) Medical Furlough Return | P) Follow up with MD/NP in 5 days |
| 124 78 70 98% 18 97° | O) Inmate returned from medical furlough. No complaints voiced. *Ortho Flu* | seen by mtt |
| | ~~Paperwork received and forwarded to Medical Furlough clerk.~~ | |
| | No paperwork received. | |
| | A) Medical Furlough Return | P Gyn M |
| 11/16/22 2:45p | MEDICAL RECORD NOTE: S. M... ...SENT P... ...SENT O... ...ZATION. A. ...ON. P. FORWARDED VOUCHER TO TRUST. | |
| | 45 pages | GBacher |
| | | |
| | | |
| | | |

istribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000244

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name    MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/3/22 12:37 pm | **Med Furlough Clerk Note:** | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list. |
| | S.) | |
| | O.) Scheduled individual in custody for a Ortho F/U Auth: 638588924 | T. Klein    _Klein_ Med Furlough Clerk |
| | A.) Med Furlough appointment | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000243

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **MENARD CC** _____ Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI    ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/27/2023 2:18 pm | **Med Furlough Clerk Note:** <br><br> S: <br><br> O: Received an approval for a Post Op Ortho F/U with auth# 517035551 <br><br> A: Approved Referral | P: Schedule approved referral <br><br> L. Miles <br> Med Furlough Clerk |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Allen                          Keith                          ID#: M21830
      Last Name                        First Name              MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3·27·23 11:49AM | **Med Furlough Clerk Note:** | |
| | S.) Ø | P.) Notify and give a provider the report from from date of service. |
| | O.) Received report from 0151 date of service 3·20·23 | H Rodgers H. Rodgers Med Furlough Clerk |
| | A.) Med Furlough report | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000361