ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | ID#: |
| | | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/22/2023 1:44 pm | **Med Furlough Clerk Note:** | |
| | S) | P) Send referral to utilization management for approval/auth#. |
| | O) Received a referral for Ortho | |
| | A) referral | L. Miles Med Furlough Clerk |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000360

ˈILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional Center**

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-22-23 10:25am | **Med Furlough Clerk Note:** | |
| | S.) ∅ | P.) Waiting for report, will notify scheduler once received to get individual scheduled with NP or MD. |
| | O.) Faxed Wexford Health Service form to request medical records. | H. Rodgers H. Rodgers Med Furlough Clerk |
| | To: 0151 | |
| | At fax number: 618-993-8188 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Allen v. Hunter (23-3775) Bates Document No.:    000359

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Menard Correctional_____ Center

| Offender Information: | | | |
|---|---|---|---|
| *allen* | *Keith* | | ID#: M21830 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/23 7PM | Rn Note | P) Cont SH |
| | S0) NSC offered & C/o | |
| | 24° SH ept Ru Mp | X) Contr Rn |
| | X) SH | |
| 4/10/23 1800 | 1 no uds | D) Cot p Po |
| | S) pt stable sym sym | |
| | O) R wnts stringthy | |
| | A) complete no new 1% | |
| 5/2/24 9U | no nt | D) Int p po |
| | S) pt stable | |
| | O) R wnt stry | |
| | A) complete no nw 1&& | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

Allen v. Hunter (23-3775) Bates Document No.:    000358

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

Last Name _____  First Name _____  MI _____  ID#: _____

Facility: Menard Correctional Center



| | | | | |
|---|---|---|---|---|
| Date | | / | / | / |
| Hosp Day/Po Day | | | | |
| Hour | | | | |
| Temperature | 105 | | | |
| | 104 | | | |
| | 103 | | | |
| | 102 | | | |
| | 101 | | | |
| | 100 | | | |
| | 99 | | | |
| | 98 | | | |
| | 97 | | | |
| | 96 | | | |
| Pulse | | | | |
| Respiration | | | | |
| Blood Pressure | Hours 4 AM | | | |
| | 8 AM | | | |
| | 12 Noon | | | |
| | 4 PM | | | |
| | 8 PM | | | |
| | Midnight | | | |
| Weight | Height | | | |
| Stools | Urine | | | |
| Bath C-P-T-S | | | | |
| Oral Hygiene | | | | |
| PM Care | | | | |
| Diet | | | | |
| Ate    W  F  P | | | | |
| Slept  W  F  P | | | | |
| Activity | | | | |
| Bed Rest | | | | |
| Bed position | | | | |
| R.O.M. Exercise | | | | |
| Weight bearing | | | | |
| Transfers | | | | |
| Walk | | | | |
| Other: | | | | |
| | | | | |
| | | | | |
| | | | | |
| Staff Name | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |

Distribution:   Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

Allen v. Hunter (23-3775) Bates Document No.:   000357

M21830

Keith Allen                               1537618                        6/17/2022 16:45

---

# SIH Brain & Spine Institute

### 305 W. Jackson Street, Suite 103
### Carbondale, IL 62901
### Phone (618) 351-4972 Fax (618) 351-6522

---

**Full Name:** Keith Allen         **Gender:**      Male
**Patient ID:** 1537618           **Date of Birth:** 6/4/1988

**Visit Date:**         6/17/2022 16:45
**Age:**                34 Years
**Examining Physician:** Tiffany Ward, MD
**Referring Physician:** Michael Moldenhauer, NP
**Patient History:**    This is a 34 year-old right haned man with numbness in the right hand and pain in the ular portion of the hand.

## Motor NCS

| Nerve / Sites | Muscle | Lat ms | Amp mV | Segments | Dist mm | Lat Diff ms | Vel m/s |
|---|---|---|---|---|---|---|---|
| **R Median - APB** | | | | | | | |
| Wrist | APB | 3.7 | 5.4 | Wrist - APB | 70 | | |
| Elbow | APB | 8.4 | 5.2 | Elbow - Wrist | 272 | 4.7 | 58 |
| **R Ulnar - ADM** | | | | | | | |
| Wrist | ADM | 2.6 | 11.3 | Wrist - ADM | 70 | | |
| B.Elbow | ADM | 6.6 | 11.2 | B.Elbow - Wrist | 232 | 3.9 | 59 |
| A.Elbow | ADM | 8.4 | 10.7 | A.Elbow - B.Elbow | 100 | 1.8 | 56 |

## Sensory NCS

| Nerve / Sites | Rec. Site | Lat ms | Amp µV | Segments | Dist mm | Peak Diff ms | Vel m/s |
|---|---|---|---|---|---|---|---|
| **R Median, Ulnar - Transcarpal comparison** | | | | | | | |
| *Median Palm* | Wrist | 1.6 | 202.0 | Median Palm - Wrist | 70 | | 45 |
| Ulnar Palm | Wrist | 1.3 | 20.3 | Ulnar Palm - Wrist | 70 | | 55 |
| | | | | Median Palm - Ulnar Palm | | 0.3 | |
| **R Radial - Superficial (Antidromic)** | | | | | | | |
| Forearm | Wrist | 1.8 | 42.6 | Forearm - Wrist | 100 | | 55 |

## Summary

The motor conduction test was normal in all 2 of the tested nerves: R Median - APB, R Ulnar - ADM.

The sensory conduction test was performed on 2 nerve(s). The results were normal in 1 nerve(s): R Radial - Superficial (Antidromic). Results outside the specified normal range were found in 1 nerve(s), as follows:
- In the R Median, Ulnar - Transcarpal comparison study
  - the take off velocity result was reduced for Median Palm - Wrist segment

Keith Allen 000262

**JB Pritzker**
**Governor**



**Rob Jeffreys**
**Director**

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    April 29, 2022

TO:    Record Office
        Med Furlough Notification

FROM:    Angela Crain.
        Health Care Unit Administrator

SUBJECT: M21830 Allen, Keith

---

## PLACE:
**Brain and Spine Institute**
**305 W. Jackson St.**
**Carbondale, IL**
**618-351-4972**

---

**DATE:  June 17, 2022**                                **TIME: 2:40 pm**

**ADA attention: N/A**

**REASON: RUE EMG**

*Angela Crain, RN, BSN-HCUA*
Angela Crain, RN, BSN, HCUA
**MS: LM**
cc:    **Shift Commander's Office**
        **Medical Records**
        **Office File**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Keith Allen 000261

M2|83C

Keith Allen                    1537618                    6/17/2022 16:45





3 of 3

Keith Allen 000264

M21830

| Keith Allen | 1537618 | 6/17/2022 16:45 |

## Conclusion:

1. There is evidence of a mild median neuropathy at the right wrist.
2. The dorsal ulnar cutaneous nerve is normal.

Tiffany Ward, MD

2 of 3

Keith Allen 000263

M21830

# MyChart Information

If you are 18 or older and do not have a SIH MyChart patient portal account, we make it easy by following these steps:

1. Enter mychart.sih.net in your internet browser or download the MyChart app and select Southern Illinois Healthcare.
2. This will take you to the SIH MyChart home page
3. Click "Sign Up Now"
4. Click "Sign Up Online"

If you have problems with your MyChart account, call the SIH MyChart Liaison at 618-457-5200 ext. 67123.

---

# Your Medication List as of June 17, 2022 3:35 PM

You have not been prescribed any medications.

## COVID-19 Information

COVID-19, also known as a coronavirus, is caused by a type of virus that causes respiratory illness. Symptoms include fever, cough, and shortness of breath.

Here's what you can do to help protect yourself:

- Stay home if possible
- Avoid close contact (6 feet, which is about two arm lengths) with people who are sick
- If you do go out in public, wear a fabric mask in addition to avoiding close contact
- Wash your hands often with soap and water for at least 20 seconds
- Avoid touching your eyes, nose, and mouth
- Clean and disinfect frequently touched surfaces

**Call our SIH COVID-19 Hotline if you have symptoms or concerns about exposure 844.988.7800**

Keith Allen (MRN: 1537618) • Printed by [16779] at 6/17/2022  3:35 PM          Page 2 of 2  **Epic**

Keith Allen 000266

M21830

# AFTER VISIT SUMMARY

**)** SIH

**Keith Allen** MRN: 1537618

📅 6/17/2022 2:40 PM  📍 SIH Medical Group Neurology 618-351-4972

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies
Not on File

## ➕ Recommended Care

| | Date Due |
|---|---|
| MMR Vaccines (1 of 1 - Standard series) | **Never done** |
| Varicella Vaccines (1 of 2 - 2-dose childhood series) | **Never done** |
| DTaP,Tdap,and Td Vaccines (1 - Tdap) | **Never done** |
| COVID-19 Vaccine (3 - Booster for Moderna series) | 09/08/2021 |
| Influenza Vaccine (Season Ended) | 09/01/2022 |

### Today's Visit
You saw Tiffany Ward, MD on Friday June 17, 2022. The following issue was addressed: Right hand pain.

◎ **Blood Pressure**
118/78

**BMI**
24.37

**Weight**
165 lb

**Height**
69"

**Temperature**
97.1 °F

**Pulse**
66

**Oxygen Saturation**
98%

**Keith Allen (MRN: 1537618) • Printed by [16779] at 6/17/2022 3:35 PM**

Page 1 of 2  **Epic**

Keith Allen 000265

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard Correctional Facility
(Facility)

Offender's Name: Allen, Keith          ID# M21830

Reason for Referral:
☐ Consult          ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation       ☐ Management
☐ Procedure/service (specify)
☒ Other (specify) _Flu Rert._

Urgent: ☐ Yes  ☒ No

Referred to: _Ortho_

Rationale for Referral: _Cast frex ortho 2/8/22 — EmG done to_
_(R) Hand — 6/17/22 — need Flu appt ē ortho_
_(please send copy of EmG findings to ortho)_

Alaa Dearmond, FNP-C
Print Referring Practitioner's Name          Referring Practitioner's Signature          Date 8/18/22

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name          Practitioner's Signature          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name          Facility Medical Director's Signature          Date

Distribution: Offender's Medical File and
Environmental Health Care Unit Administrator          Page 1 of 1          DOC 0284 (Eff 4/2007)
(Replaces DC 7105)

Keith Allen 000270

Fax Server          6/22/2022 7:30:45 AM   PAGE   3/003   Fax Server

M21830



Allen, Keith
MRN: 1537618, DOB: 6/4/1988, Sex: M

Providers are independent contractors and
not employees of Southern Illinois Healthcare

16189261745                                          10:43:17   06-21-2022        2 /3

**CONSENT: Request for Release of Medical Records**

| | | |
|---|---|---|
| Inmate's name: | Allen Keith | Inmate number: M21830 |
| Hospital: | SIH B53 | Dates of service: 4/17/22 |
| Correctional facility: | Menard Correctional Center | Fax number: 618-825-17**·48 |
| Contact name: | Chasity Johnson | Phone number: 618-826-8 Ext ext 3478 |
| Prison POP: | Dr. Glen Babich | Date of birth: 6/4/88 |

Requested information:

☑ All hospital records
☐ History and physical
☐ Lab reports
☐ Imaging studies
☐ Progress notes
☐ Consultant notes
☐ Operative reports
☐ Discharge summary

**Please fax the requested information to the fax number listed above today.** The requested information is required immediately for the ongoing evaluation and treatment of the referenced patient. Your urgent attention to this matter is appreciated.

Please call the contact listed above for any questions

| Attempt 1: Date: | Time: | Initials: C5 |
| Attempt 2: Date: | Time: | Initials: |
| Attempt 3: Date: | Time: | Initials: |

April 8, 2019

**END OF REPORT**

Keith Allen 000269



M21830

**David Mason, PA-C**
Orthopaedic Institute
510 Lincoln Drive
Herrin, IL 62948
Phone: (618) 997-6800
LIC: 85002553
NPI: 1649210766

**Date:** September 27, 2022
**Start Date:** 09/27/2022

**Patient Name:** Keith Allen
**Address:** 711 Kaskaskia St
Menard, IL 622599999

**DOB:** 06/04/1988
**DX Code:**

| Drug | SIG | Dispense | Refill | DAW | Special Instructions |
|------|-----|----------|--------|-----|---------------------|
| meloxicam 7.5 mg tablet | take 1 tablet by oral route every day | 30 (thirty) | 1 (one) | Generic Substitution Permissable | |

**Provider:**

Prescription is void if more than one (1) prescription is written per blank.

written
Rx 9/27/88

Keith Allen 000274

*M21830*



**THE ORTHOPAEDIC INSTITUTE OF SOUTHERN ILLINOIS**

Patient MRN:      000000272220
Date:              09/27/2022
Description:        Medical Assistant/Nurse Note Documentation

Allen, Keith  06/04/1988

patient with a healed 5th metacarpal base fracture and right Carpal tunnel syndrome. Recommend a cock up wrist brace to wear at night and as needed. Recommend PT for modalities and myofascial release. Recommend meloxicam 7.5 mg po daily as needed. Follow up in 2 months. If not improved plan carpal tunnel release.

Rendering Provider: David Mason PA-C

Document generated by: David Mason 09/27/2022 12:43 PM

written
OK
9/27/8

Keith Allen 000273



## Certification of Service

| SECTION I: Certification of Service Information (Completed by Wexford Health Sources) | |
|---|---|
| **Individuals Name:** | Allen, Keith |
| **Inmate Number:** | M21830 — DOB: 6/4/88 |
| **Consultant's Name:** | OISI |
| **Service Approved:** | Ortho F/U |
| **Date of Service:** | 9/27/22 |
| **Reference Number:** | 26706742 |
| **Correctional Facility:** | Menard Correctional Center, 711 Kaskaskia Street, Menard, IL 62259 |
| **Medical Director and Phone Number:** | Dr. Glen Babich (618)-826-5071 |
| **Contact Person And Phone Number:** | Lenzi Miles – Medical Furlough Clerk (618)-826-5071 ext. 2467  FAX #: (618)-826-1746 |

### SECTION II: Instructions for /Consultant's Office

1. If the service to be provided is different than stated above, please call the Utilization Management Department at 1-877-WEX-AUTH (877-939-2884) or 1-800-353-8384.

2. **IMPORTANT**: Attach this Certification of Service Form to the claim and send to the appropriate address for processing (see below). All invoices must include the **reference number**.

**NOTE: Any services rendered at this visit which have not been previously certified for approval as noted on this form may not be eligible for reimbursement.**

| **FLORIDA:** | **MARYLAND:** | **ALL OTHER CLIENT CLAIMS:** |
|---|---|---|
| Wexford Health Sources, Inc. | Wexford Health Sources, Inc. | Wexford Health Sources, Inc. |
| Claims Department | Claims Department | Claims Department |
| P.O. Box 16268 | P.O. Box 16471 | P.O. Box 16218 |
| Pittsburgh, PA  15242-0268 | Pittsburgh, PA  15242-0771 | Pittsburgh, PA  15242-0218 |

3. Please forward all consultant and procedure notes, lab and x-rays results that are completed to the medical department of the correctional facility.

*In no event shall Wexford Health Sources, Inc. be responsible for the provision of or payment for medical services provided to the above named inmate after such time as the inmate has been released from the custody of the department of corrections.*

Rev. 4/1/2017

Keith Allen 000276

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

| Transferring Facility: | Individual in Custody Information: | |
|---|---|---|
| Menard Correctional Center | Last Name: Allen  First Name: Keith  MI: | ID#: M21830 |

Date: 9/18/22    Time: 900    ☑ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA

Current / Acute Conditions / Problems: Ø    Food Handler Approved: yes

Chronic Conditions / Problems: psych hx

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Cymbalta 30mg po QHS

Current Treatments: Ø

Therapeutic Diets: Regular                                COVID 3.11.21 + 4.8.21

Follow-Up Care: RHC prn

Chronic Clinics: Ø

Specialty Referrals: Ortho

Significant Medical History: Ø

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: Ø
                                                                     ☐ Glasses ☐ Dentures ☐ Hearing Aid
Mental Health Issues:  ☐ Hx Suicide Attempt Date: _____  ☐ Hx Psych Med ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☑ Drugs

Y. Carasson RN                          V. Heapu RN                              9/18/22

Reception Screening (completed by receiving facility health care staff):

Facility: _____

**Subjective:**   Date: _____   Time: _____  ☐ a.m. ☐ p.m.

Current Complaint: _____   Assessment: _____

Current Medications/Treatment: _____

**Objective:**

Physical Appearance/Behavior: _____   Plan: Disposition:
                                        ☐ Health Information Given      ☐ Emergency Referral: _____
                                        ☐ Sick Call: Urgent / Routine
Deformities: Acute/Chronic: _____     ☐ Medication Evaluation    ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
                                        ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
T: ___ P: ___ R: ___ B/P: ___ / ___    ☐ Infirmary Placement
                                        ☐ Other (specify): _____

Print Name and Title _____   Signature _____   Date _____

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

| Mental Health Professional Signature and Title | Date | ☐ Approved | ☐ Denied |
|---|---|---|---|
| Health Care Staff Signature and Title | Date | ☐ Approved | ☐ Denied |

Distribution:  Individual in Custody's Medical Record    Printed on Recycled Paper                DOC 0090 (Rev 9/2021)
               Transferring Facility
               Receiving Facility

Keith Allen 000275

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: Allen, Keith          ID# M21830

Reason for Referral:
- ☐ Consult
- ☐ Non-Formulary Medications
- ☐ Medical Equipment
- ☐ Evaluation
- ☐ Management
- ☐ Procedure/service (specify) _____
- ☒ Other (specify) _2 mo f/u_

Urgent: ☐ Yes  ☒ No

Referred to: _____ OISI

Rationale for Referral: Seen ortho on 9/27/22 for having numbness
tingling mostly in thumb, index, long d ring, sometimes
in his small finger @ times — Recommend 2mo f/u

Lisa Dearmond, FNP-C          [signature]          10-4-22
**Print Referring Practitioner's Name**   **Referring Practitioner's Signature**   **Date**

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

_____

_____

_____

Assessment: _____

_____

_____

Recommendations/Plans: _____

_____

_____

**Print Practitioner's Name**   **Practitioner's Signature**   **Date**

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

**Print Facility Medical Director's Name**   **Facility Medical Director's Signature**   **Date**

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator          Page 1 of 1          DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Keith Allen 000278

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Menard CC
(Facility)

Offender's Name: Allen, Keith                    ID# M21830

Reason for Referral:    ☐ Consult        ☐ Non-Formulary Medications    ☐ Medical Equipment
                        ☐ Evaluation     ☐ Management
                        ☐ Procedure/service (specify) _____
                        ☒ Other (specify) 2 month follow-up

Urgent: ☐ Yes    ☒ No

Referred to: OISI D. Mason PA-C

Rationale for Referral: DX: Hx of 5th metacarpal base fracture and carpal tunnel syndrome-right. DOB: 06/04/88.

_____

Alisa Dearmond FNP-C                    _~_Deemarddul_                    09/27/22
Print Referring Practitioner's Name     Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary) ·

Findings: _____

_____

Assessment: _____

_____

Recommendations/Plans: _____

_____

_____
Print Practitioner's Name        Practitioner's Signature        Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
  DOC 0255.

_____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and                Page 1 of 1            DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator                                 (Replaces DC 7105)

Keith Allen 000277



ILLINOIS DEPARTMENT OF CORRECTIONS

**Segregation Sick Call Rounds Chart**

Menard Correctional
Facility

Offender Name: Allen, Keith

ID#: M1830    Housing Unit: N2840    Admission Date: 8/10/2021

Discharge Date:

YEAR: 2021

DOC 0314 (Eff. 07/2006)

Side 1

Printed on Recycled Paper

Distribution: Offender Medical File



## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:       **HEALTHCARE UNIT**
From:     **Utilization Management**
Date/Time:  12/12/2022 / 18:49:53

Inmate Name:  **KEITH ALLEN**
Inmate Number:  M21830
Date of Birth:  06/04/1988
Site:  **MENARD**
Service:  **64721-CARPAL TUNNEL SURGERY**
Authorization No:  517035551

Service is Authorized.

Comments:    **reprint** 11-18-22 Notice of claim authorization for R carpal tunnel release. Patient seen by Ortho for numbness/tingling to R hand and mild medial neuropathy. R carpal tunnel release and PAN recommended. 90 Day Global.

---

### INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

Keith Allen 000295

11/16/2022 8 8:04 AM

Bo Ortho Assoc/Ortho Inst Of W KY    Fax

M21380

David Mason, PA-C/60001

Electronically signed by : *David Mason PA-C* 11/15/2022 08:40 AM

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9385 - www.orthopaedicinstitute.com

Allen, Keith    000000272220 06/04/1988 11/15/2022 08:40 AM Page: 3/3

Keith Allen 000293

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

*Creatinine Same Day*

DOB 6 4 88

Menard Correctional Center
(Facility)

Offender's Name: _Allen Keith_        ID# _M 21830_

**Reason for Referral:** ☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes    ☒ No

Referred to: _Surgery with 0151 - At Carpal tunnel surgery_

SEND RESULTS TO:

Rationale for Referral: _DX: Right Carpal tunnel_

M MOLDENHAUER    _mmoldenhaun NP_    12-1-22
Print Referring Practitioner's Name NPC    Referring Practitioner's Signature    Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name    Practitioner's Signature    Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve,

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and
f denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Keith Allen 000294

11/15/2022 8:57:40 AM                    Bo Ortho Assoc/Ortho Inst Of W KY    Fax:                    M21830

**NO KNOWN ALLERGIES**
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fever. |
| Respiratory | Negative | Chest pain and Dyspnea. |
| Cardio | Negative | Chest pain. |
| GI | Negative | Black tarry stools. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

### ROS
This is a 34-year-old male who comes in today for followup. He was given a compressive dressing for his right wrist instead of a carpal tunnel brace, still has numbness and tingling. He states his thumb and index are the worst. It wakes him up at night. His hand is numb. He has lot of problems when he writes. Denies any history of neck problems, no diabetes. He did previously have a nerve study by Dr. Ward that demonstrated mild median neuropathy of his wrist. There is no other abnormalities noted.

## Vital Signs
### VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg/m2 | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 5.0 | 9.00 | 175.26 |  |  |  |  |  | 8:53 AM | Miranda Cagle |

## PHYSICAL EXAM:
His right hand demonstrates Wartenberg. He could make an okay sign. He had full extension of his fingers. He could make a full fist. He could oppose his thumb, adduct and abduct his arm. He had no muscle atrophy. He had a positive median carpal compression. He had a negative Tinel's today. Strength on gross exam seemed intact, 5/5 on the right upper extremity.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Carpal tunnel syndrome, right upper limb (G56.01). |

### Assessment:
Carpal tunnel syndrome right upper extremity.

### Plan:
I did review findings with the patient. I did discuss options with him. I did recommend he get a formal cock-up wrist brace for this to wear at night and during activities. I did discuss surgical treatment. I did go over risks and benefit of carpal tunnel release, procedure as needed. I did advise him on the risks to include infection, wound complications, sore and pain in the palm with activities until he is 3 or 4 months out. I did also discuss with him the fact that in some situations, it does not help him out, but it will prevent it from getting worse. I advised him there is always potentially other etiologies, but at this point, symptoms seem consistent with carpal tunnel. We will see him back here after surgery. He did want to proceed with right carpal tunnel release, procedure as needed.

Allen, Keith    000000272220 06/04/1988 11/15/2022 08:40 AM Page: 2/3

*MV1830*



Patient:              **Keith Allen**
Date of Birth:    **06/04/1988** Age: **34**
Date:               **11/15/2022 8:40 AM**
Visit Type:        **Office Visit**



## CHIEF COMPLAINT:
Numbness and tingling thumb, index, long finger.

## PAST MEDICAL HISTORY (Detailed)
| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

## PAST SURGICAL HISTORY
| Management | Laterality | Date | Comments |
|---|---|---|---|
| no known surgical history | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Condition
Family history of Cardiovascular disease
Family history of Cancer, unknown
Family history of Diabetes mellitus

## MEDICATIONS:
Medication Reconciliation
Medications reconciled today.

## ALLERGIES:
| Ingredient | Reaction (Severity) | Medication Name | Comment |
|---|---|---|---|

Allen, Keith    000000272220 06/04/1988 11/15/2022 08:40 AM Page: 1/3

Keith Allen 000291



## NOTICE OF CLAIM AUTHORIZATION NUMBER

To:        HEALTHCARE UNIT
From:      Utilization Management
Date/Time: 11/18/2022 / 15:37:04

                    Inmate Name:  KEITH ALLEN
                  Inmate Number:  M21830
                  Date of Birth:  06/04/1988
                           Site:  MENARD
                        Service:  64721-CARPAL TUNNEL SURGERY
              Authorization No:  517035551

Service is Authorized.

Comments:   11-18-22 Notice of claim authorization for R carpal tunnel release. Patient seen by Ortho
            for numbness/tingling to R hand and mild medial neuropathy. R carpal tunnel release and
            PAN recommended.

------------------------------------------------------------------------------------------------------

### INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

Keith Allen 000290

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: Allen, Keith    ID# m21830

**Reason for Referral**  ☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify)
☒ Other (specify)  2 mo Flu

Urgent: ☐ Yes  ☒ No

Referred to:  OISE

Rationale for Referral:  Seen ortho on 9/27/22 for having numbered tingling mostly in thumb, index, long & ring, sometimes in his small finger @ times - Recommend 2mo Flu

Alisa Dearmond, FNP-C    [signature]    10-4-22
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings:

Assessment:

Recommendations/Plans:

Print Practitioner's Name    Practitioner's Signature    Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Keith Allen 000289

_Creatinine Same Day_

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

DOB 6 4 88

Offender's Name: _Allen Keith_                    ID# M 21830

Reason for Referral:
☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes    ☒ No

Referred to: _Right Carpal Tunnel Release and PAN_

Rationale for Referral: _DX= Numbness and Tingling R hand_
_+ Mild medial Neuropathy_                    SEND RESULTS?

_Michael Moldenhauer_                    _mm oldehauer MC_                    11 - 15 - 22
Print Referring Practitioner's Name        Referring Practitioner's Signature        Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name        Practitioner's Signature        Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve,

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name        Facility Medical Director's Signature        Date

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator        Page 1 of 1        DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard CC
(Facility)

Offender's Name: Allen, Keith                    ID#: M21830

Reason for Referral:    ☐ Consult          ☐ Non-Formulary Medications    ☐ Medical Equipment
                        ☐ Evaluation       ☐ Management
                        ☐ Procedure/service (specify) _____
                        ☒ Other (specify) 2 month follow-up

Urgent: ☐ Yes    ☒ No

Referred to: OISI D. Mason PA-C

Rationale for Referral: DX; Hx of 5th metacarpal base fracture and carpal tunnel syndrome-right. DOB: 06/04/88.

_____
_____
_____
_____

Alisa Dearmond FNP-C                    (signature)                09/27/22
Print Referring Practitioner's Name     Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____
_____
_____
_____

Assessment: _____
_____
_____
_____

Recommendations/Plans: _____
_____
_____
_____

_____    _____    _____
Print Practitioner's Name      Practitioner's Signature       Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

    ☐ Approve.

    ☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
      DOC 0255.

_____    _____    _____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Keith Allen 000287

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard CC
(Facility)

Offender's Name: Allen, Keith _____ ID# M21830 _____

Reason for Referral: ☐ Consult    ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☒ Other (specify) 2 month follow-up _____

Urgent: ☐ Yes   ☒ No

Referred to: OISI D. Mason PA-C _____

Rationale for Referral: DX: Hx of 5th metacarpal base fracture and carpal tunnel syndrome-right, DOB: 06/04/88.
_____
_____
_____

Alisa Dearmond FNP-C                      (signature)                      09/27/22
Print Referring Practitioner's Name        Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _____
_____
_____
_____

Assessment: _____
_____
_____
_____

Recommendations/Plans: _____
_____
_____
_____

Print Practitioner's Name          Practitioner's Signature          Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff 4/2007)
if denied/revised, Heath Care Unit Administrator                                (Replaces DC 7105)

Keith Allen 000286


**Wexford Health**
SOURCES INCORPORATED

## NOTICE OF CLAIM AUTHORIZATION NUMBER

**To:**          HEALTHCARE UNIT
**From:**        Utilization Management
**Date/Time:**   10/11/2022 / 12:40:50

Inmate Name: **KEITH ALLEN**
Inmate Number: **M21830**
Date of Birth: **06/04/1988**
Site: **MENARD**
Service: **99213-OFFICE O/P EST LOW 20-29 MIN**
Authorization No: **638588924**

Service is Authorized.

Comments:     10-6-22 Ortho F/U authorized for a patient with R hand pain, hx of 5th metacarpal base
fracture and R carpal tunnel syndrome. Seen by Ortho 9-27-22; recommended 2 month F/
U.

----------------------------------------------------------------------------------------------
## INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Wexford Health Sources
Phone: 877-939-2884 -or- 800-353-8384
Fax: 412-937-9151

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Menard Correctional Center
(Facility)

Offender's Name: Allen, Keith          ID# m21830

Reason for Referral:
☐ Consult          ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation       ☐ Management
☐ Procedure/service (specify) _____
☒ Other (specify)   2 mo f/u

Urgent: ☐ Yes  ☒ No

Referred to: _____ ① I SI

Rationale for Referral: _____ Seen ortho on 9/27/22 for having numbered
tingling mostly in thumb, index, long & ring, sometimes
in his small finger @ times — Recommend 2 mo f/u
_____

Alisa Dearmond, FNP-C          [signature]          10-4-22
**Print Referring Practitioner's Name**      Referring Practitioner's Signature      Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: _____
_____
_____
_____

Assessment: _____
_____
_____

Recommendations/Plans: _____
_____
_____
_____

_____          _____          _____
Print Practitioner's Name      Practitioner's Signature      Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_____          _____          _____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator          Page 1 of 1          DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Keith Allen 000284





## THERAPY ORDERS

DATE: **09/27/2022 10:50 AM**
PATIENT: **Keith Allen**
DOB: **06/04/1988**
ADDRESS: **711 Kaskaskia St**
CITY: **Menard** STATE: ZIP: **62259-9999**
TELEPHONE: **(618)826-5071**

PT Eval & Treat or OT Eval & Treat

**FREQUENCY:** 1-2
**DURATION:** 2-4 weeks

TREATING ASSESSMENT

| Diagnosis description | Dx code | Status |
|---|---|---|
| Carpal tunnel syndrome of right wrist | G56.01 | |

PHYSICIAN GOALS
pain relief
increased function

TREATMENT
OT evaluate & treat
Home exercise

MANUAL THERAPY
Myofascial release

MODALITIES
Modalities of Choice

Provider: David Mason PA-C  09/27/2022 10:50 AM

Supervising:  09/27/2022 10:50 AM

Document generated by  David Mason 09/27/2022

**Allen, Keith   O00000272220 06/04/1988 09/27/2022 10:50 AM Page: 1/2**

*M21830*

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Pain in left hand (M79.642). |
| 2. | Assessment | Carpal tunnel syndrome of right wrist (G56.01). |

### Assessment:
1. Right carpal tunnel syndrome.
2. Healed 5th metacarpal base fracture.

### Plan:
I did discuss treatment options with the patient. He is requesting to try conservative measures prior to any type of surgery. We will recommend a forearm based wrist brace that he wears at night, some meloxicam 7.5 milligrams 1 p.o. daily as needed and some physical therapy. We will see him back here in 2 months to see how he is doing. If he has questions or issues before then, I have asked him to call.

David Mason, PA-C/60022

The patient was checked out at 12:41 PM.

Electronically signed by : **David Mason PA-C** *09/27/2022 10:50 AM*

510 Lincoln Drive Herrin, IL 62948 - Phone : 618.997.0800 - Fax: 618.998.9385 - www.orthopaedicinstitute.com

Allen, Keith    000000272220 06/04/1988 09/27/2022 10:50 AM Page: 3/3

Keith Allen 000282

*M21830*

Family history of Cardiovascular disease
Family history of Cancer, unknown
Family history of Diabetes mellitus

## MEDICATIONS:
Ordered this Encounter:

| Brand | Dose | Sig Desc |
|-------|------|----------|
| MELOXICAM | 7.5 mg | take 1 tablet by oral route every day |

Patient Status
Completed with infomation received for patient transitioning into care.
Medication Reconciliation
Medications reconciled today.
Medication Reviewed

| Medication Name | Prescribed Elsewhere | Status |
|-----------------|---------------------|--------|
| Cymbalta 30 mg capsule,delayed release | Y | Verified |

## ALLERGIES:

| Ingredient | Reaction (Severity) | | Medication Name | Comment |
|------------|---------------------|--|------------------|---------|

NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|--------|---------|---------|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Respiratory | Negative | Chest pain and Dyspnea. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

## Vital Signs
## VITAL SIGNS

| BP mm/Hg | Ht ft | Ht in | Ht cm | Wt lb | BMI kg/m2 | Pulse /min | Resp /min | Temp F | Time | Measured_by |
|----------|-------|-------|-------|-------|-----------|------------|-----------|--------|------|-------------|
| | 5.0 | 9.00 | 175.26 | 185.00 | 27.32 | | | | 12:06 PM | April Hines |

## PHYSICAL EXAM:
His right hand did demonstrates a positive median carpal compression. He did have a positive Tinel's. Negative Wartenberg, negative Froment. No muscle atrophy. Strength was 5/5 bilaterally. Was neurovascularly intact. He had no tenderness to palpation along the base of his 5th metacarpal.

## DIAGNOSTICS:

| Ordered Date | Completed Date | Dx./Indication | Study | Result | orderedBy |
|--------------|----------------|----------------|-------|--------|-----------|
| 09/27/2022 | | Pain in left hand | Hand Xray Min 3 Views | | Mason PA-C, David PA-C |

Diagnostic Interpretation: Three views of his right hand demonstrates healed 5th metacarpal base fracture. No displacement or angulation noted. Unchanged from previous evaluation.

Allen, Keith   000000272220 06/04/1988 09/27/2022 10:50 AM Page: 2/3

So Ortho Assoc/Ortho Inst Of W KY    Fax:    Page

*M2/830*



**THE**
**ORTHOPAEDIC**
**I N S T I T U T E**
**OF SOUTHERN ILLINOIS**

| | |
|---|---|
| Patient: | **Keith Allen** |
| Date of Birth: | **06/04/1988** Age: **34** |
| Date: | **09/27/2022 10:50 AM** |
| Visit Type: | **Office Visit** |



## CHIEF COMPLAINT:
Numbness and tingling, right upper extremity and healed 5th metacarpal fracture.

## HISTORY OF PRESENT ILLNESS:
1. rt hand

This 34-year-old inmate at Menard, has been having numbness and tingling mostly in his thumb, index, long and ring, sometimes in his small finger at times. He states it particularly occurs with activity, mostly with writing. He did have a nerve study that was recommended by Neurology. He had therapy, bracing, maybe some anti-inflammatory medicines. He states he would like to proceed with this. Denies any other issues or complaints.

Other Correspondence:
Nerve study by Dr. Ward demonstrated evidence of mild median neuropathy at the wrist. No dorsal ulnar cutaneous nerve abnormalities.
Nursing Comments:



## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| no known surgical history | | | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)
Condition

Allen, Keith    000000272220 06/04/1988 09/27/2022 10:50 AM Page: 1/3

9/28/2022 4:35:03 PM    So Ortho Assoc/Ortho Inst Of W KY    Fax:    Page 1 of 4

*M2/830*

510 Lincoln Drive
Herrin, IL 629486334
(618) 997-6800

**So Ortho Assoc/Ortho
Inst Of W KY**

# Fax

| To: | Babich MD, Glen S | From: | NextGen Admin |
|---|---|---|---|
| Fax: | (618) 826-1746 | Pages: | 4 |
| Company: | | Date: | 9/28/2022 4:35:22 PM |

• Comments:

Keith Allen 000279

OneRadiology
Normal, Illinois
September 2, 2021

ALLEN, KEITH
ID #: M21830
DOB: 06-04-88
Ordered by: Crane NP
Menard Correctional Center

RIGHT HAND THREE VIEWS 08-31-2021

HISTORY: Pain.

FINDINGS:
Three views of the right hand are submitted. The joint spaces are intact. No fracture, destructive or erosive abnormality. The soft tissues are unremarkable. If symptoms persist or progress, a follow-up study may be considered.

Signed_____
N. Yousuf, M.D.

Dic: 09-02-2021

Films from Menard Correctional Center

M.D. REVIEW
DATE 9/14/21
DOCTOR
PULL CHART
SEE PATIENT
FILE                    CC/PE/HIV

received
9/14/21

Keith Allen 000332

*BEGIN USING FROM BOTTOM UP

**State of Illinois
Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

E 813

Patient _____

Problem _____ Reg. # _____ Date: _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

DEA/Illinois Lic. # _____

☐ May Substitute _____ Physician (Print) _____

☐ May Not Substitute _____

DCA 7000
IL 489-1417        Noted by: _____ M.D.

M.D.

Date: _____

---

**State of Illinois
Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Menard

Patient  Allen, Keith

Problem _____ Reg. # M21830 Date: 12/20/22

ORDER: (Physician's Signature After Last Order) (1) Discontinue Cymbalta

(2) Cymbalta 40 mg PO QHS X 3months

DEA/Illinois Lic. # _____

☑ May Substitute _____ Physician (Print) S Garbharranus

☐ May Not Substitute _____

DCA 7000
IL 489-1417        Noted by: _____ M.D.

M.D. 12/20/22

---

**State of Illinois
Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _____

Problem _____ Reg. # _____ Date: _____

ORDER: (Physician's Signature After Last Order) _____

Keith Allen 000331

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

_Allen_ _____ _Keith_ _____ __ ID#: _M21830_
          Last Name                    First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/2/23 1:40 pm | RN Note<br>S/O Security staff escorted<br>Mr. Allen to HCU 3rd floor | P) Continue MF |
| T 98² P 72 R 18 BP 132/66 O₂ Sat 98% | for MF. Pt was ambulatory<br>& voiced Ø c/o. MF prep<br>instructions were given<br>& he verbalized understanding.<br>A) MF | June Krebs RN |
| 3/3/23 0630 | RN note<br>S/O) Escorted out of<br>facility by security<br>for MF. Pt has remained<br>NPO since MN ——<br>A) MF | P) Await return<br>Shadduck RN |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000370

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Allen  First Name: Keith  MI: ___  ID#: m21130

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/1/23 1200pm 11d70 6430 9pm 9pm 18/4/15c | NPnote S: Here for Htap to have N carpal tunnel release surg. O: Asks consure linps CTA Hartman. Pt currently stable US. St=64. A: Hap | P. Htap complete d sent to med Lerlough department to FAX. CSC Idike SAAT CMP Sentcut CMH Oridermatruel |

DOC 0084 (Eff 9 2002 Replaces DC 7147)

Keith Allen 000369

## Menard Correctional Center

Pick Up: _____

Scheduled for: _____

Sick Call Seen/Date: _____

Sick Call Not Seen/Date: _____    Reason: _____

125

Request To Health Care Nurse Sick Call!

↖ Allen - M21830
House
125
23

I need to see medical personnel for some pain pills for a severe hand Injury I suffered on 11/3/23 in a fight with my old celly and I think I broke my finger. I've filed several sick calls in relation to no prevail and showed my injury and swollen hand to various nursh staff but I was never called to sick call for a nurse eval nor given any pills and I'm experiencing Severe pain and suffering and would like to request see an Outside Doctor for an examination before I have irrepairable damage permanent disfiguration and loss of functioning, etc. Please Help Me Receive quate Medical Care for my serious medical needs!

Thank You God Bless,
Respectfully Requested!

Allen v. Hunter (23-3775) Bates Document No.:    000460

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

Patient Information:

| Allen | Keith | L | ID#: M21830 |
|---|---|---|---|
| Last Name | First Name | MI | |

The following may be used to document a patient's continued refusal of medication provided the medication and dosage as originally prescribed by the physician and documented on side one of this form has not changed. Any change in medication or dosage shall require a new DOC 0083 to be completed:

| Medication and Dosage: MEDICATION AND DOSAGE MUST BE THE SAME AS ORIGINALLY DOCUMENTED ON SIDE ONE. | N/A – Not Presribed Any Medication or Physical Therapy. |
|---|---|

| Date/Time: | Patient Signature: | Witness Signature: |
|---|---|---|
| 9/5/23 9:00 pm | Keith Allen | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Patient's Medical Record or File          Printed on Recycled Paper          DOC 0083 (Rev 05/2019)

---

## ILLINOIS DEPARTMENT OF CORRECTIONS

## MEDICAL PERMIT

### MENARD CORRECTIONAL CENTER

OFFENDER NAME: _Allen, Keith_    ID NUMBER: _M21430_

HOUSING UNIT: _WCH_

| | | |
|---|---|---|
| ☒ New Order | ☐ Change | |
| ☐ Renewal | ☐ Cancel | |

| | | |
|---|---|---|
| ☒ Lower Bunk | ☐ Slow Walk | ☐ Hearing Aid |
| ☐ Low Gallery (A/B) | ☐ Double Cuff | ☐ Front Cuff |
| ☒ Medical Lay-In | ☐ Feed-In Cell | ☒ No Yard |
| ☐ Shower on Gallery | ☐ C-Pap Machine | ☐ Heel Cup Size:___ |
| ☐ Knee Sleeve Size:___ | ☐ Scrotal Support Size:___ | ☐ TED Hose Size:___ |
| ☐ Neck Collar Size:___ | ☐ Mouth guard/Cup | ☐ No Work |
| ☐ Other: | | |

Start Date: _3/9/23_    Expiration Date: _3/22/23_

Authorized by:

MD   _A Dermutter_   Date: _3/8/23_

I understand that if this permit is altered; a disciplinary report will be written with termination of this permit. I also understand that it is my responsibility to maintain this permit in good condition and to produce to proper authority when requested.

Offender Signature: _X Keith Allen_

Distribution:  White copy:  Medical Records/OTS:
　　　　　　　　　　　☐ Placement
　　　　　　　　　　　☐ Cell House Sgt.
　　　　　　　　　　　☐ D.O.N Secretary

　　　　　Yellow Copy:  Offender

MEN 0021 (EFF. 5/2015)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

Menard Correctional Center
_____
Facility

☐ Employee

☒ Offender

Date: 9 , 5 , 23   ☐ a.m.
Time: 9:00   ☒ p.m.

**Patient Information:**

Allen _____ Keith _____ L   ID#: M21830
Last Name   First Name   MI

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _Keith Allen_
Name of Patient
I had a follow-up 8/3/23 At The Orthopaedic Institute Post Surgery and was cleared
of the following treatment/medication _I've Completed Treatment And haven't been prescribed meds, physical therapy, e
State nature and extent of treatment or medication and dosage instructions

☒ **Discharge Demand**

I further demand DISCHARGE of myself or _Keith Allen_
Name of Patient
The Orthopaedic Institute of
from _Southern Illinois Clinic_   against the advice of Dr. _Glen Babich M.D._
Name of Medical Facility   Name of Doctor

Dr. _Glen Babich M.D._   has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment/medication or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _The Orthopaedic Institute of Southern Illinois Clinic_   the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT/MEDICATION OR DISCHARGE DEMAND
FROM MEDICAL FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or
statements requiring insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

_Keith Allen – M21830_
Print Name of Patient

_____
Print Name of Person Authorized to Consent

_Keith allen_
Signature of Patient

_____
Signature of Person Authorized to Consent

_09 , 05 , 2023_
Date

_____ / _____ / _____
Date

_____
Print Name of Witness

_____
Signature of Witness

_____ / _____ / _____
Date

Distribution: Patient's Medical Record or File        Printed on Recycled Paper        DOC 0063 (Rev.05/2019)

Allen v. Hunter (23-3775) Bates Document No.:        000456

## ILLINOIS DEPARTMENT OF CORRECTIONS

## MEDICAL PERMIT

## MENARD CORRECTIONAL CENTER

OFFENDER NAME: _Allen Keith_          ID NUMBER: _M21830_

HOUSING UNIT: _E 8-13_

☒ New Order          ☐ Change
☐ Renewal          ☐ Cancel

| | | |
|---|---|---|
| ☐ Lower Bunk | ☐ Slow Walk | ☐ Hearing Aid |
| ☐ Low Gallery (A/B) | ☐ Double Cuff | ☐ Front Cuff |
| ☐ Medical Lay-In | ☐ Feed-In Cell | ☐ No Yard |
| ☐ Shower on Gallery | ☐ C-Pap Machine | ☐ Heel Cup Size:_____ |
| ☐ Knee Sleeve Size:_____ | ☐ Scrotal Support Size:_____ | ☐ TED Hose Size:_____ |
| ☐ Neck Collar Size:_____ | ☐ Mouth guard/Cup | ☐ No Work |

☒ Other: _Right Waist - Cock up wrist Brace at night and activities_

Start Date: _12-1-22_          Expiration Date: _6-1-23_

Authorized by:

MD _m moldenhauer_ NP          Date: _12-1-22_

I understand that if this permit is altered; a disciplinary report will be written with termination of this permit. I also understand that it is my responsibility to maintain this permit in good condition and to produce to proper authority when requested.

Offender Signature: x _Keith Allen_

Distribution:  White copy:  Medical Records/OTS:
                          ☐ Placement
                          ☐ Cell House Sgt.
                          ☐ D.O.N Secretary

              Yellow Copy:  Offender

MEN 0021 (EFF. 5/2015)

## ILLINOIS DEPARTMENT OF CORRECTIONS

## MEDICAL PERMIT

## MENARD CORRECTIONAL CENTER

OFFENDER NAME: _Allen, Keith_    ID NUMBER: _M21830_

HOUSING UNIT: _ECH 8-13_

| | | |
|---|---|---|
| ☒ New Order | | ☐ Change |
| ☐ Renewal | | ☐ Cancel |

| | | |
|---|---|---|
| ☐ Lower Bunk | ☐ Slow Walk | ☐ Hearing Aid |
| ☐ Low Gallery (A/B) | ☐ Double Cuff | ☐ Front Cuff |
| ☐ Medical Lay-In | ☐ Feed-In Cell | ☐ No Yard |
| ☐ Shower on Gallery | ☐ C-Pap Machine | ☐ Heel Cup Size: _____ |
| ☐ Knee Sleeve Size: _____ | ☐ Scrotal Support Size: _____ | ☐ TED Hose Size: _____ |
| ☐ Neck Collar Size: _____ | ☐ Mouth guard/Cup | ☐ No Work |

☒ Other: (R) wrist Soft Brace

Start Date: _10/13/22_    Expiration Date: _10/13/23_

Authorized by:

MD _A Dearmveel_    Date: _10/13/22_

I understand that if this permit is altered, a disciplinary report will be written with termination of this permit. I also understand that it is my responsibility to maintain this permit in good condition and to produce to proper authority when requested.

Offender Signature: _Keith Allen_

Distribution:  White copy:  Medical Records/OTS:
        ☐ Placement
        ☐ Cell House Sgt.
        ☐ D.O.N Secretary

    Yellow Copy:  Offender

MEN 0021 (EFF. 5/2015)

Allen v. Hunter (23-3775) Bates Document No.:    000453

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

JUVENILE

Inmate/Student Name  Allen, Keith

Inmate/Student I.D.#  M-21930

Reception Facility

Panorex  DOB 6-1-86

Screening
DDS sig

**Public Health Classification Screening Dates**

☐ Schedule immediately at R&C
☐ Schedule routine exam at receiving institution
☐ Schedule immediately at receiving institution

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

| | | | | Pathology |
|---|---|---|---|---|
| Endodontics | | | | |
| Oral Surgery | | | | |
| Periodontics | | | | |
| Operative | | | | |
| Prosthetic | | | | |

TREATMENT NEEDED - COMPLETED RESTORATIONS

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16

32  31  30  29  28  27  26  25  24  23  22  21  20  19  18  17

Receiving Inst.

Dentist

Date

**MEDICAL HISTORY AND REMARKS**

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease | | | |
| Pulmonary Disease/Asthma | | | |
| Diabetes | | | |
| Epilepsy | | | |
| Hepatitis | | | |
| V.D. (Type | ) | | |
| Allergies (Type | ) | | |

**ADULT**

EXISTING RESTORATIONS & MISSING TEETH

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16

FROM                                (THU) SEP 28 2023 11:34/ST. 11:31/No. 7531756438 P 5

m21830

**Electronically signed by : *David Mason PA-C* 08/03/2023 08:40 AM**

Document generated by: N. Admin (08/06/2024 07 00 AM        v 8.4/3/5)
v8.1/39

510 Lincoln Drive Herrin, IL 62948 - Phone: 618.997.6800 - Fax: 618.998.9385 - www.orthopaedicinstitute.com

**Electronically signed by Steven D. Young MD on 08/28/2023 07:41 AM**

**Allen, Keith    000000272220 06/04/1988 08/03/2023 08:40 AM Page: 3/3**

Keith Allen 000449

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information: _Allen_ _Keith_

Last Name    First Name    MI    ID#: M31830

Facility: __Menard Correctional Center__

| Date | 2/8/83 | | | | 2/9/83 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

Temperature 106 105 104 103 102 101 100 99 98 97 96

| Pulse | 70 | | 75 | | | | | | | | | | |
| Respiration | 18 | | 18 | 16 | | | | | | | | | |
| Blood Pressure | Hours 4 AM | 120 | | | | | | | | | | | |
| | 8 AM | | | | | | | | | | | | |
| | Noon | | | | | | | | | | | | |
| | 4 PM | 80 | | 70 | | | | | | | | | |
| | 8 PM | | | | | | | | | | | | |
| | Midnight | | | | | | | | | | | | |

| Weight | Height | 184 | | | | | | | | | | | |
| Stools | Urine | | YES | | YES | | | | | | | | |
| Bath  C-P-T-S | | | | | | | | | | | | | |
| Oral Hygiene | | self | | self | | | | | | | | | |
| PM Care | | | | Reg | | | | | | | | | |
| Diet | | | | | | | | | | | | | |
| Ate  W F P | | ✓ | W | W | W | | | | | | | | |
| Stool  W F P | | ✓ | W | on tot | | | | | | | | | |
| Activity | | | | | | | | | | | | | |

| Bed Rest | | | | | | | | | | | | | |
| Bed positioning | | | | | | | | | | | | | |
| R.O.M. Exercise | | self | | self | | | | | | | | | |
| Wheelchair | | | | | | | | | | | | | |
| Transfers | | | | | | | | | | | | | |
| Walk | | | | | | | | | | | | | |
| Other: | | | | | | | | | | | | | |

| Staff Name | 7-3 | _[signature]_ | _[signature]_ | | | | | | | | | |
| | 3-11 | _[signature]_ | _[signature]_ | | | | | | | | | |
| | 11-7 | | | | | | | | | | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

Keith Allen 000392

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Infirmary Progress Notes

_Menard_ Center

**Offender Information:**

Last Name: _Allen_   First Name: _Keith_   MI: ___   ID# _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/9/23 | ~~MD~~ NP Infirmary Discharge Summary | P. |
| 845AM | S. "OK" | Diet on discharge: _Regular_ |
| | | |
| | Summary of reason for Admission/Admit DX | Activity on discharge: Up As tolerated |
| | Carpal tunnel, right | |
| | O. A curs. color wnl ® Hand | Treatment and medications on discharge: |
| | | - Azeto tx live - nurse tor |
| | SI to palm Approx. 4-5 sutures | SI to ® Hand every other Day |
| | D/E ø S/Sxs of infection to | x 1 WK - |
| | SIH ® Hand does have edema | - NP to MD c pt on 3-13-23 |
| | | Return Follow-up: 3-17-23 |
| | Around the Area which is to | Tylenol 325g (2 tabs) PO TID PRN |
| | be expected p surgery. | x 1mo Alternate c Ibuprofen |
| | | Ibuprofen 600g PO TID Prescxlovs |
| | A. | Alternate c Tyl. |
| | | Cont all other meds |
| | Discharge DX: | Instructed to keep SI D/E - ø Saturating |
| | | c H2O rt-sutures |
| | post op ® Carpal tunnel | **MD** Signature: Instruct on S/Sxs |
| | | A Demuruell of Infection to report |
| | release | to NP. Toe Loss. |

Verbalizes WArmth, drainage
understanding to NP.

DOC 0085 (Eff. 9/2002)
(Replaces IX 7159)

_Printed on Recycled Paper_

3/9/23
9AM

Keith Allen 000391

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Infirmary Progress Notes**

**Menard Correctional** _____ Center

**Offender Information:**

Allen                    Keith                         ID#: m21630
_Last Name_              _First Name_            M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/20 4:3pm | DOCTOR INFIRMARY ADMISSION NOTE | PLAN: |
| | By: (Circle one): MD (NP) PA DDS Licensed Mental Health Professional (ACUTE)   CHRONIC | VITAL SIGN FREQUENCY: Routine |
| | SUBJECTIVE: "OK" | DIET: Reg. |
| | HISTORY: Psych | |
| | | ACTIVITY: Up As tolerated |
| | Change from SHU to Acute sihel Has sutured not Been given Sel arms yet. | MEDICATION ORDERS: |
| | DURATION: til Sees ortho that | - Cert - E muss. ✓ |
| | OBJECTIVE: Sutures removed | - Referral Arrangement to ortho for the Abcess. ✓ |
| | PHYSICAL EXAMINATION: | |
| | Areas Sitting on sil c-1sec Color well. Sutures to (R) Hand - Palm area DII - ∅S/SXs of infection. | |
| | | OTHER ORDERS: |
| | CURRENT CONDITION: Fair, Stable | |
| | OTHER MEDICAL CONDITIONS: ∅ | |
| | ADMITTING DIAGNOSIS/ASSESSMENT Post-op (R) carpal tunnel release | |

_Distribution: Offender's Medical Record_

DOC 0085 (Eff. 9/2002) (Replaces DC 7517)

Keith Allen 000384

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____ **Menard Correctional** _____ Center

| Offender Information: | | |
|---|---|---|
| _allen_ | _Keith_ | ID#: _m21830_ |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/8/23 5PM | **INFIRMARY NURSE ADMISSION NOTE:** <u>ACUTE</u>   **Chronic** | **PLAN:** |
| | SUBJECTIVE; Chief Complaint | MD NOTIFIED: ✓ |
| | _none_ | HCUA NOTIFIED: ✓ |
| | | DIETARY NOTIFIED: ✓ |
| | | TYPE OF DIET: (Regular) FORM SENT TO DIETARY |
| | Duration: | MEDICATION ORDERS |
| | **Objective:** BP 130/80 T 98 P 70 R 18 WT 184 | See MAR |
| | Oxygen Saturation: 99% | |
| | Peak Flow: 1 ———— 2 | |
| | HEART: RR | |
| | LUNGS: CTA | OTHER ORDERS: |
| | EYES: = | |
| | SKIN: (circle) (WARM) MOIST DRY CLAMMY | |
| | SKIN COLOR: natural | |
| | SPEECH: (circle) CLEAR  SLURRED | TREATMENT: |
| | MOBILITY: ambulatory | no lifting |
| | ELIMINATION: WNL | |
| | MENTAL STATUS: AOx3 | ACTIVITY: as tol |
| | | ORIENTATION TO THE INFIRMARY |
| | | RULES, CALL FOR HELP, PLAN OF CARE |
| | ASSESSMENT/NURSING DIAGNOSIS: | OTHER: _Keith RN_ |
| | P.O. Carpal Tunnel Surgery | |

Distribution: Offender's Medical Record

DOC 0085 (Eff 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Keith Allen 000383

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **MENARD CC** _____ Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI  ID#: ____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/7/2023 10:58 am | **Med Furlough Clerk Note:** | |
| | S: | P: Schedule approved referral |
| | O: Received an approval for a Post Op Ortho F/U with auth# 517035551 | |
| | A: Approved Referral | L Miles Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000390

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>**Menard Correctional Center**</u>

Offender Information:

| Allen | Keith | M21830 | ID#: |
|-------|-------|--------|------|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/7/2023 9:06 am | **Med Furlough Clerk Note:**<br><br>S)<br><br>O) Received a referral for Ortho<br><br>A) referral | P) Send referral to utilization management for approval/auth#.<br><br><br>L. Miles<br>Med Furlough Clerk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Keith Allen 000389

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | | |
|---|---|---|---|
| ALLEN <br> Last Name | KEITH <br> First Name | | ID#: M21830 <br> MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/7/2023 1255 | **PHYSICAL THERAPY EVALUATION** | **P:** Skilled PT intervention 2x/wk x4 wks |
| | **S:** Patient states the swelling has gone down a whole lot since he started doing the exercises. States he has a lot of legal work to do, and he can type it with his left hand for now, but he hopes he can write with his (R) hand soon. | |
| | **O:** Observation: Incision at anterior (R) wrist healing well, well approximated with stitches intact. No drainage noted. Patient appears to have less edema at the (R) hand today than yesterday, although not formally measured. | |
| | ROM: (R) wrist flex AROM/PROM = 53/62 degrees <br> Ext AROM/PROM = 68/71 degrees <br> Radial Deviation AROM = 26 degrees <br> Ulnar Deviation AROM = 40 degrees <br> Finger Flex/ext WFL <br> Opposition WFL | |
| | Treatment: Patient was instructed in HEP consisting of AROM wrist flex/ext and radial and ulnar deviation. Instructed patient to continue with finger flex/ext and opposition. He is able to demonstrate all exercises and verbalizes understanding. Instructed patient he is not to lift anything heavier than a coffee cup. He verbalizes understanding. | |
| | **A:** Patient's orders clarified by NP. He can complete ROM at wrist and hand; NO strengthening. He is not to lift anything heavier than a coffee cup. Patient will benefit from skilled PT intervention to facilitate increased ROM at (R) wrist post carpal tunnel release on 3/3/23. Will progress to strengthening when allowed by surgeon. | |
| | Goals: 1. Patient will increase (R) wrist flex AROM to 75 degrees or more. <br> 2. Patient will be able to return to writing with (R) hand. | C Bauermagen 🗸 |
| | | |

DOC 0084 (Eff. 9/2002) <br> (Replaces DC 7147)

*Printed on Recycled Paper*

Keith Allen 000382

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____Menard Correctional_____ Center

Offender Information:

_Allen_     _Keith_     ID#: _M21830_
Last Name      First Name    MI

| Date/Time | RN note Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/06/23 3:30pm | S/O: Dsg to R Hand/Wrist removed. Suture line continuous and intact. \$5/5 infection, drainage noted. Wound care and ROM exercises \$ lifting restriction and elevation reviewed. \$ Allen also voiced understanding. A: Wound check. | P: CPM. |
| 7-7-23 815am | RN Note S/O 24° SH extended per Major Rohlfe. NSC offered \$/o Ethic X A) SH | P) Continue SH |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

Keith Allen 000381

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard Correctional _____ Center

Offender Information:

Last Name: Allen    First Name: Keith    MI:    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/6/23 1400 | Physical Therapy to begin ROM exercises c̄ wrist and fingers ⊖ Strengthening exercises at this time Ⓢ) Pr order to Pr order Communication Clarification of orders S/P CT release | |
| | | J. Jones |

Keith Allen 000380

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/4/23 1400 | NP Note S/O: Swole c̄ Carlos @ Dr. Young's office new/Clarification of orders. May take off dressing today or tomorrow, may Clean blood c̄ H₂O₂ + NS, do not use any TAO or such on incision/sutures. Has upcoming appointment and they will take sutures out. Otherwise keep area Clean/dry. | P) Dsg off today or tomorrow may Clean blood c̄ H₂O₂/NS ∅ TAO or oint on Surg. incision ²) PT eval/Tx CT release: ROM exercises to wrist and fingers ∅ Strengthening exercises yt ATTENTION: No use of R hand may lift cup of coffee nothing heavier. → |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

_Printed on Recycled Paper_

Keith Allen 000379

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

Allen          Keith          ID#: M21830
Last Name      First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 3/6/23 0875 | Pt NOTE cont'd<br>A: 2° to dressing in place<br>Pt hesitant to complete finger<br>ROM exercises required<br>repeated instruction that it's<br>beneficial for Healing. | P: Reassess pt when<br>dressing removed<br>csauerheige At |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000378

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** _____ Center

Offender Information:

Last Name: _allen_
First Name: _Keith_
MI: ___
ID#: _M21830_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/6/23 0835 | PT NOTE | |
| | S: Pt repeatedly asks if it is ok to move his fingers since he had surgery & he can feel it in his incision. states his stitches are to be removed in 17 days. | |
| | O: Pt seen in HCU infirmary. Pt ī ace wrap & dressing intact to ⓇR wrist & ⓇR UE in sling. Instructed pt in finger ROM ex's: ___ flex/ext & opposition to facilitate ↑ROM & ↓ edema. Unable to assess wrist ROM 2° to dressing. | |
| | A: Pt is s/p Ⓡ carpal tunnel release on 3/7/23. ī orders to begin PT 3/6/23. Limited Rx today | cont'd ─→ |

Keith Allen 000377

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Menard Correctional _____ Center

Offender Information:

Last Name: allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3·5·23 11AM | Rn note S/O) NSC offeed 24° SH ext. Drsg & ace wrap Remains CDI. Ringers warmt Moueable. Nail Bed pink Healthy. Circulator intact Ø. Denies pain @ this time. — A) SH | P) Cont SH |
| 3/6/23 8AM | RN note: S/O: 24° SH ext per Major Hudson. NSC offered. denies c/o. A: SH. | P: cont SH. BD [signature] |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000376

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

Offender Information:

_____ Allen Keith _____ M21830 _____ ID# M21830

| Last Name | First Name | MI | ID# |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 03/4/23 9:25 A.M. | NP NOTE S: Pt had B C. tunnel repair 3/3/23 O: Good circulation to hand per blanching of fingers, moved fragile – Surg. decay in place c ace wrap. will call Msw sk: Removal dressing on wait until 3/20 F.u.? Pt be changed from 23°0135. to security HS19 A) S/P RT wrist. | P: Pt status to Security hold. alt ace wrap. saw Pt hand.  proceduredown nu |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000375

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Menard Correctional__ Center

Offender Information:

ALLEN ___ Keith ___ ID#: M21830
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3-3-23 7500 | RN Note | |
| | S/: "I'm Alright - Pains About | P: Cont 23° obs |
| P-76 | an "8." | |
| BP-136/82 | O: ∅ Bleeding, ∅ S+S of Infection | |
| 0₂-99% | Dressing C/D/I, Tramadol 50mg given, | |
| T-98.1° | Motrin + Tylenol PRN, Pt Understand | |
| R-16 | not to Lift with Ⓡ Arm/hand. | |
| | A: Impaired skin integrity | |
| | Risk For Injury | Aret Ehell ℝ |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

Keith Allen 000374

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Menard Correctional__ Center

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M2483

| Date/Time | NP Note Subjective Objective Assessment | Plans |
|---|---|---|
| 3/3/23 1545 | | 9) Tramadol written by other NP. |
| | | 10) Tylenol 300mg 2 tabs Q 8° PRN x 2 weeks |
| | | 11) Motrin 400mg 1 tab Q 8° PRN x 2 weeks |
| | | _Crowe_ |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000373

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

_____ YOUR Correctional _____ Center

Offender Information:

_Aller_ _Keith_ _____ ID#: N21830

Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/3/23 1545 | NPN OH | 1) 23 @ Chs |
| | S). I'm doing alright | keep area clean/dry |
| | O). A/O x 4 resp F/4 | 3) May apply ice on/off |
| | LOTAB, Abd BIS x4 | 20 min / 1 hour for |
| | R hand ī map | first 48° |
| | fingers move freely | 4) Continue use of |
| | color une cap refill | Sling - Elevate |
| | L 3 sec. | arm when possible |
| | A) Carpal Tunnel | 5) May bathe/shower |
| | Release of Right | but keep arm |
| | | dry. |
| | | 6) diet as tolerated |
| | | 7) f/u ī ortho Dr.Young |
| | | 3/20/23 @ 8100 |
| | | 8) Refer to On-Site |
| | | PT Start by 3/4/23 |
| | | Per Dr. Young |

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000372

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ **Center**

Offender Information:

Allen              Keith              ID#: M21830
Last Name          First Name    MI

| Date/Time | RN Note:    Subjective, Objective, Assessment | Plans |
|---|---|---|
| 03-03-23 | S) Medical Furlough Return | P) Follow up with MD/NP in 5 days |
| | O) Inmate returned from medical furlough.  No | |
| | complaints voiced. | |
| | Paperwork received and forwarded to Medical Furlough clerk. | |
| | No paperwork received. | |
| | A) Medical Furlough Return | |
| | VS- 99.6, 16, 68, 992 142/87 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | Connell Lu, MSN, RN, DON |

Keith Allen 000371

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

| Transferring Facility: | Individual in Custody Information: | | |
|---|---|---|---|
| Menard Correctional ___ Center | Allen | Keith | ID#: M2830 |
| | Last Name | First Name    MI | |

Date: 2/20/23    Time: 545    ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA                              Food Handler Approved: 6/11/18

Current / Acute Conditions / Problems: Carpal Tunnel

Chronic Conditions / Problems: Ø

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Cymbalta 90mg HS

Current Treatments: Ø

Therapeutic Diets: Reg

Follow-Up Care: RHC

Chronic Clinics: Ø

Specialty Referrals: ® Carpal Tunnel Release

Significant Medical History: He Hurt in ® eye c BB gun

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: Ø                    ☒ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date ___    ☒ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☒ Alcohol ☒ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental ☒ MEDS  ☐ MH  ☐ Other: WT    ☐ Packet Complete

| Jeremy Butler, CN2 | | 2/20/23 |
|---|---|---|
| Health Care Staff and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___    Date: ___    Time: ___    ☐ a.m. ☐ p.m.

Subjective:                              Assessment:
Current Complaint: ___

Current Medications/Treatment: ___

Objective:                              Plan: Disposition:
Physical Appearance/Behavior: ___         ☐ Health Information Given    ☐ Emergency Referral: ___
                                          ☐ Sick Call: Urgent / Routine
                                          ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
Deformities: Acute/Chronic: ___           ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
                                          ☐ Infirmary Placement:
T ___ P: ___ R: ___ B/P: ___ / ___        ☐ Other (specify): ___

| Printed Name and Title | Signature | Date |
|---|---|---|

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

| Mental Health Professional Signature and Title | Date | ☐ Approved | ☐ Denied |
|---|---|---|---|
| Health Care Staff Signature and Title | Date | ☐ Approved | ☐ Denied |

Distribution: Individual in Custody's Medical Record
              Transferring Facility
              Receiving Facility

Printed on Recycled Paper                    DOC 0090 (Rev 9/2021)

Keith Allen 000368

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Correctional            Center

Offender Information:

Last Name: Allen    First Name: Keith    MI: ___    ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/3/23 2³⁰ pm | "JR" NP NOTE: S: Received and Reviewed Medical furlough - Visit 2/2/23, 0151 O: for C. Tunnel - Surgery is scheduled Jw 3/3/23 ——— | P. F/u – c̄ 3/3/23 carp. Tunnel surgery mm moldenhauer NP |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Keith Allen 000367

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given
2. Circle initials when medication or treatment is refused
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

**Injection Site Codes**

A. Abdomen Left
B. Abdomen Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right
G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
J. Upper Back Left
K. Upper Back Right
L. Upper Chest Left
M. Upper Chest Right

| Date | Time | Initial | Medication / Strengths | Route | Result | Result |
|------|------|---------|------------------------|-------|--------|--------|
| | | | | | | |

## Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education

**Medication:**
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:

**Medication:**
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:   # of Pills ___
Medication:
Start Date: ___/___/___   Stop Date: ___/___/___
Staff Signature:   Date: ___/___/___
Patient Signature:

Form # 6182LMR2

Reorder From **ED-PASS** 800-438-8884

LH4696

Allen v. Hunter (23-3775) Bates Document No.:   000427



Allen v. Hunter (23-3775) Bates Document No.:    000428

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Menard Correctional** Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI  ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/28/2022 8:39 am | **Med Furlough Clerk Note:** | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list. |
| | S.) | |
| | O.) Scheduled individual in custody for an **RUE EMG** Auth: 455417170 | L. Miles Med Furlough Clerk |
| | A.) Med Furlough appointment | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

Keith Allen 000210

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____**Menard Correctional**_____ **Center**

Offender Information:

Allen                    Keith          ID#: M21830
Last Name              First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/14/22 | RN Note | |
| | S/O 3/k had an outside consultation ē ortho | |
| | And until decision on Surgery was made | |
| | Antiinflammatory medication was ordered | |
| | Rx has expired- Referring to NP for | |
| | med renewal - 3/12/22 - charted | |
| | ē surgery needed per ortho. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Keith Allen 000209

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Menard Correctional** _____ Center

**Fracture,
Dislocation, Sprains**

| Offender Information: | | | |
|---|---|---|---|
| _Allen_ | _Keith_ | | ID# _M 21830_ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/14/00 10 AM | **RN NOTE** **LPN/CMT NOTE** | **P) Refer to MD if:** |
| | S) – When did the injury occur? _Sept 21_ | - Any deformity, severe pain or swelling, discoloration, limited motion, lack of warmth to touch, pulses diminished or absent (symptoms of impaired circulation) |
| | - How did it happen? | |
| | - Location of injury? _right hand_ | **No MD Referral:** |
| | - Any restriction in range of motion? _No_ | - Cold pack PRN for 24 hrs. |
| | - Pain scale 1 -10? _10 @ times_ | - **Splint and elevate extremity** - Discuss management of injury with MD on-call if necessary |
| | O) _97 – 76 R 18 BP 122/72 WT_ | - FIRST GIVE – Ibuprofen 200mg 1-2 tabs t.i.d. PRN X 3 days (18 tabs) |
| | - Inspection for anatomical alignment | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)   OR |
| | - Presence of swelling _⊘_ | |
| | - Presence of discoloration _⊘_ | **Patient Teaching:** - **Medication use** |
| | - Skin integrity _intact_ | - **Application of cold** |
| | - Check for circulatory integrity _WNL_ | - No weight bearing, elevation - **Crutch walking if applicable** |
| | - Capillary refill _L3_ | - Safety measures |
| | - Distil pulses _+_ | - Importance of follow up **Follow-Up:** |
| | - Assess for active ROM _WNL_ | Return to sick call for increased pain, numbness or skin color changes. |
| | | Nurse Signature _Susan Fruker_ |
| | A)   R/O Skeletal Injury | Payment voucher   YES   NO |

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

_Printed on Recycled Paper_

Keith Allen 000208

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>**Menard Correctional Center**</u>

Offender Information: ALLEN (Last Name)   Keith (First Name)   ___ MI   ID#: M21830

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3.12.22 | NP NOTE JR  S: Hx + Rxn. | P. F/u PRN |
| 11AM | MF visit  3.8.22  0151 | |
| | O: Old 5th finger FX. | |
| | Beautti - ortho v3 3/8 | |
| | did not recommend | |
| | surgery - Pt was | |
| | released c PRN | |
| | f/u ——————— | m re ordenham NPC |
| | | |
| | | |
| 3/23/22 | ~~MEDICAL RECORDS NOTE:~~ | |
| 2:30p | S. MEDICAL RECORDS SENT PER REQUEST. | |
| | O. RECEIVED SIGNED AUTHORIZATION. | |
| | A. RECEIVED COPIES. | |
| | P. ~~FORWARDED VOUCHER TO TRUST.~~ | |
| | 230 pages sent | Barler |
| | | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

# MEDICATION ADMINISTRATION RECORD

**Instructions**

1. Initial appropriate box when medication or treatment is given.
2. Circle initials when medication or treatment is refused.
3. State reason for refusal under medication notes.
4. State reason and result for PRN medication or treatment.
5. Indicate injection site with appropriate code.

**Non-Administered Medication Codes:**

1. Refused by Patient
2. Patient Not in Cell
3. Security Lockdown
4. Medication Held (State Reason)
5. Missed Dose

**Result Codes:**

A. Effective
B. Slightly Effective
C. Ineffective
D. No Effect Observed

A. Abdomen, Left
B. Abdomen, Right
C. Arm (Deltoid) Left
D. Arm (Deltoid) Right
E. Buttocks (Gluteus) Left
F. Buttocks (Gluteus) Right

**Injection Site Codes:**

G. Thigh (Quadriceps) Left
H. Thigh (Quadriceps) Right
I. Upper Back Left
J. Upper Back Right
K. Upper Chest Left
L. Upper Chest Right

**Keep-On-Person Medications: Inmate Signature Signifies Receipt of Medication, Administration Directions and Education**

| Date | Time | Init all | Medication/Strengts | Route | Reason | Result |
|---|---|---|---|---|---|---|
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |

| Date | Time | Initial | Medication/Strengts | Route | Reason | Result |
|---|---|---|---|---|---|---|
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |
| Medication: | | Start Date: ___/___/___ | # of Pills | Stop Date: ___/___/___ | Date: ___/___/___ | |
| Patient Signature: | | Staff Signature: | | | | |

Form # 6182LMR2

Reorder Fr... BD-PASS 800-438-8884

U44086

Keith Allen 000326

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-625-397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order | **DULOXETINE 60MG CAP** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11/11/2022 | SUB FOR: CYMBALTA | BLOUNT, | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME "DOT" | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 1/9/2023 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 5776029A | | | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | BWO | | |
| Original Order | **MELOXICAM 7.5MG TAB** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9/29/2022 | SUB FOR: MOBIC | CRANE, JILIAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | TAKE 1 TABLET(S) BY MOUTH DAILY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 12/27/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx # 5765464 | | | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | 2/5mo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 2/9/12 | Cymbalta 90mg Po QHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Rx # | Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature | Initial / Signature |
|---|---|---|---|---|---|

| Location E-8-13 | Date of Birth or Soc. Sec. No. 06/04/1988 | Allergies NO KNOWN DRUG ALLERGY | Facility | Charting for | Through | Diagnosis |
|---|---|---|---|---|---|---|

| Patient Name and Number | | |
|---|---|---|
| ALLEN KEITH M01830 | | |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Health Status Transfer Summary**

**Transferring Facility:**
**Menard Correctional** · Center

**Individual in Custody Information:**
Allen (Last Name)   Keith (First Name)   MI   ID#: M21836

Date: 9/18/22   Time: 900   ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA   Food Handler Approved: yes
Current / Acute Conditions / Problems: Ø
Chronic Conditions / Problems: psych hx
Current Medications (name, dosage, frequency, and duration):
  Acute Short-term: Ø
  Chronic Long-term: Ø
  Chronic Psychotropic: Cymbalta 30mg po QHS
Current Treatments: Ø

Therapeutic Diets: Regular                               COVID 3-11-21 ~ 4-8-21

Follow-Up Care: RHC prn

Chronic Clinics: Ø

Specialty Referrals: Ortho

Significant Medical History: Ø

Physical Disabilities / Limitations: Ø

Assistive Devices / Prosthetics: Ø

Mental Health Issues: ☐ Hx Suicide Attempt Date: _____   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol  ☑ Drugs   ☐ Glasses ☐ Dentures ☐ Hearing Aid

Y. Gregson, RN
Health Care Staff and Title               Signature                          9/18/22
                                                                              Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____   Date: _____   Time: _____   ☐ a.m. ☐ p.m.
**Subjective:**   **Assessment:**
  Current Complaint: _____

  Current Medications/Treatment: _____

**Objective:**   **Plan: Disposition:**
  Physical Appearance/Behavior: _____   ☐ Health Information Given   ☐ Emergency Referral: _____
                                          ☐ Sick Call: Urgent / Routine
                                          ☐ Medication Evaluation   ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
  Deformities: Acute/Chronic: _____     ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
                                          ☐ Infirmary Placement: _____
  T: ___  P: ___  R: ___  B/P: ___/___    ☐ Other (specify): _____

  Printed Name and Title               Signature                          Date

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:

  Mental Health Professional Signature and Title   Date   ☐ Approved   ☐ Denied

  Health Care Staff Signature and Title   Date   ☐ Approved   ☐ Denied

Distribution:  Individual in Custody's Medical Record
               Transferring Facility
               Receiving Facility

Printed on Recycled Paper                                    DOC 0090 (Rev 9/2021)

Keith Allen 000228

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

__Menard Correctional__     Center

| Offender Information: | | |
|---|---|---|
| **Allen** | **Keith** | **M21830** |
| Last Name | First Name | MI  ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/14/22 5:00 | **Med Furlough Clerk Note:** | |
| | S.) | P.) Complete med furlough notification for Angela Crain approval/signature. Copies provided to Record office, scanned and emailed via institutional email to staff assigned to med furlough contact list. |
| | O.) Scheduled individual in custody for a Ortho F/U  Auth: 26706742 | T. Klein  Med Furlough Clerk |
| | A.) Med Furlough appointment | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

*Printed on Recycled Paper*

Keith Allen 000227

FROM                                    (THU)SEP 28 2023 11:33/ST. 11:31/No. 7531766438 P  4

M218²

Family history of Diabetes mellitus

## MEDICATIONS:
Medication Reconciliation
Medications reconciled today.
Patient is on no medications.

## ALLERGIES:
Ingredient
NO KNOWN ALLERGIES
Reviewed, no changes.

## REVIEW OF SYSTEMS:

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Night sweats. |
| Respiratory | Negative | Chest pain and Dyspnea. |
| MS | Negative | Except as noted in HPI and Chief complaint. |

## Vital Signs
## VITAL SIGNS

| BP mm/Hg | Ht.ft | Ht.in. | Ht.cm | Wt.lbf. | BMI kg/m2 | Pulse /min. | Resp /min. | Temp | Time | Measured by |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5.0 | 9.00 | 175.26 | 185.00 | 27.32 | | | | 8:39 AM | April Hines |

## PHYSICAL EXAM:
Incision was well healed. He had full range of motion. He had no evidence of infection. Sensation on gross exam was intact. He was neurovascularly intact.

## CLINICAL ASSESSMENT/PLAN:

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Nondisp fx of base of fifth MC bone, right hand, init (S62.346A). |
| 2. | Assessment | Carpal tunnel syndrome, right upper limb (G56.01). |

## Plan:
I did advise him it does talk a long time for that nerve to regenerate. It may never completely be perfect again, but in general, if he gives this plenty of time, it should continue to improve. We will see him back in our clinic as needed. If he has problems or issues in the future, we are happy to help out.

David Mason, PA-C/60001

Allen, Keith    000000272220 06/04/1988 08/03/2023 08:40 AM Page: 2/3

Keith Allen 000448

FROM                                                    (THU) SEP 28 2023 11:32/ST. 11:31/No. 7531756438 P   3

M2I830



| Patient: | Keith Allen |
|---|---|
| Date of Birth: | 06/04/1988 Age: 35 |
| Date: | 08/03/2023 8:40 AM |
| Visit Type: | Office Visit |

## CHIEF COMPLAINT:
Right carpal tunnel release, surgery date was 03/03/2023.

## HISTORY OF PRESENT ILLNESS:
1. Follow Up of rt hand

This 34-year-old inmate from Menard comes back for his followup. He states he is doing much better. Numbness and tingling is improved. It is not 100%, but it is getting better.

## PAST MEDICAL HISTORY (Detailed)

| Disease | Onset Date | Comments |
|---|---|---|
| Bipolar | | |
| PTSD | | |
| Arthritis | | |

## PAST SURGICAL HISTORY

| Management | Laterality | Date | Comments |
|---|---|---|---|
| R CTR | | 03/03/2023 | |

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is English.
Tobacco use status: Cigarette smoker.
Smoking status: Current every day smoker.

## FAMILY HISTORY (Detailed)

| Condition |
|---|
| Family history of Cardiovascular disease |
| Family history of Cancer, unknown |

Allen, Keith    000000272220 06/04/1988 08/03/2023 08:40 AM Page: 1/3

Keith Allen 000447