IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH ALLEN, #M21830, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 23-cv-3775-DWD |
| | ) |
| WEXFORD HEALTH SOURCES, INC, et al. | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT NICHOLAS FLORENCE, M.D.'S**
**MOTION FOR LEAVE TO DEPOSE INCARCERATED PLAINTIFF**

This Defendant, NICHOLAS FLORENCE, M.D., by and through his attorneys, James D. Sloan, Zachary G. Stillman, and LITCHFIELD CAVO LLP, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), for his Motion for Leave to Depose Incarcerated Plaintiff, Keith Allen, states as follows:;

    1.    Plaintiff, Keith Allen (IDOC No. M21830), is the named plaintiff in this action and is currently confined in Menard Correctional Facility.

    2.    Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of Court to depose an incarcerated individual.

    3.    Defendant seeks to take Plaintiff's deposition for the purpose of developing the factual record, evaluating Plaintiff's claims and alleged damages, and preparing defenses in this matter.

    4.    Defendant proposes that the deposition be conducted remotely by videoconference, at a mutually convenient date and time, subject to the procedures and requirements of Plaintiff's correctional facility.

5. Defendant will likewise coordinate with other counsel of record to facilitate attendance at the deposition.

6. The proposed deposition will be limited in duration as required by the Federal Rules of Civil Procedure and will not impose undue burden or prejudice on Plaintiff.

7. Good cause exists for granting leave, and the requested relief is proportional to the needs of the case under Rule 26(b)(1).

WHEREFORE, Defendant, NICHOLAS FLORENCE, M.D., respectfully requests that the Court grant leave permitting Defendant to depose Plaintiff while Plaintiff is confined, at a mutually convenient time and in a manner consistent with the facility's procedures, and for such other and further relief as the Court deems just and proper.

> Respectfully submitted,
> LITCHFIELD CAVO LLP
>
> By: */s/ Zachary G. Stillman*
> One of the Attorneys for Nicholas Florence, M.D.

James D. Sloan #6256682
Zachary G. Stillman #6342749
Litchfield Cavo LLP
303 West Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6650 Phone
sloanj@litchfieldcavo.com
stillman@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 23, 2025, I filed the foregoing document with the clerk of the U.S. District Court Southern District of Illinois ECF system. I also served this pleading via U.S. Mail to the address listed below.

　　　　　　　　　　　　　　　__/s/ Zachary G. Stillman_____

Keith Allen, M21830
Menard Correction Center
P.O. Box 1000
Menard, IL 62259