**LITCHFIELD CAVO LLP**
ATTORNEYS AT LAW
303 West Madison Street | Suite 300 | Chicago, IL 60606

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI $001.90
01/05/2026 ZIP 60606
043M31226938

-R-T-S- 622595213-1N  01/17/26
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

"PRIVILEGED" therefore it was opened in the mailroom. Please notify sender so mail can be marked accordingly.

RTS

FROM



WRITER'S ADDRESS:
303 West Madison Street | Suite 300
Chicago, IL 60606-3300
D (312) 781-6650
F (312) 781-6630

James D. Sloan
Email: Sloanj@LitchfieldCavo.com

January 5, 2026

Keith Allen – M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Re:   Keith Allen, M21830 v. Wexford Health Sources, Inc., et al.
      Case #: 23-cv-3775-DWD

Dear Mr. Allen,

Enclosed please find a copy of a CD my office received pursuant to subpoena from Menard Correctional Center.

Very truly yours,

Litchfield Cavo LLP

*James D. Sloan*

James D. Sloan

JDS/mld
Enclosure
cc:   All Counsel of Record (via regular mail)
      Zachary G. Stillman (via email)

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com



JB Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:  January 12, 2026

TO:  Litchfield, Cavo - Attorney's at Law

FROM:  Colleen Runge
Menard Correctional Center, Legal Department

SUBJECT: Return of Legal Media Device

---

To whom it may concern:

It is no longer an option to have the DVD's/storage devices viewed at the institution. DVD's/USBs are considered contraband and not allowed to be kept on the individual in custody's person or in cell. Please follow the steps below to have your DVD viewed by the individual in custody.

1. Send an email to DOC.MEN.VideoWrits@illinois.gov that includes any court order/subpoena that would constitute viewing of any video footage, and a date/time you are available.
2. Once you and the Video Writs coordinator have decided on a date and time, it will be your responsibility to come up with a zoom link for the meeting. Once you have done that forward that information to the DOC.MEN.VideoWrits@illinois.gov email address.
3. You will attend the zoom meeting and screen share the required media with your client.

Due to security staff shortage and lack of operable equipment this will be our procedure from now on. If you have any other questions, please reach out to the legal office. We will be happy to answer them. We ask that you do limit your contact with Video Writs until you are ready to complete the steps listed above.

Thank you,
Colleen Runge
Administrative Assistant I
Legal Department
Menard Correctional Center
618-826-5071 ext. 7894
colleen.runge@illinois.gov

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc