IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH ALLEN, M21830,   )
          Plaintiff,   )
          v.   )   No:   23-cv-3775-DWD
ROB JEFFREYS, WEXFORD HEALTH   )
SOURCES, INC., ANTHONY WILLIS,   )
DeANNA KINK, ANGELA CRAIN, J. CRANE,   )
ALISA DEARMOND, NICOLE BRAND,   )
M. MOLDENHAUER, N. FLORENCE,   )
N. YOUSUF, CLARA RICHMOND,   )
KELLY PIERCE, NURSE REV A,   )
NURSE SUZIE,   )
          Defendants.   )

### DEFENDANT NAVEED YOUSUF, M.D.'S MOTION TO OPT OUT OF MANDATORY MEDIATION

NOW COMES DEFENDANT, NAVEED YOUSUF, M.D., by and through his attorneys, Livingston, Barger, Brandt & Schroeder, LLP, pursuant to this Court's Instructions in its January 28, 2026, Order, referring this Case to Mediation (ECF No. 123), and for his Motion to Opt out of Mandatory Mediation, states as follows:

1.   On or around January 28, 2026, this Court entered its Mediation Referral Order referring this prisoner civil rights matter to a single mandatory mediation session and permitting any party to move to opt out within fourteen days upon a showing of "good cause" and must set forth specific and articulable reasons why mediation has no reasonable chance of being productive and identify when the case may be in a better posture to explore settlement. (ECF No. 123 at p. 2)

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com

2. Good causes exists to excuse Dr. Yousuf from mandatory mediation because mediation at this juncture has no reasonable likelihood of being productive as to him.

3. Plaintiff's claims against Dr. Yousef arise from his involvement as a radiologist who reviewed and interpreted an x-ray of Plaintiff's right hand, on or around September 2, 2021 and September 16, 2021.

4. There is no evidence that Dr. Yousuf had any further involvement in Plaintiff's medical care, treatment decisions, follow-up, or grievance process.

5. Dr. Yousuf is of the opinion that his interpretation of the September 2, 2021 and September 16, 2021 x-rays was within the applicable standard of care and to date, Plaintiff has offered no evidence challenging, or even addressing, that opinion.

6. Plaintiff's Eighth Amendment claim requires proof of deliberate indifference, which is a high standard requiring evidence that Dr. Yousuf knowingly disregarded a substantial risk of serious harm.

7. The state law negligence claim similarly lacks evidentiary support given the expert opinion confirming that Dr. Yousuf's interpretation met the standard of care.

8. There is no realistic settlement value attributable to him.

9. Moreover, any settlement payment made on behalf of Dr. Yousuf would be reportable to the National Practitioner Data Bank, whereupon a reportable

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com

payment would require disclosure by Dr. Yousuf to future employers and hospitals for credentialing and privileging purposes and may adversely affect his professional standing and future insurance premiums.

10. Because even a nominal settlement would carry significant processional consequences unrelated to the merits of the claims, Dr. Yousuf prefers to continue defending this case.

11. Under these circumstances, Dr. Yousuf respectfully requests that this Honorable Court excuse him from a mandatory mediation.

WHEREFORE, Defendant, Naveed Yousuf, M.D., respectfully requests that this Court find good cause and enter an Order excusing him from participation in the Mandatory Mediation Program and for such other and further relief as the Court deems just and proper.

                                  NAVEED YOUSUF, M.D., Defendant,

                                  By:   Livingston, Barger, Brandt & Schroeder, LLP

                                  By:   *s/Margaret M. Rhoades*
                                             Margaret M. Rhoades, #6329502
                                             E-Mail: mrhoades@lbbs.com

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2026, I filed the foregoing document with the clerk of the U.S. District Court Southern District of Illinois ECF system. I also served this pleading via U.S. Mail to the address listed below.

*s/ Margaret M. Rhoades*

Keith Allen, M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com