## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH ALLEN, M21830, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-03775-DWD |
| ) | |
| WEXFORD HEALTH SOURCES, INC., ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPT OUT OF MEDIATION

NOW COME the Defendants, KELLY PIERCE, ANTHONY WILLS, and ANGELA CRAIN, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b)(1)(A) move for an extension of sixty-one (61) days, up to and including April 13, 2026, to file any motion to opt out of mediation, stating as follows:

1. On January 28, 2026, the Court ordered the parties to engage in a single mandatory mediation session. (Doc. 123 at 2). The Court further ordered that any party may move to opt out of the mandatory mediation program within 14 days of the order. (*Id.*).

2. Plaintiff has not sent a settlement demand and, as a result, undersigned counsel does not know how Plaintiff values his case at this point. Nor does the undersigned have settlement authority.

3. Undersigned counsel sent a letter to Plaintiff on January 30, 2026, informing Plaintiff that the Court had referred the case to mediation and inquiring if there was a reasonable settlement demand Plaintiff wished for the Illinois Department of Corrections to consider. At the time of the filing of this motion, undersigned counsel has not received a response from Plaintiff.

4. At present, Defendants do not have enough information to determine if a mediation would

be productive in this case.

5.   Defendants respectfully request the Court direct Plaintiff to make a settlement demand of Defendants and allow Defendants an additional sixty (60) days, up to and including April 13, 2026, to file any motion to opt out of mandatory mediation. Such time will allow Defendants to evaluate Plaintiff's demand and determine whether mediation would be productive at that time.

WHEREFORE, Defendants respectfully request this honorable Court direct Plaintiff to make a settlement demand of Defendants and allow Defendants an additional sixty-one (61) days, up to and including April 13, 2026, to file a motion to opt out of mandatory mediation.

        Respectfully submitted,

        KELLY PIERCE, ANTHONY WILLS, and ANGELA CRAIN,

          Defendants,

        KWAME RAOUL, Attorney General,
        State of Illinois,

          Attorney for Defendants,

        By: s/Todd Nelson
          Todd Nelson, #6283617
          Assistant Attorney General
          500 South Second Street
          Springfield, Illinois 62701
          (217) 785-4555 Phone
          (217) 782-8767 Fax
          Email: Todd.Nelson@ilag.gov;
                GLS@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH ALLEN, M21830, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:23-cv-03775-DWD |
| WEXFORD HEALTH SOURCES, INC., *et al.* | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2026, the foregoing document, *Defendants' Motion for Extension of Time to Opt Out of Mediation* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James D. Sloan     sloanj@litchfieldcavo.com
Keith B. Hill     khill@heylroyster.com
Margaret Rhoades     mrhoades@lbbs.com
Peter W. Brandt     pbrandt@lbbs.com
Zachary G Stillman     stillman@litchfieldcavo.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Keith Allen
M21830
MENARD CORRECTIONAL CENTER
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

        Respectfully Submitted,

        By: s/Todd Nelson
        Todd Nelson, #6283617
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois 62701
        (217) 785-4555 Phone
        (217) 782-8767 Fax
        Email: Todd.Nelson@ilag.gov