SCANNED at MENARD and E-mailed
2/17/26 by CB  1 pages
Date   Initials   No.

2/9/26

Dear Clerk of the Court,

Hello, my name is Keith Allen-M01830, case name - Allen v. Wexford Health Source, Inc., case number - 3:23-cv-3775-DWD, Judge name - David D. Dugan, and I'm writing you to obtain ~~[struck through]~~ a copy of the 4 subpoenas the court signed and dated that plaintiff sent the court to get approved because, plaintiff has reason to believe they didn't get sent to where they were supposed to go. So can you please send plaintiff another copy of all 4 subpoenas he had the court approve, signed by the clerk, and dated so he can reserve them out to obtain the documents requested of x-ray films. And if plaintiff is required to pay for them, can you send me how much it'll cost to obtain another copy of them and who to make the check payable to, and the address to mail the check to in order to obtain a copy of the 4 subpoenas again. Thank You, Respectfully Requested - God Bless

Law Library Clerk Staff at Menard Correctional Center, can you please E-File this letter to the Clerk of the court at the following address: Clerk of The Court
United States District Court for the
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL. 62201



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Allen, Keith

ID Number: M21830

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    **Yes** or No

   If yes, please list case number: 3:23-CV-3775-DWD

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:    1

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Letter | 1 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.