2/15/26

Dear Clerk of the Court,

Hello my name is Keith Allen-M21830, in case name- Keith Allen-M21830 v. Wexford Health Source, Inc.; case number -23-cv-3775-DWD, Judge's name - David O. Dugan, and I'm writing you to obtain a copy of the 4 subpoenas Plaintiff, Keith Allen-M21830 filed with the court, that the court signed and dated after approving them - the Deputy Clerk Joshua Cowen on 11/13/25, with 14 Days after Receipt, for those subpoenaed to reply.

The 4 subpoenas were approved for: (1.) Menard C.C. Attn. Medical Records, (2.) Orthopa-edic Institute Southern Illinois, (3.) Menard C.C. Litigation Coordinator, (4.) Southern Illinois Healthcare, Brain and Spine Institute; which I need another copy of to resend out because I have reason to believe they didn't get sent where they were supposed to go since I haven't heard anything back yet. So can you please re-send me another copy of all 4 signed, dated and approved subpoenas to be able to obtain the documents requested of X-ray films and other records.

And if plaintiff is required to pay for a copy of them, can you send me how much it'll cost to obtain another copy of them, and who to make the check payable to, and the address to mail the check to in order to obtain a copy of the 4 subpoenas again.

Thank You, Respectfully Requested - God Bless!

Keith Allen - M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

MAIL CLEARED
US MARSHALS

Correspondence from
Individual in Custody
LEGAL
Legal Mail

US POSTAGE PITNEY BOWES
ZIP 62259
02 7W
$000.74
0008037385 FEB 17 2026

Clerk OF The Court
United States District Court for the
Southern District OF Illinois
750 Missouri Avenue
East St. Louis, IL. 62201

62201-295429

Legal Mail