UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

# VIDEO WRIT

| **Case Name:**<br>**Allen v. Wexford Health Source, Inc.** | **Case Number:**<br>23-cv-3775-DWD | **Type of Hearing:**<br>Mediation Session |
|---|---|---|
| | | **Length of Hearing:**<br>4 hours |

TO: THE WARDEN OF Menard Correctional Center

WE COMMAND that you make the following inmate(s) available at the designated Department of Corrections video conference facility to appear in the above proceeding with Court Appointed Mediator, Megan Arvola, at East St. Louis, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| Name | ID Number | Date to Appear | Time to Appear |
|---|---|---|---|
| Keith Allen | M21830 | 4/16/2026 | 9:30 AM |

Dated: March 3, 2026

MONICA A. STUMP, Clerk of Court

By: *s/ Kailyn Kramer,*
Deputy Clerk

cc: Menard Correctional Center Video Writ Coordinator
cc: Plaintiff, *Pro Se*
cc: Brenda Fletcher via email

CRD-08
Rev. 4/12