SEP 15 2025

9/9/25

Greetings Peter W. Brandt,

I am writing you on behalf of your client/defendant, N. Yousuf, in regards to the current civil suit in case number —3:23-cv-03775-DWD, to present an offer to your client to settle this dispute without further proceedings, once and for all, for the amount of $10,000 from your client N. Yousuf. If your client are interested in resolving this matter for the amount listed, I ask that you draft up a contract agreement and include that petitioner is to receive the money sent to his books (Inmate Prison Trust Fund Account) within 60 days of all the parties (N. Yousuf, His Attorney, Keith Allen, judge) agrees to the contracts terms and signs the contract agreement and to be filed and enforced through the courts.

Respectfully Requested - respond back at your earliest chance.

