3/8/26

Dear Margaret Rhoades,

Hello this is Keith Allen (n121830) and I hope this letter finds you to be in good health, spirits, and that God Blesses you with his presence. I'm writing you to inform you as to my settlement demand for your client Naveed Yousuf pursuant to the Judge's order. And my settlement demand to resolve this matter wi, Naveed Yousuf is $250,000. Thank you for your time, take care and God bless! Respectfully Requested!

Sincerely,

Keith

EXHIBIT
B