4/9/26

Dear Clerk of the Court,

Hello my name is Keith Allen - M21830, case number: 3:23-cv-03775 -DWD, ~~Judge David~~ W. Dugan, and Plaintiff, mailed certified a Big Legal Envelope, ~~Legal Mail~~ on 3/8/26, consisting of a "Motion For Appointment of An Expert Witness, a Memorandum of Law In Support, and attached Exhibits with the "Motion To Appoint Expert Witness", being 5 pages long, and The Memorandum of Law In Support" ~~being~~ 27 pages long, and approximately 40 pages of attached documented Exhibits, all to be filed with the clerk of The court in the court, and to forward a copy of it to all the defendant's lawyers of the record, because plaintiff mail the big Legal Envelope to "The United States District Court of The Southern District Of Illinois, 750 Missouri Ave., East St. Louis, Illinois. 62201, but I forget to Address it to the Clerk of the Court So I'm sending this letter as a follow-up to inform you, the clerk of the court to please file that "Motion For Expert Witness" with the Court for me along with the Memorandum of Law and Exhibits, Please! Thankfully Requested!

Keith Allen - M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

Keith Allen-M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

Correspondence from
Individual in Custody Mail
LEGAL

SAINT LOUIS MO 630
10 APR 2026 PM 4 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 62259 $ 000.74⁰
02 7W
0008037385 APR 10 2026

The Clerk OF The Court
United States District Court of
The Southern District of Illinois
750 Missouri Ave.
East St. Louis, IL. 62201

MAIL CLEARED U.S. MARSHALS

62201-295429



Legal Mail

RECEIVED

APR 13 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE