**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KEITH ALLEN,** ) | |
| ) | **Case No. 3:23-cv-03775-DWD** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **WEXFORD HEALTH SOURCE, INC.,** *et* ) | |
| *al.,* ) | |
| ) | |
| **Defendants.** | |

## <u>REPORT OF MEDIATION</u>

A mediation session was held on April 16, 2026. The outcome of the mediation session is as follows:

☐    **CASE HAS SETTLED**.
    ☐    A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..

    Or

    ☐    The parties request additional time to consummate the settlement.

☐    **CASE HAS SETTLED IN PART** and mediation will continue on Click or tap to enter a date..

☒    **CASE HAS SETTLED IN PART** and mediation is complete.

☐    **CASE DID NOT SETTLE** and mediation will continue on Click or tap to enter a date..

☐    **CASE DID NOT SETTLE. MEDIATION IS COMPLETE.**  The case will proceed pursuant to the Court's Scheduling Order.

☐    **OTHER. PLEASE EXPLAIN**.

Case has settled as to IDOC and Wexford Defendants. Case did not settle as to Defendants N. Florence and N. Yousuf.

DATED:  4/16/2026.

s/ Megan Arvola

Mediator