United States District Court For
The Southern District OF Illinois

Keith Allen - #M21830
        Plaintiff,

V.

Wexford Health Sources, Inc. et al.
        Defendants.

Case Number: 23-cv-3775-DWD

Honorable Judge: David W. Dugan

"Motion To Speak To Mediator Megan Arvola For Assistance In Possible Mediation With Defendants N. Florence and N. Yousuf"

Now comes Plaintiff, Keith Allen-M21830, Pro Se, requests to speak to Mediator Megan Arvola For Assistance In Possible Mediation with Defendants N. Florence and N. Yousuf.

(1.) On the 4/16/26 Mediation Session with defendants and Mediator Megan Arvola, she mentioned defendants N. Florence and N. Yousuf's position and reasons behind them.

(2.) Mediator Megan Arvola also informed me that she'd be willing to further assist me in possibly mediating a possible settlement between defendants N. Florence and N. Yousuf depending on the circumstances.

(3.) Mediator Megan Arvola also pointed out several other factors to me and possible options available to me in regards to possible mediation options, and other available options solely in my control in regards to resolving this matter between defendants N. Florence and N. Yousuf that I'd like to consider possibly and would like to know if I can get her assistance in facilitating if possible.

(4.) So if Mediator Megan Arvola can assist me in this matter can ones contact me by phone, mail, e-file etc, and I think it can be beneficial for the

(1.)

—remaining two defendant's N. Florence and N. Yousuf.

Respectfully Submitted,

Date: 4/26/26

Keith Allen - M21830

/s/ Keith Allen - #M21830
Pro se - Plaintiff.

"Certificate Of Service"

I, Keith Allen -# M21830, hereby certify that on 4/26/26, I caused the foregoing to be served by sending this motion to the Clerk of the Court to be filed at "The United States District Court, Southern District Of Illinois, 750 Missouri Avenue, East St. Louis, IL. 62201", by plaintiff placing it on 4/26/26 in Menard Correctional Center's institutional mail to be sent via USPS, and to be filed with the court and all attorneys of the record.

Respectfully Requested, Thanks You & God Bless!

Date: 4/26/26

Keith Allen - M21830
Keith Allen - M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

②

Keith Allen-1130
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

Correspondence from Individual In Custody

SAINT LOUIS MO 630
28 APR 2026 PM 9 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 62259 $ 000.74
02 7W
0008037385 APR 27 2026

MAIL CLEARED US MARSHALS

The Clerk of The Court of
The United States District Court,
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL. 62201

62201-295429



RECEIVED

APR 3 0 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE