IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Keith Allen, M21830

   Plaintiff,

V.

Wexford Health Sources, Inc.,

   Defendants.

Case No. 23-cv-3775-DWD

Honorable David W. Dugan

---

"Plaintiff's Motion For Extension Of Time For Discovery"

---

Now comes Plaintiff, Keith Allen-M21830, pro'se, seek a Motion for an extension of time for an 90 day period to continue pursuing Discovery for the following reasons and based on the following facts:

(1.) On 11/13/25, upon receipt of the four subpoenas plaintiff sent to the court for approval, the clerk-Joshua Cowen in the United States District Court for the Southern District of Illinois signed and approved all the four subpoenas sent to the court for approval. See (Doc. 112).

(2.) On 11/24/25, plaintiff sent a copy of all the four subpoenas to: (1) "Southern Illinois Healthcare, Brain and Spine Institute", (2.) "The Orthopaedic Institute Of Southern Illinois", (3.) "IDOC-Menard Correctional Center", (4.) "Menard Correctional Center-Litigation Coordinator", seeking to obtain copies the documents requested.

(3.) On approximately 12/8/2025, the "Southern Illinois Healthcare-Health Information Department" responded to plaintiff's subpoena request he sent to "Southern Illinois Healthcare, Brain & Spine Institute" on 11/24/25, stating: "We have reviewed your request for copies of medical records for Mr. Keith Allen. Unfortunately, we are unable to comply with your request (for copies of medical records) as the authorization is either invalid or incomplete for the reason(s): Notice to the person who issues or requests this subpoena; If this subpoena commands the production of documents, electronically stored information, or tangible things or the

(1.) of (5.)

~ inspection of promises before trial, a notice and copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. 45 (a)(4); Your subpoena needed to be sent to each party, not just SIH." Then instructed plaintiff that to receive copies of these medical records, please resubmit a valid/complete authorization form; we have enclosed our authorization form for your use. See (Exh. #4A).

(4.) On 2/9/26, plaintiff sent a letter to the clerk of the court requesting another copy of the four subpoenas because he had reason to believe they didn't get sent to where they were supposed to go. See (Doc. 128).

(5.) On 2/15/26, plaintiff sent a letter to the clerk of the court requesting another copy of the four subpoenas. See (Doc. 130).

(6.) On 2/19/26, the court issued an order granting plaintiff's request and for the court to reissue the subpoenas plaintiff requested, so he can resend them out to obtain the documents requested. See (Doc. 129).

(7.) On 2/23/26, plaintiff sent a copy of the "Southern Illinois Healthcare, Brain & Spine Institute" subpoena to all four defendants counsel of the record to satisfy Fed. R. Civ. P. 45(a)(4), under certified mail postage to defendant's lawyers; ① Litchfield Cavo LLP (Zachary G. Stillman), ② Heyl, Roster, Voelker & Allen P.C. (Keith B. Hill), ③ Attorney General State of Illinois (Kwame Raoul), ④ Livingston, Barger, Brandt & Schroeder, LLP (Peter W. Brandt), all by certified mail (Receipt #'s: #9589-0710-5270-1701-5623-99; #9589-0710-5270-1701-5624-05; #0710-5270-1701-5624-12; #9589-0710-5270-1701-5624-29. (See Exh. #4B).

(8.) On 2/24/26, plaintiff sent a copy of the "Orthopaedic Institute of Southern Illinois Medical Records Officer Supervisor" subpoena to all 4 defendants lawyers to satisfy Fed. R. Civ. P. 45 (a)(4) to: ① Litchfield Cavo LLP (Zachary G. Stillman), ② Heyl, Roster, Voelker & Allen P.C. (Keith B. Hill), ③ Attorney General State of Illinois (Kwame Raoul), ④ Livingston, Barger, Brandt

(2.) of (5.)

-½ Schroder, LPP (Peter W. Brandt), all by certified mail (Receipt #'s: 9589-0710-5270-1701 -5673-32; # 9589- 0710-5270-1701-5673-63; # 9589-0710-5270-1701-5673- 56; # 9589-0710-5270-1701-5673-49. See Exh. # "4C"

9.) On approximately 2/23/26, plaintiff sent a copy of the court approved subpoena to "SIH Medical Group-Health Information Department" by certified mail postage # 9589-07 -10-5270-1701-5624-81, but it wasn't a stamped original subpoena with the water mark stamped on it. (See Exh. # "4D").

10.) On 2/26/26, plaintiff sent a copy of the court approved subpoena to "The Orthopaedic Institute of Southern Illinois - Medical Records Office Supervisor", by certifie -d mail # 9589-0710-5270-1701-5624-43, but it wasn't a stamped original subpoena with the water mark stamp on it. (See Exh. # "4E").

11.) On 4/9/26, plaintiff sent a copy of the court approved Original stamped Subpoena with the water mark on it to the "Southern Illinois Healthcare Medical Group - Health Information Department" and " The Orthopaedic Institute of South -ern Illinois - Medical Records Office Supervisor" by certified mail #'s: 9589-0710-5270- 1701-5652-46, and # 9589-0710-5270-1701-5652-53. (see Exh. # "4F").

12.) On 4/9/26, plaintiff sent a copy of the " IDOC Menard Correctional Center - Litigation Coordinater" and "Menard C.C. — Attn: Medical Records Officer Supervisor" subpoenas to all four defendants' lawyers to satisfy Fed. R. Civ. 45 (a)(4) to: ① Litch -field Cavo LLP (Zachary G. Stillman), ② Heyl, Roster, Voelker ¿ Allen P.C. (Keith B. Hill), ③ Assistant Attorney General State of Illinois (Todd Nelson), ④ Livingston, Barger, Brandt ¿ Schroder, LPP (Peter W. Brandt), all by certified mail (Receipt #'s: # 9589-0710-5270-1701-5651-92; # 9589-0710-5270-1701-5652-22; # 9589-0710-5270 -1701-5652-15; # 9589-0710-5270-1701-5652-39. (See Exh. # "4G").

13.) On 4/13/26, plaintiff sent a copy of the court approved original stamped subpo -ena with the water mark on it to the "Menard C.C. -Attn: Medical Records Officer Super

③ of ⑤.

—visor" and the "IDOC Menard Correctional Center - Litigation Coordinator" by certified mail #'s: # 9589-0710-5270-1701-5655-98 (Medical Records officer Supervisor); and # 9589-0710-5270-1701-5655-81 (Litigation Coordinator), which they had 14 days to respond. (See Exh. # "4H").

14.) As of the current date plaintiff has not received any of the documents he's requested from either of the four third party - non-defendants whom he subpoenaed documents from, despite them being ordered by the court to produce them within 14 days after receipt, which deadline has since passed.

15.) Plaintiff's three motions for appointment of counsel has been denied, he's pro'se, and due to him having 8 defendants whom he were working to obtain evidence to support his claims against by utilizing, preparing, and drafting the various discovery tools, while also responding to defendant's discovery requests within the required timeframes, his time has been divided and spread thin, and now that he's settled his claims against 6 of his 8 defendants, he needs more time to obtain and gather the necessary supporting evidence against his two remaining defendants - Nicholas Florence and Naveed Yousuf to adequately prepare for a summary judgment motion and for trial.

16.) Plaintiff has also sent Production of documents requests to Wexford Health Sources, Inc. for documents relevant to claims that haven't been produced that's needed to help support his claims.

17.) Plaintiff also has a motion for the appointment of an Expert Witness - Radiologist or Orthopaedic Hand Specialist that will be necessary to help the trier of fact sort through the complex and conflicting evidence, consisting of medical misdiagnosis of X-ray films, medical malpractice, the worsening of plaintiff's injury, lessening the effectiveness of treatment provided, due to the delays and denials of being provided timely access to adequate medical treatment, and Eval from a qualified Medical Doctor - Orthopaedic

4. of 5.

-Hand Specialist, which motion is still pending and may lead to additional informat-ion that may need to be followed up on whether granted or not.

18.) Then due to various lockdowns at Menard Correctional Center, very limit-ed access to law library, and legal exchange materials held in storage, including the above mentioned reasons stated in which plaintiff is requesting a 90 day extention of Discovery to have a little more time to obtain his subpoenaed documents from third party non-defendants and responses from other discovery tool requests.

Date: 5/3/26

Keith Allen-M21830

Menard Correctional Center

P.O. Box 1000

Menard, IL. 62259

Respectfully Requested.

Keith Allen - M21830

/s/ Keith Allen - M21830

Plaintiff- Pro se

"Certificate Of Service"

I, plaintiff, Keith Allen-M21830, certify that on __5/3/26__ I placed the Motion titled "Plaintiff's Motion For Extention Of Time For Discovery" consisting of 5 pages and 8 attached Exhibits in Menard Correctional Center's institutional mail to be mailed via USPS certified mail to be filed with the Clerk of the Court of the United States District Court, For the Southern District Of Illinois, 750 Missouri Avenue, East St. Louis, IL. 62201, and for the Clerk of the court to please forward a copy of this motion titled "Plaintiff's Motion For Extention Of Time For Discovery" to all Attorneys of the record!

Date: 5/3/26

Respectfully Submitted, Thank You & God Bless!!!

Keith Allen-M21830

Keith Allen - M21830

Menard Correctional Center

P.O. Box 1000

Menard, IL. 62259

(5a) of (5.)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # 6.333      Date 2/3/20

Individual in
Custody Name _____ ID# 1121830    Housing Unit Cell # 10-33

Payee _____ Correctional Center     4 @ 5.30

Address P.O. Box 1000     4 @ .74

City, State, Zip Menard, IL. 62259

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of mailing/Postage For "Certified Mail Postage" For 4 Blank Envelopes!

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail. Legal Mail X 1

Individual in Custody Signature Keith Allen     ID# 1121830

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of 24 dollars and 6 cents. 46

Distribution: Business Office, Individual in Custody, Mail Room

Exhibit #"4 B"

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____    Date _____2/24/26_____

Individual in
Custody Name ___Keith Allen___    ID# __N21830__    Housing Unit __Cell # W-23___

Pay to ___Menard Correctional Center___    1 Cert @ 6.04

FEB 26 2026
LEGAL MAIL
MAILED OUT

Address ___P.O. Box 100___    1 cert @ 6.04

City, State, Zip ___Menard    IL. 62254___    1 cert @ 6.04

1 cert @ 6.04

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of ___mailing/postage for "Certified Mail Postage" For 4 Blank Envelopes!___
Legal mail

☑ I hereby authorize payment of postage for the attached mail.    ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.    X 4

Individual in Custody Signature ___Keith Allen___    ID# __N21830__

Witness Signature _____

☐ Approved  ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of ____24____ dollars and ____16____ cents.    4 Cert

9589 0710 5270 1701 5673 56

Distribution: Business Office, Individual in Custody, Mail Room    DOC 0296 (Rev. 8/2021)

9589 0710 5270 1701 5673 49    Printed on Recycled Paper    Exhibit #"4C"

Orthopaedic Institute of Southern Illinois Subpoena
Copy sent to all 4 defendants' lawyers Prior to satisfy
Fed. R. Civ. P. 45(a)(4)

Send To: SIU Medical Group
1239 E. Main St.
Carbondale, IL. 62901

Privileged Mail → Certified Mail Postage Form Inside Envelope

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____ 64317 _____    Date _2/23/26_____

Individual in
Custody Name _keith Allen_____    ID# _M21830_    Housing Unit _cell# 10-23_  West House

Pay to _Menard Correctional Center_____

Address _P.O. Box 1000_____

City, State, Zip _Menard, IL. 62259_____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Mailing/Postage for "Certified Mail Postage" - For 1 Blank Envelope/ X 1_____

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic   Privileged Mail
funds transfers to be placed in the attached mail.

Individual in Custody Signature _Keith Allen_____    ID# _M21830_____

Witness Signature _____    1 Cert 6.04

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _04_ cents.    1L

9589 0710 5270 1701 5624 81

Distribution:  Business Office, Individual in Custody, Mail Room    DOC 0296 (Rev. 8/2021)

*Printed on Recycled Paper*    Exhibit # "4D"

Subpoena Sent for Production of Documents the ~~first one~~ that was sent back because I didn't send certified ~~mail~~ copy of subpoena to defendants first. Second but not original subpoena

Send To: "The Orthopaedic Institute of Southern Illinois"
510 Lincoln Drive
Herrin, IL. 62948-6334

"Certified Mail Postage"
Please Pay For 1 blank Envelope

## ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____ 6-511 _____   Date _2/26/26_

Individual in
Custody Name _Keith Allen_   ID# _121830_   Housing Unit _Cell #10-23_

Pay to _Menard Correctional Center_   Cost 5.30

Address _P.O. Box 1000_   Cost .74

City, State, Zip _Menard, IL. 62259_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Postage/Postage for "Certified Mail Postage" +for 1 blank Envelope_   Privilege Mail

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _Keith Allen_   ID# _121832_

Witness Signature _____

**RECEIVED**
**FEB 27 2026**
**BY**

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 6 _____ dollars and _0 4_ cents.

Distribution: Business Office, Individual in Custody, Mail Room

_Printed on Recycled Paper_   Cost

DOC 0296 (Rev. 8/2021)

(Exhibit # 4 E)

9589 0710 5270 1701 5624 43

but not stamped

Sent to Orthopadic a Original Subpoenar after sending a copy to all defendants and

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____ 87396 _____   Date 4/9/26 _____

Individual in
Custody Name _keith allen_____   ID# _2153_   Housing Unit _CCH# 10-23_

Pay to _____

Address _____

City, State, Zip _____ IL. 62259 _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of ____certified mail postage + fed clerk envelopes! x2____

☒ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _keith allen_____   ID# _M21830_

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ____12___ dollars and _08_ cents.   2 cert @ 4.04 ea

9589 0710 5270 1701 5652 46          9589 0710 5270 1701 5652 53          0296 (Rev. 8/2021)

(Exhibit # "4F")

stamped Original Subpoenas sent Orthopaedic Hand Specialist & Nerve Specialist 3rd time

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____673374_____          Date _____4/9/26_____

Individual in
Custody Name _____Keith Illia_____   ID# _____M21830_____   Housing Unit _____West house Cell # 10-03_____

Pay to _____Menard Correctional Center_____

    Address _____P.O. Box 1000_____

    City, State, Zip _____Menard, IL 62259_____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____certified mail postage for 4 Large Envelopes (Legal Mail) x4_____

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic
                                                                        funds transfers to be placed in the attached mail.

Individual in Custody Signature _____Keith Illia_____   ID# _____M21830_____

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____25_____ dollars and _____32_____ cents.   4 cert @ 6.33 ea.

9589 0710 5270 1701 5651 92          9589 0710 5270 1701 5652 22

Distribution:  Business Office, Individual in Custody, Mail Room          DOC 0296 (Rev. 8/2021)

Printed on Recycled Paper

9589 0710 5270 1701 5652 15          9589 0710 5270 1701 5652 39   (Exhibit # "4G")

I sent a copy of both subpoenas to IDOC Menard C.C. Litigation Coordinator and Menard C.C. Medical Records office to all defendants lawyers of the record w.a a notice letter to satisfy Fed. R. Civ. P. 45(a).

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____   Date _4/13/_____

Individual in
Custody Name _____   ID# _____   Housing Unit _____

Pay to _____

　　Address _____

　　City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.　☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _____   ID# _____

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

9589 0710 5270 1701 5655 98 — Medical Records

Distribution:  Business Office, Individual in Custody, Mail Room

Printed on Recycled Paper

9589 0710 5270 1701 5655 81 — Litigation

DOC 0296 (Rev. 8/2021)

(Exhibit # "4H")

stamped — Original Subpoenas sent to them after serving them off all defendants both subpoenas at one time.

Exhibit #2914

Southern Illinois Healthcare
Health Information Department
1239 E. Main St.
Carbondale, IL 62901
Phone: (618) 457-5200
12/8/25

Allen, Keith
Menard Correctional Center
711 Kaskaskia St.
Menard, IL  62259

RE:    Request to inspect or copy or obtain copy of health records
       Records of: Mr. Keith Allen
       MRN: 1537618
       Date of Birth: 6/4/1988
       Date request received: 12/8/2025

Dear Allen, Keith,

We have received your request for copies of medical records for Mr. Keith Allen.
Unfortunately, we are unable to comply with your request as the authorization is either
invalid or incomplete for the following reason(s):

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the
inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before
it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Your Subpoena needed to be sent to each party, not just SIH.

To receive copies of these medical records, please resubmit a valid/complete
authorization form. We have enclosed our authorization form for your use.

Should you have any questions, you may contact us Monday through Friday, 8:00 a.m.
until 4:30 p.m. CST.

Sincerely,

Release of Information Representative