## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH ALLEN, M21830,

     Plaintiff,

v.

ROB JEFFREYS, WEXFORD HEALTH SOURCES, INC., ANTHONY WILLIS, DeANNA KINK, ANGELA CRAIN, J. CRANE, ALISA DEARMOND, NICOLE BRAND, M. MOLDENHAUER, N. FLORENCE,  N. YOUSUF, CLARA RICHMOND, KELLY PIERCE, NURSE REV A, NURSE SUZIE,

    Defendants.

Case No. 23-cv-3775-DWD

Honorable David W. Dugan, Judge Presiding

### NOTICE OF CHANGE OF FIRM FOR NICHOLAS FLORENCE, M.D.

Undersigned counsel for Defendant Nicholas Florence, M.D., hereby notifies the Court and Counsel that, effective April 24, 2026, he has changed law firms. All future communications, correspondence, pleadings, and other filings should be sent to:

James D. Sloan
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 669-9758
James.Sloan@fmglaw.com

Dated: May 13, 2026

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

/s/ *James D. Sloan*
Counsel for Nicholas Florence, M.D.

Page **1** of **2**

James D. Sloan (ARDC #6256682)
Freeman Mathis & Gary, LLP
33 N. Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 669-9758
James.Sloan@fmglaw.com