**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

KEITH ALLEN, M21830,                        )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )    Case No. 3:23-cv-03775-DWD
                                            )
WEXFORD HEALTH SOURCES, INC.,               )
*et al.*                                    )
                                            )
        Defendants.                         )

## JOINT STATUS REPORT

NOW COME the Defendants, KELLY PIERCE, ANTHONY WILLS, and ANGELA CRAIN ("IDOC DEFENDANTS"), by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois; and WEXFORD HEALTH SOURCES, INC., JILIAN CRANE, ALISA DEARMOND, and MICHAEL MOLDENHAUER ("WEXFORD DEFENDANTS"), by and through their attorney, Keith B. Hill of HEYL, ROYSTER, VOELKER & ALLEN, P.C; and in compliance with the Court's April 16, 2026, Order (Doc. 140), hereby provide this joint status report, stating as follows:

1.      On April 16, 2026, Plaintiff and the above-named Defendants reached an agreement to settle this matter.

2.      On April 16, 2026, the Court directed Plaintiff and the above-named Defendants to file a joint status report that addresses whether the settlement has been finalized, whether the above-named Defendants may be dismissed from the case, and any other pertinent topics. (Doc. 140).

3.      On May 1, 2026, a Settlement Agreement and General Release (Settlement Agreement) as to the IDOC Defendants was sent to Plaintiff for his signature. Counsel for the

Case No. 3:23-cv-03775-DWD                               Page 1 of 4

IDOC Defendants has not yet received Plaintiff's signed Settlement Agreement, nor any other communication from Plaintiff; therefore, the Settlement Agreement as to the IDOC Defendants has not yet been fully executed.

4.    Because the settlement has not yet been finalized, the IDOC Defendants should not yet be dismissed from this case.

5.    Counsel for the Wexford Defendants has prepared a draft Release and draft Stipulation for Dismissal, and has asked his assistant to schedule a telephone call for him and Plaintiff to discuss these documents prior to sending Plaintiff the release for signature.

6.    Because the settlement has not yet been finalized, the Wexford Defendants should not yet be dismissed from this case.

WHEREFORE, for the above and foregoing reasons, the above-named Defendants respectfully request this Honorable Court accept this Joint Status Report in compliance with the Court's April 16, 2026, Order.

Respectfully submitted,

| KELLY PIERCE, ANTHONY WILLS, and ANGELA CRAIN, | WEXFORD HEALTH SOURCES, INC., JILIAN CRANE, ALISA DEARMOND and MICHAEL MOLDENHAUER, |
|---|---|
| Defendants, | |
| | Defendants, |
| KWAME RAOUL, Attorney General, State of Illinois, | |
| | By: s/ Keith B. Hill |
| | Keith B. Hill, ARDC #6277660 |
| Attorney for Defendants, | |
| | HEYL, ROYSTER, VOELKER & ALLEN, P.C. |
| By: s/Todd Nelson | Suite 100, Mark Twain Plaza III |
| Todd Nelson, #6283617 | 105 West Vandalia |
| Assistant Attorney General | Edwardsville, Illinois 62025 0467 |
| 500 South Second Street | Telephone (618) 656-4646 |
| Springfield, Illinois 62701 | Facsimile (309) 420-0402 |
| Telephone (217) 785-4555 | Email khill@heylroyster.com |
| Facsimile (217) 782-8767 | |
| Email Todd.Nelson@ilag.gov; | |
| GLS@ilag.gov | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

KEITH ALLEN, M21830,            )
                                )
       Plaintiff,               )
                                )
v.                              )    Case No. 3:23-cv-03775-DWD
                                )
WEXFORD HEALTH SOURCES, INC.,   )
*et al.*                        )
                                )
       Defendants.              )

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on May 18, 2026, the foregoing document, *Settlement Status Report* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James D. Sloan    sloanj@litchfieldcavo.com
Keith B. Hill    khill@heylroyster.com
Margaret Rhoades    mrhoades@lbbs.com
Peter W. Brandt    pbrandt@lbbs.com
Zachary G Stillman    stillman@litchfieldcavo.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Keith Allen
M21830
MENARD CORRECTIONAL CENTER
711 Kaskaskia Street
PO Box 1000
Menard, IL 62259

              Respectfully Submitted,

              By: <u>s/Todd Nelson</u>
                Todd Nelson, #6283617
                Assistant Attorney General
                500 South Second Street
                Springfield, Illinois 62701
                (217) 785-4555 Phone
                (217) 782-8767 Fax
                Email: Todd.Nelson@ilag.gov