In The United States District Court
For The Southern District OF Illinois

Keith Allen - M21830,

      Plaintiff,

V.

Wexford Health Sources, Inc., et al.

      Defendants.

Case No. 3:23-cv-03775-DWD

Honorable Judge David W. Dugan

"Plaintiff's Response To Defendant's Joint Status Report"

Now comes Plaintiff, Keith Allen - M21830, Pro se states in response to the court's April 16, 2026, order (Doc. 140), hereby and in response to defendant's joint status report, stating as follows:

(1.) On April 16, 2026, Plaintiff and the above-named Defendants reached an agreement to settle this matter.

(2.) On April 16, 2026, the court directed plaintiff and the above-named defendants to file a joint status report that addresses whether the settlement has been finalized, whether the above-named Defendants may be dismissed from the case, and any other pertinent topics. (Doc. 140).

(3.) On May 1, 2026, a settlement Agreement and General Release (settlement Agreement) as to the IDOC Defendants was sent to plaintiff for his signature. Counsel for IDOC Defendants has not yet received Plaintiff's signed Settlement Agreement, nor any other communication from plaintiff; therefore, the Settlement Agreement as to the IDOC Defendants has not yet been fully executed.

(4.) Because the settlement has not yet been finalized, the IDOC Defendants should not yet be dismissed from this case defendants states.

(5.) Counsel for Wexford Defendants has prepared a draft Release and draft Stipulation for Dismissal, and has asked his assistant to schedule

page (1) of (4.)

~a telephone call for him and plaintiff to discuss these documents prior to discuss these documents prior to sending plaintiff the release for signature.

(6.) Because the settlement has not yet been finalized, the Wexford Defendant -s should not yet be dismissed from the case the defendants state.

(7.) Plaintiff, received defendant's Attorney - Todd Nelson's, "Settlement Agreem -ent and General Release" which consisted of a four page document that set out the agreement in full, with a line on the last page for plaintiff -to sign if he agrees, and plaintiff received it in the mail on 5/11/26.

(8.) Plaintiff, Keith Allen-M21830, signed the "Settlement Agreement and General Release" form in agreement on 5/11/26, in which he filled out the "Authorizatio -n for Payment" form to pay for "Certified mail Postage" for the mailing of it to be sent to Todd Nelson to finalize the Agreement, by placing it in Menard Correctional Center's Institutional mail to be mailed out via the United States Postal Service with the Certified mail Postage tracker on it to confirm it reached it's destination, yet for whatever reason the Menard C.C.'s mailroom staff ignored my request to pay for certified mail postage for this particular piece of mail and sent it out regular mail postage and only charged me .71¢ for the stampt to send out the 1 blank envelope with the "Settlement Agreement and General Release' papers inside it, which is shown via the attached Exhibits #1, #2, #3, which now explains why defendants Attorney Todd Nelson didn't receive it upon the date of their filing of their "Joint Status Report", yet it could possibly have got sent out and ~~they~~ just didn't receive it in the mail yet with it still being in route with them receiving it soon because I did mail it out! (See Exhibits #1, #3, #3.)

Page (2.) of (4.)

(9.) Plaintiff just received defendant's "Joint Status Report" in Menard C.C.'s legal mail yesterday on 5/27/26, and I didn't know defendant's Attorney didn't receive the signed "Settlement Agreement and General Release" he mailed out to them on 5/11/26 which is the same day he received the "Settlement Agreement and General Release" in Menard C.C.'s Institutional Mail via legal mail, but they may have received it in the USPS mail as of the current date, and plaintiff's going to write defendant's Attorney Todd Nelson today to see if he received it by now, and if not to please resend it so plaintiff can resign it and get it to him in the mail to finalize this "Settlement Agreement." See Attached Exhibit #4 (copy of Letter to Todd Nelson").

(10.) Plaintiff haven't received any correspondence nor Settlement Agreement for him to sign from Wexford, nor any "Draft Release and Draft Stipulation for Dismissal", nor has he received any telephone call from Wexford's assistant, as of the current date, which they feel is necessary prior to sending to plaintiff for release for signature.

(11.) Defendant's state that because the settlement has not yet been ~~finalized~~ finalized, the Wexford Defendant's should not yet be dismissed from this case.

(12.) Plaintiff states that if defendants IDOC and Wexford aren't interested in settling this matter as to their defendants to just communicate that to him, so we can proceed with the case.

(13.) Plaintiff asks this honorable court to give him and the defendants an extention of time to finalize the settlement if that's something they're still interested in doing, and due to the confusion and delays by defendants in finalizing the settlement Agreement, plaintiff asks can you grant his motion for a 90 day extention of discovery since the defendants won't be dismissed from his case, and the settlement Agreement is being delayed and not finalized, and in the event defendants decide to

page (3) of (4.)

— to change there mind about settling this matter.

Wherefore, for the above and foregoing reasons, the above-named defend -nts respectfully request this Honorable Court accept plaintiff's Response To Defendant's Joint Status Report" in compliance with the court's April 16, 2022, Order.

Keith Allen - M21830

Menard Correctional Center

P.O. Box 1000

Menard, IL. 62259

Respectfully Submitted, By: Keith Allen
Plaintiff Pro Se Signature

## "Certificate of Service"

I, plaintiff, Keith Allen - M21830, certify that I placed that the following motion title: "Plaintiff's Response To Defendant's Joint Status Report", consisting of "___4___" pages and "5 pages of" attached exhibits in Menard Correctional Center's Institution -al mail on May 28, 2026 to be sent via USPS certified mail postage to the Clerk of the Court for United States District Court of Illinois, 750 Missouri Avenue, East St. Louis, IL. 62301, to be filed with the court and please can you forward it to all defendant's counsel of the record.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as aforesaid that he verily believes that same to be true.

Keith Allen - M21830

Menard Correctional Center

P.O. Box 1000

Menard, IL. 62259

Respectfully Submitted By: /s/ Keith Allen
Plaintiff's Pro Se Signature.

Date: 5/28/26

page 4. of 4.

Exhibit #4 (p. #2926.)

5/28/26

Greetings Todd Nelson,

Hello this is Keith Allen-M21830 and hopefully all is well on your end. I received the "Joint Status Report" you filed stating that you haven't received the "Settlement Agreement and General Release (Settlement Agreement) with my signed signature on it as of to the date 5/18/26 the day you filed the "Joint Status Report", and that you haven't heard from me either. So I'm writing you to let you know that I received the "Settlement Agreement" in the mail on 5/11/26 and I signed it and sent it out to you in the mail the same night, and that it might still be in route to you if you haven't received it by the date of this letter, and that I still was interested in finalizing the Settlement Agreement with the IDOC defendants, as agreed upon. Though if you don't receive my signed Settlement Agreement and General Release form by the time you receive this letter could you please just resend it to me in the mail for me to resign it and mail it to you as soon as possible to finalize the settlement Agreement.

Respectfully Requested!

Sincerely,

Keith

page 1 of 2

<u>"Certificate Of Service"</u>

I, plaintiff, Keith Allen-M21830, certify that I placed the following "Letter To Todd Nelson Pertaining to the settlement Agreement", consisting of 2 pages, in Menard correctional center's Institutional mail on May <u>28</u>, 2026 to be sent via USPS certified mail postage to the defendant's Attorney Todd Nelson at the Attorney General, state of Illinois, 500 South Second Street, Springfield, IL. 62701, ~~and as coresponding as aforesaid~~

~~and~~    Under penalties as provided by law pursuant to section 1-109 of the Code of civil procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as aforesaid that he verily believes the same to be true.

Keith Allen-M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

<u>Respectfully Submitted By:</u> /s/ Keith Allen
Plaintiff's Pro Se Signature

Dated: 5/28/26

page (2.) of (2.)

ILLINOIS DEPARTMENT OF CORRECTIONS

Authorization for Payment

Exhibit #7

Posting Document # _____     Date _____

Individual in Custody Name _Keith Allen_____   ID# _N21830___   Housing Unit _Cell # 2-13_

Pay to _Menard C.C._____

   Address _P.O. Box 1000_____

   City, State, Zip _Menard, IL. 62259_____

MAY 12 2026
LEGAL MAIL

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Certified Mail Postage + 1 Blank Envelope x 1_

Legal Mail

☒ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Individual in Custody Signature _Keith Allen_____   ID# _N21830_____

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

RECEIVED
MAY 12 2026

Postage applied in the amount of _____ dollars and _74_ cents. _IL_

_Legal_

Distribution:  Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)



Sent settlement papers Out!

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____ 63371 _____                    Date 5/10/21 _____

Individual in
Custody Name _____ Keith Allen _____    ID# M21830 _____ Housing Unit Cell# Z-18 ____

Pay to _____ Menard Correctional Center _____         Cert. 5.30

Address _____ P.O. Box 1000 _____

City, State, Zip _____ To US Dist Crt Clerk st 2.44

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of ___ Certified Mail Postage -- 1 Big Manilla Envelope x 1   Legal Mail

[X] I hereby authorize payment of postage for the attached mail.    [ ] I hereby request information on electronic
                                                                         funds transfers to be placed in the attached mail.

Individual in Custody Signature _____ Keith Allen _____    ID# M21830

Witness Signature _____

[ ] Approved  [ ] Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of ____ 7 ____ dollars and __ 74 __ cents.        1 flat

Distribution: Business Office, Individual in Custody, Mail Room        Printed on Recycled Paper        DOC 0296 (Rev. 8/2021)

9589 0710 5270 2262 4029 26

Supplemental Motion to attach exhibits to Admissions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$ 5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$ 7.74

Sent To US Dist Ct Clerk
Street and Apt. No., or PO Box No. 750 Missouri Ave
City, State, ZIP+4® E. St Lou  IL 62201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

92 6206 2922 0259 0720 6856

Allen L 2
M21836

"Exhibit #3"

MAY 13 236
Postmark Here

CHESTER IL 62233

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047

Keith Allen-M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL. 62259

Correspondence from
Individual in Custody
Legal Mail

SAINT LOUIS MO 630

29 Mar 2026 PM 7 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 62259
02 7W
0008037385 MAY 29 2026
$006.33⁰

MAIL CLEARED US MARSHALS

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2262 4034 80

Office OF The Clerk
United States District Court
Southern District OF Illinois
750 Missouri Ave.
East St. Louis, IL. 62201

62201-295429

Legal Mail

RECEIVED

JUN 0 1 2026

CLERK, US BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS