905-189

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEITH ALLEN, #M21830, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-3775-DWD |
| | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF
JILIAN CRANE, ALISA DEARMOND, AND
MICHAEL MOLDENHAUER WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by the parties that, pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants JILIAN CRANE, ALISA

DEARMOND, and MICHAEL MOLDENHAUER are DISMISSED with prejudice. Each party

shall bear their own costs and fees.


/s/ Keith Allen (with consent)
Keith Allen
Plaintiff, *pro se*

 /s/ Keith B. Hill_____
HEYL, ROYSTER, VOELKER &
ALLEN, P.C.
Keith B. Hill, #6277660
105 West Vandalia, Suite 100
Edwardsville, Illinois 62025
618.656.4646
khill@heylroyster.com
edwecf@heylroyster.com
**Attorney for Jilian Crane, Alisa
Dearmond, and Michael Moldenhauer**