IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH ALLEN, M21830,                            )
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )        No:    23-cv-3775-DWD
                                                )
ROB JEFFREYS, WEXFORD HEALTH                    )
SOURCES, INC., ANTHONY WILLIS,                  )
DeANNA KINK, ANGELA CRAIN, J. CRANE,            )
ALISA DEARMOND, NICOLE BRAND,                   )
M. MOLDENHAUER, N. FLORENCE,                    )
N. YOUSUF, CLARA RICHMOND,                      )
KELLY PIERCE, NURSE REV A,                      )
NURSE SUZIE,                                    )
                Defendants.                     )

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

NOW COMES DEFENDANT, NAVEED YOUSUF, M.D., by and through his attorneys, Livingston, Barger, Brandt & Schroeder, LLP, and for his Response to Plaintiff's Motion for Extension of Time for Discovery states as follows:

1.      Plaintiff's cause of action was filed on November 22, 2023. (Doc. #1).  The parties were ordered to make initial disclosures on or before May 16, 2024. (Doc. #51).

2.      Thereafter, this Court entered a Scheduling Order on or around July 17, 2025. (Doc. #98). The Scheduling Order mandated that all discovery would be completed by May 18, 2026. The Order specifically noted that the Court, "…encourages the parties to conduct discovery in a timely manner."

3.      On or around May 7, 2026, Plaintiff filed his Motion for Extension of Time for discovery, elaborating that he had sent out a number of subpoenas that had required correction and had not received a response from the subpoenaed entities. (Doc. #144). Additionally, Plaintiff argues an extension of discovery is necessary because he has not

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail:  pbrandt@lbbs.com
E-Mail:  rhoades@lbbs.com

obtained an expert to review his medical records and there has been no ruling on his Motion for Appointment of an Expert, filed April 13, 2026. (Doc. #138).

4.    In order to promote efficiency in civil proceedings, the courts are required to issue a scheduling order to limit the time to join other parties, amend pleadings, complete discovery, and to file dispositive motions. *Fed. R. Civ. P.* 16(b). Once filed, scheduling order deadlines, "…may be modified only for good cause and with the judge's consent." *Id.*

5.    Plaintiff has had a year to seek the documents requested from the subpoenaed entities. Additionally, some of the subpoenaed entities seemed to be current or former Defendants to this action, who would have produced relevant documentation within their initial disclosures.

6.    Similarly, at the institution of this action, Plaintiff should have been aware that in order to support his cause of action for a state law medical negligence claim, he would require an expert to opine as to the standard of care and causation. Instead, Plaintiff waited until a month before the close of discovery to seek assistance from this Court in obtaining an expert. Neither of these reasons provide good cause to extend discovery in this matter.

7.    Additionally, prior to receiving a ruling on Plaintiff's Motion for Extension of Time for Discovery, but after close of discovery per the July 17, 2025 Scheduling Order, Plaintiff propounded on Defendant, Dr. Yousuf, twenty-four (24) Interrogatories, a First Set of Requests to Admit totaling one hundred and seven (107) Requests, as well as a

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail:  pbrandt@lbbs.com
E-Mail:  rhoades@lbbs.com

Second Set of Requests to Admit totaling ninety-two (92) Requests. Per the Scheduling Order, Plaintiff is limited to fifteen (15) Interrogatories and ten (10) Requests to Admit.

8.      Plaintiff had ample opportunity to issue written discovery beginning in July of 2025. Plaintiff offers no reason, let alone good cause, for propounding an exorbitant amount of written discovery requests following the close of discovery. If this Court grants Plaintiff's Motion for Extension of Time, this would allow Plaintiff to backdoor additional delay.

9.      Plaintiff has offered no good cause for why the discovery deadline should be extended, besides his own procrastination and delay, and Defendant would be unfairly prejudiced by any such extension; therefore, Plaintiff's motion should be denied.

WHEREFORE, Defendant, NAVEED YOUSUF, M.D.,  respectfully requests this Court deny Plaintiff's motion and for such other and further relief as the Court deems just and proper.

NAVEED YOUSUF, M.D.,  Defendant,

By:    LIVINGSTON, BARGER, BRANDT & SCHROEDER, LLP

By:    s/ Margaret M. Rhoades

Margaret M. Rhoades

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail:  pbrandt@lbbs.com
E-Mail:  rhoades@lbbs.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>June 8, 2026</u>, I filed the foregoing document with the clerk of the U.S. District Court Southern District of Illinois ECF system. I also served this pleading via U.S. Mail to the address listed below.

*s/Margaret M. Rhoades*

Keith Allen, M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

James D. Sloan
Freeman, Mathis & Gary, LLP
33 N. Dearborn Street
Suite 1430
Chicago, IL 60602
E: James.Sloan@fmglaw.com

Todd Nelson, #6283617
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
todd.nelson@ilag.gov
ashley.drowns@ilag.gov
gls@ilag.gov
kristen.swift@ilag.gov
megan.heriford@ilag.gov

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail:  pbrandt@lbbs.com
E-Mail:  rhoades@lbbs.com