**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

KEITH ALLEN, #M21830,        )
                                     )
      Plaintiff,            )
                                     )
v.                           )      No. 23-cv-3775-DWD
                                     )
WEXFORD HEALTH SOURCES,   )
INC, et al.                  )
                                   )
      Defendants.         )

**NICHOLAS FLORENCE, M.D.'S MOTION TO JOIN CO-DEFENDANT'S MOTION AND TO STRIKE OR ALTERNATIVELY LIMIT PLAINTIFF'S DISCOVERY REQUESTS**

This Defendant, Nicholas Florence, M.D., by and through his attorneys, James D. Sloan and Freeman, Mathis & Gary, LLP, respectfully moves this Honorable Court for the entry of an order (1) granting Dr. Florence leave to join in Defendant Dr. Naveed Yousuf's Response to Plaintiff's Motion for Extension of Time for Discovery, and (2) striking or, alternatively, limiting Plaintiff's untimely and excessive written discovery. In support of this motion, Dr. Florence states as follows:

1.      Counsel for Dr. Yousef filed his Response to Plaintiff's Motion for Extension of Time for Discovery on June 8, 2026.  Dr. Florence moves to join the arguments contained in Dr. Yousef's response brief.

2.      This Court entered a Scheduling Order on July 17, 2025, requiring that all discovery be completed by May 18, 2026.  (Doc. #98.)

3.      Plaintiff had ample opportunity – approximately 18 months from the filing of his complaint and 10 months from the entry of the Scheduling Order – to issue written discovery to the Defendants.

4.      Plaintiff failed to propound timely written discovery requests.  Instead, on May

24 and May 25, 2026, Plaintiff mailed to Dr. Florence[1] the following:

- o First Set of Requests to Admit (114 requests);
- o Interrogatories to Nicholas Florence, M.D. (24 interrogatories); and
- o Second Set of Requests to Admit (72 requests).  (*See Exhibit A*, Plaintiff's written discovery to Nicholas Florence, M.D.)

5.    At the time this discovery was propounded, no ruling had been entered granting Plaintiff additional time to conduct discovery, and Plaintiff has provided no good cause for propounding the discovery after the discovery closure date.

6.    Even if this Court were to allow Plaintiff to file it, the discovery exceeds the limits imposed by the Scheduling Order.

7.    This Court's Scheduling Order limited Plaintiff to:

- o Fifteen (15) interrogatories; and
- o Ten (10) requests to admit.  (Doc #98.)

8.    The number of Plaintiff's requests and interrogatories not only exceeds the maximum allowable under this Court's Scheduling Order, the discovery requested is not proportional to the needs of the case, and responding to the discovery and requests to admit would impose an undue burden on Dr. Florence.

9.    Plaintiff offers no justification for waiting until after the close of discovery to serve extensive written discovery.

10.    Allowing Plaintiff to proceed with this discovery would effectively nullify the Court's Scheduling Order.

11.    Dr. Florence would be unfairly prejudiced by having to respond to such extensive and untimely discovery after the close of discovery.

---

[1] The undersigned did not receive the written discovery requests until June 4, 2026.  Plaintiff mailed the discovery to this writer's former law firm, and an attorney at that law firm emailed it to the undersigned on June 4.

12.     If the Court declines to strike the discovery in its entirety, Dr. Florence requests that the Court limit any required responses in accordance with its Scheduling Order, with additional time allowed such that Dr. Florence may adequately answer the discovery.

WHEREFORE, Defendant Nicholas Florence, M.D. respectfully requests that this Honorable Court grant this motion and enter an order (1) granting Dr. Florence leave to join in Dr. Naveed Yousuf's Response to Plaintiff's Motion for Extension of Time for Discovery, and (2) striking or, alternatively, limiting Plaintiff's untimely and excessive written discovery requests.  This Defendant further requests any additional relief that this Court may deem just and appropriate.

Respectfully submitted,

FREEMAN MATHIS & GARY, LLP

*/s/ James D. Sloan*
James D. Sloan
One of the Attorneys for Defendant,
NICHOLAS FLORENCE, M.D.

James D. Sloan, (ARDC. #6256682)
FREEMAN MATHIS & GARY, LLP
33 N. Dearborn St., Suite 1400
Chicago, Illinois 60602
Tel: (773) 669-9758
James.Sloan@FMGLaw.com