OneRadiology
Normal, IL 61761
Date : 8/26/2021

ALLEN, KEITH
ID#: M21830
D.O.B.: 6-4-88
Ordered by: Crane
Menard Correctional Center

THREE VIEWS OF THE RIGHT HAND 8-20-2021:

HISTORY: Status post fall.

FINDINGS: Dependent edema.

FINDINGS: No evidence of acute fracture or malalignment. Normal joint spaces and mineralization is preserved. The soft tissues are unremarkable.

IMPRESSION: Unremarkable radiographs of the right hand.

Signed _____
N. Florence, M.D.

Dic.: 08/26/2021

Films from Menard Correctional Center

Exhibit B

OneRadiology
Normal, Illinois
September 2, 2021


ALLEN, KEITH
ID #: M21830
DOB: 06-04-88
Ordered by: Crane NP
Menard Correctional Center

RIGHT HAND THREE VIEWS 08-31-2021

HISTORY: Pain.

FINDINGS:
Three views of the right hand are submitted. The joint spaces are intact. No fracture, destructive or erosive abnormality. The soft tissues are unremarkable. If symptoms persist or progress, a follow-up study may be considered.

Signed_____

N. Yousuf, M.D.


Dic: 09-02-2021

Films from Menard Correctional Center

OneRadiology
Normal, IL 61761
Date: 09/16/2021

ALLEN, KEITH
ID#: M21830
D.O.B.: 6-4-88
Ordered by: Dearmond
Menard Correctional Center

RIGHT HAND, THREE VIEWS 9-14-2021:

HISTORY: Injury and pain.

Mild degenerative changes are seen, but no acute bony fracture or dislocation is noted on this initial study. There is mild soft tissue swelling of the thenar and hypothenar eminences. If symptoms persist or progress a follow up study may be considered.

Signed _____

N. Yousuf, M.D.

Dic.: 09/16/2021

Films from Menard Correctional Center











