# Nicholas Florence, M.D.

## Carle BroMenn Medical Center – Department of Radiology

1304 Franklin Ave, Normal, IL 61761

NRFlorence1@gmail.com

**State of Licensure:** Illinois

**American Board of Radiology Certification:** September 1, 2021

**Professional Experience**

| | |
|---|---|
| 2021-2023 | Bloomington Radiology |
| | Attending Diagnostic Radiologist |
| | Normal, IL |
| 2023- | Carle BroMenn Medical Center |
| | Attending Diagnostic Radiologist |
| | Normal, IL |

**Education**

| | |
|---|---|
| 2006-2011 | B.S. in Nuclear Engineering |
| | Minor in Chemistry |
| | University of Illinois at Urbana-Champaign, Urbana-Champaign, IL |
| 2011-2015 | M.D. |
| | Medical College of Wisconsin, Milwaukee, WI |
| 2015-2016 | Transitional Year Internship |
| | Wheaton Franciscan St. Joseph Hospital (Medical College of Wisconsin Affiliated Hospitals), Milwaukee, WI |
| 2016-2020 | Diagnostic Radiology Residency |
| | University of Chicago Medicine, Chicago, IL |
| 2020-2021 | Musculoskeletal Imaging Fellowship |
| | University of Chicago Medicine |
| | NorthShore University HealthSystem, Evanston, IL |

Nicholas Florence, M.D.   1

Exhibit C

**Honors and Awards**

2009        Alpha Nu Sigma, National Honor Society in Nuclear Engineering
            University of Illinois at Urbana-Champaign

2018        Musculoskeletal Radiology Section Outstanding Resident Award
            University of Chicago Medicine

**Oral Presentations**

1. **Florence N**, Dreger N, Krolikowski M, Fedderly R, Simpson P, Cao Y, Pelech A. Phrenic nerve injury in the single ventricle population. Talk presented at the Midwest Pediatric Cardiology Society annual meeting. September 2012. Milwaukee, WI.

2. **Florence N**. Intracranial neoplasms. Talk presented at radiology/pathology conference for grand rounds. January 2016. Milwaukee, WI.

3. **Florence N**, Miller C. A case of pathological fracture of the femur from breast cancer metastasis. Talk presented at medical pathology conference for grand rounds. January 2016. Milwaukee, WI.

4. **Florence N**. A case of acute mitral regurgitation. Talk presented at adverse event conference for grand rounds. April 2016. Milwaukee, WI.

5. **Florence N**, Landeras L. Clinical Conundrum: Pulmonary Embolism or a Puff of Smoke? (Utilizing 4D CTA to differentiate flow artifact related to systemic-to-pulmonary collateral vascular shunting from pulmonary embolism in severe end-stage fibrotic lung disease). Talk presented at the Society of Thoracic Radiology Annual Meeting. March 2020. Palm Springs, CA.

**Educational Exhibits**

1. **Florence N**, Magee A, Dachman A. Hard to swallow: Esophageal lichen planus. Presented at the Society of Abdominal Radiology Annual Meeting. March 4-9, 2018. Scottsdale, AZ.

2. **Florence N**, Jo S, Stacy G, Thomas S. Hardware hardships: Imaging complications of total hip arthroplasties. Presented at the American Roentgen Ray Society Annual Meeting. April 22-27, 2018. Washington, DC.

**Book Chapters**

1. **Florence N**, Finkle J. Chapter: Musculoskeletal Radiology. *Pediatric Anesthesia Illustrated.* Clebone A, Burian B (Eds.). Oxford University Press. In Press, 2019.

2. **Florence N**, Thomas S. Chapter 6: Musculoskeletal Imaging. *Radiology 101: The Basics and Fundamentals of Imaging.* Smith W, Farrell T (Eds.). Fifth Edition. Philadelphia: Wolters Kluwer / Lippincott Williams & Wilkins Health; 2019.

**Leadership**

2012-2013    Community Service Chair, American Medical Association
Medical College of Wisconsin

2012-2013    President, Medical Student Spouse and Significant Other Association
Medical College of Wisconsin

2019-2020    Medical Student Lead Educator – Radiology Rotation
University of Chicago Pritzker School of Medicine

**Professional Organizations**

2016-          Radiology Society of North America

2016-          American Roentgen Ray Society

2016-          American College of Radiology

                   Illinois Radiological Society

2020-          Illinois State Medical Society

Nicholas Florence, M.D.   3