## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH ALLEN, #M21830,                )
                                     )
    Plaintiff,              )
                                     )
v.                                   )    No. 23-cv-3775-DWD
                                     )
WEXFORD HEALTH SOURCES,              )
INC, et al.                          )
                                     )
    Defendants.             )

## AFFIDAVIT OF NICHOLAS FLORENCE, M.D.

I, Nicholas Forence, M.D., hereby state and affirm that if called upon to testify in this matter, I can truly and competently testify as follows:

1.    I am over eighteen (18) years of age, of sound mind, and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2.    I am a defendant in the matter of *Keith Allen, #M21830 v. Wexford Health Sources, Inc. et al.*, a case proceeding in the Southern District of Illinois under docket number 2023-cv-003775-DWD.

3.    I have reviewed the plaintiff's complaint at law.

4.    I am a physician licensed to practice medicine in the State of Illinois and am board certified in diagnostic radiology. Attached to this affidavit as **Exhibit D-1** is my *curriculum vitae*.

5.    I have never been disqualified as an expert by any court of law. I have never had any expert medical opinions disqualified in any court of law, administrative forum, or other proceeding.

6.    I am currently employed as a diagnostic radiologist at Carle BroMenn Medical Center, located at 1304 Franklin Avenue, Normal, Illinois 61761.

Exhibit D

7. I became employed by Carle BroMenn Medical Center in 2023.

8. Prior to becoming employed by Carle BroMenn Medical Center, I worked as a diagnostic radiologist at Bloomington Radiology (a/k/a "OneRadiology"), located at 2200 Fort Jesse Road, Suite 280, Normal, Illinois 61761, from 2021 to 2023.

9. On information and belief, Bloomington Radiology had a contract with the Illinois Department of Corrections (IDOC) to interpret imaging studies taken of IDOC inmates.

10. I am familiar with the standard of care applicable to diagnostic radiologists.

11. On August 26, 2021, I reviewed and interpreted three x-ray films of Keith Allen's right hand. Those x-rays were taken on August 20, 2021, at the Menard Correctional Center.

12. Paper copies of the August 20, 2021, x-rays of Mr. Allen's right hand are attached to this affidavit as **Exhibit D-2**.

13. In August 2021, the procedure for a radiologist at Bloomington Radiology to interpret x-rays taken at Menard Correctional Center was as follows:

    a. Staff at Menard Correctional Center would mail or send by priority mail the x-ray films to Bloomington Radiology for interpretation;

    b. A radiologist at Bloomington Radiology would be assigned to interpret the x-rays;

    c. The radiologist would review the x-rays on a light box;

    d. The radiologist would prepare a report summarizing his or her findings;

    e. The radiologist would send the report to Menard Correctional Center; and

    f. A staff member at Bloomington Radiology would send the x-rays back to Menard Correctional Center by mail or priority mail.

14. The foregoing was the custom and practice by which a radiologist at Bloomington Radiology such as me would interpret x-rays taken at Menard Correctional Center.

15.     On information and belief, I interpreted Keith Allen's right hand x-rays taken on August 20, 2021, pursuant to the procedure set forth in paragraph 13 above.

16.     Attached to this affidavit as **Exhibit D-3** is the report I prepared on August 26, 2021, interpreting the x-rays of Mr. Allen's right hand. The report states in pertinent part:

> FINDINGS: No evidence of acute fracture or malalignment. Normal joint spaces and mineralization is preserved. The soft tissues are unremarkable.
>
> IMPRESSION: Unremarkable radiographs of the right hand.

17.     Since the filing of this action, I received on CD-ROM and reviewed the x-rays taken of Mr. Allen's right hand on August 20, 2021.

18.     In my opinion, to a reasonable degree of medical certainty, my interpretation of the right hand x-rays, as summarized in my report dated August 26, 2021, complied with the standard of care applicable to diagnostic radiologists in the State of Illinois. I base my opinion on my education, training and experience working as a diagnostic radiologist.

19.     To my knowledge, I have never met, interacted with, or examined Keith Allen in-person.

20.     To my knowledge, I have provided Keith Allen with no medical treatment since August 26, 2021.

FURTHER, AFFIANT SAYETH NOT.

NICHOLAS FLORENCE, M.D.

Subscribed and Sworn to before me
This _11_ day of June, 2026.

CLAUDIA KARALUCH

CLAUDIA KARALUCH
Official Seal
Notary Public - State of Illinois
My Commission Expires Jan 13, 2027