Exhibit D-2

