OneRadiology
Normal, IL 61761
Date : 8/26/2021

ALLEN, KEITH
ID#: M21830
D.O.B.: 6-4-88
Ordered by: Crane
Menard Correctional Center

THREE VIEWS OF THE RIGHT HAND 8-20-2021:

HISTORY: Status post fall.

FINDINGS: Dependent edema.

FINDINGS: No evidence of acute fracture or malalignment. Normal joint spaces and mineralization is preserved. The soft tissues are unremarkable.

IMPRESSION: Unremarkable radiographs of the right hand.

Signed _____
N. Florence, M.D.

Dic.: 08/26/2021

Films from Menard Correctional Center

Exhibit D-3