IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEITH ALLEN, M21830, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No:    23-cv-3775-DWD |
| | ) | |
| ROB JEFFREYS, WEXFORD HEALTH | ) | |
| SOURCES, INC., ANTHONY WILLIS, | ) | |
| DeANNA KINK, ANGELA CRAIN, J. CRANE, | ) | |
| ALISA DEARMOND, NICOLE BRAND, | ) | |
| M. MOLDENHAUER, N. FLORENCE, | ) | |
| N. YOUSUF, CLARA RICHMOND, | ) | |
| KELLY PIERCE, NURSE REV A, | ) | |
| NURSE SUZIE, | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

NOW COMES DEFENDANT, NAVEED YOUSUF, M.D., by and through his attorneys, Livingston, Barger, Brandt & Schroeder, LLP, and for his Motion for Summary Judgment states as follows:

1.      Plaintiff, Keith Allen, is an inmate at Menard Correctional Center and alleges several causes of action against Defendant, Dr. Naveed Yousuf related to Dr. Yousuf's limited involvement in his care and treatment following a right-hand injury in August of 2021. (Doc # 1).

2.      Plaintiff's Complaint alleges that Dr. Yousuf was deliberately indifferent to a serious medical need, intentionally inflicted emotional distress, and violated the standard of care. (Doc # 1).

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com

1

3.    On August 26, 2021, September 2, 2021, and September 16, 2021, Dr. Yousuf reviewed x-ray films of Plaintiff's right hand and authored respective reports detailing his findings, following the custom and practice of his radiology group, Bloomington Radiology. (Doc # 1 - 1, pgs. 29, 32, and 38).

4.    The undisputed facts establish that Dr. Yousuf's only involvement with the Plaintiff was his arms-length review of x-ray films. Dr. Yousuf did not direct his care and did not ever physically examine or interact with the Plaintiff.

5.    Plaintiff cannot sustain his Eighth Amendment civil rights action, his state law intentional infliction of emotional distress action, or his state law medical malpractice action because the evidence simply does not support them. Therefore, Dr. Yousuf is entitled to summary judgment as a matter of law.

6.    Contemporaneously with the filing of this motion, Defendant is filing a Memorandum of Law, which is incorporated by reference.

WHEREFORE, Naveed Yousuf, M.D. requests this Court grant summary judgment in his favor and for such other and further relief as this Court deems just and proper.

NAVEED YOUSUF, M.D., Defendant,

By: LIVINGSTON, BARGER, BRANDT
    & SCHROEDER, LLP

By: /s/ Margaret M. Rhoades
    Margaret M. Rhoades

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>June 17, 2026</u>, I filed the foregoing document with the clerk of the U.S. District Court Southern District of Illinois ECF system. I also served this pleading via U.S. Mail to the address listed below.

Keith Allen, M21830
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

James D. Sloan
Freeman, Mathis & Gary, LLP
33 N. Dearborn Street
Suite 1430
Chicago, IL 60602
E: James.Sloan@fmglaw.com

Todd Nelson, #6283617
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
todd.nelson@ilag.gov
ashley.drowns@ilag.gov
gls@ilag.gov
kristen.swift@ilag.gov
megan.heriford@ilag.gov

By: /s/ Margaret M. Rhoades
Margaret M. Rhoades

Peter W. Brandt – #6185150
Margaret M. Rhoades - #6329502
Livingston, Barger, Brandt & Schroeder, LLP
115 W. Jefferson St., Suite 400
Bloomington, Illinois 61701-3457
E-Mail: pbrandt@lbbs.com
E-Mail: rhoades@lbbs.com