**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Keith Allen, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 23-cv-03775-DWD |
| | ) | |
| Rob Jeffreys, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

Plaintiff Keith Allen moves for an extension of the discovery deadline. (Doc. 144). Defendant Naveed Yousuf, M.D. opposes the motion. (Doc. 152). Defendant Nicholas Florence, M.D. moves to join Dr. Yousuf's opposition and to strike or alternatively limit Plaintiff's recently served written discovery. (Doc. 153).

For the reasons below, Plaintiff's Motion for Extension of Time for Discovery (Doc. 144) is **GRANTED**. Dr. Florence's Motion to Join Co-Defendant's Motion and to Strike or Alternatively Limit Plaintiff's Discovery Requests (Doc. 153) is **GRANTED**.

## I.    Background

Plaintiff proceeds pro se in this civil-rights action arising from alleged inadequate medical care for a right-hand injury. The Court's Scheduling Order required discovery to be completed by May 18, 2026. (Doc. 98). Plaintiff moved to extend discovery on May 7, 2026, before that deadline expired. (Doc. 144). He seeks additional time primarily because of delays in obtaining documents through third-party subpoenas, which caused subsequent delays in conducting other discovery.

Defendants oppose an extension as unnecessary and object to written discovery Plaintiff served near or after the discovery deadline. Dr. Yousuf states that Plaintiff served him, after the discovery deadline, 24 interrogatories and two sets of requests to admit totaling 199 requests. (Doc. 152, pp. 2-3). Dr. Florence states that Plaintiff served him, after the deadline, 24 interrogatories and two sets of requests to admit totaling 186 requests. (Doc. 153, p. 2). The Scheduling Order limits Plaintiff to 15 interrogatories and 10 requests to admit. (Doc. 98).

## II.    Discussion

Because Plaintiff moved to extend discovery before the existing deadline expired, the motion is governed by Federal Rules of Civil Procedure 6(b)(1)(A) and 16(b)(4). The Court may extend a deadline for good cause. Fed. R. Civ. P. 16(b)(4). In evaluating good cause, the Court considers the diligence of the party seeking the extension and the practical circumstances affecting compliance with the schedule.

Plaintiff has shown good cause for an extension of the discovery deadline. His motion identifies problems obtaining documents through previously authorized third-party subpoenas, including defects identified by a subpoena recipient, efforts to correct those defects, and continuing delays before the discovery deadline expired. Plaintiff also moved before the deadline passed. Under those circumstances, additional time is warranted.

However, Defendants' objections to Plaintiff's written discovery are well taken. The discovery served on Dr. Florence and Dr. Yousuf exceeded the numerical limits in the Scheduling Order. The appropriate remedy is to strike those written-discovery

2

requests and permit Plaintiff to submit new discovery requests that comply with the Scheduling Order and the Federal Rules of Civil Procedure.

### III.    Disposition

Plaintiff's Motion for Extension of Time for Discovery (Doc. 144) is **GRANTED**.

The discovery deadline is **EXTENDED** to September 10, 2026.

The dispositive-motion deadline is **EXTENDED** to November 13, 2026.

Defendant Nicholas Florence, M.D.'s Motion to Join Co-Defendant's Motion and to Strike or Alternatively Limit Plaintiff's Discovery Requests (Doc. 153) is **GRANTED**. Dr. Florence's joinder in Dr. Yousuf's opposition is allowed.

Plaintiff's written discovery requests served on Dr. Florence and Dr. Yousuf and identified in Docs. 152 and 153 are **STRICKEN**. No response is required to those discovery requests, and no request for admission contained in them is deemed admitted. Trial will be set, if necessary, after the Court rules on any dispositive motions or after the dispositive-motion deadline passes.

**SO ORDERED.**

Dated: June 17, 2026

_____
DAVID W. DUGAN
United States District Judge

3