7/30/26

Dear Clerk of the Court,

Hello my name is Keith Allen-M21830, case number: 3:23-cv-03775-DWD, Judg name: David W. Dugan, and I'm writing to update the court and defendant's to my address change since I've been transfered to the following new location:

Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764.

Address:

Keith Allen-M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764
/S/ Keith allen -M21830

Thank You, Respectfully Requested/

United States District Court
For The Southern District of Illinois
750 Missouri Ave
East St.Louis, IL. 62201

Page ① of ②.

"Certificate of Service"

I, plaintiff, Keith Allen - M21830, certify that I placed the following: "letter to the Clerk for Address Change Update", in Pontiac Correctional Center's Institutional Mail on July 30, 2026 to be sent via USPS mail service to The Clerk of the Court at "The United States District Court for the Southern District of Illinois, 750 Missouri Ave, East St. Louis, IL. 62201.

Under penalties as provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as aforesaid that he verily believes the same to be true.

Keith Allen -M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

Date: 7/30/26

Submitted By: /s/ Keith Allen
Plaintiff's - Pro Se Signature

Page ② of ②.

Keith Allen #M42825
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

Case 3:23-cv-03775-DWD    Document 162    Filed 08/10/26    Page 3 of 4    Page ID #3541

Individual in Custody Correspondence
Illinois Department of Corrections

FIRST-CLASS

US POSTAGE ᴹᴾ PITNEY BOWES

ZIP 61764  $ 000.78⁰
02 7W
0008048014 AUG 03 2026

CHAMPAIGN IL 618
3 AUG 2026 PM 5 L

MAIL CLEARED US MARSHALS

Clerk of The Court
The United States District Court
For The Southern District of Illinois
750 Missouri Ave
East St. Louis, IL. 62201

62201-295429

RECEIVED

AUG 10 2026

CLERK U.S. DISTRICT COURT
SOUT