In The United States District Court
For The Southern District OF Illinois

Keith Allen - # M21830,
Plaintiff,

vs. ) No. 23-CV-3775-DWD

Wexford Health Sources, et al.,
Defendants.

Plaintiff's Motion To Voluntarily Dismiss With Prejudice of His Civil Complaint Against Remaining Two Defendants

Plaintiff, Keith Allen-# M21830, seeks to Voluntarily Dismiss With Prejudice His Civil Procedure Against the Remaining Two Defendants pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) for the following reasons:

1.) Plaintiff would like to voluntarily dismiss his civil suit against the remaining parties with prejudice which was also presented to him at the Mediation session with the Mediation Expert appointed by the court pertaining to defendant's Nicholas Florence and Naveed Yousuf.

2.) Plaintiff has written both defendants Nicholas Florence and Naveed Yousuf, attorney's Zachary G. Stillman at Litchfield Cavo LLP, 303 W. Madison St., Suite 300, chicago, IL, 60606 and Peter W. Brandt at Livingston Barger, Brandt & Schroeder LLE, 115 W. Jefferson Street, Suite 400, Bloomington, IL. 61701, certified mail # 7018-3090-0001-6046-8889 and # 7018-3098-0001-6046-8902 sending both of them a letter seeking to accept the previous settlement agreement option presented to voluntarily dismiss plaintiff's claims against the two remaining defendants - Nicholas Florence and Naveed Yousuf, on 8/9/26.

3.) Due to a series of unforeseen events pertaining to family problems, other dire matters, and lack of time and resources I'm unable to continue -

-pursuing this suit against the remaining defendants.

4.) First, as it pertains to family matters, my son lives in Milwaukee named Tyson Allen, and he's been experiencing severe mental health issues that has led to him commiting an armed robbery with a Knife at the age of 17, which was outside his character, and he's been arrested and is currently in the county jail awaiting a psche eval, and it costed him his job and prevented him from enrolling in school, and it has caused me severe mental anguish and I'm having to try and figure out what's going on with him, and see what I can do to help him out. All of which is preventing me from continuing pursuing this case.

5.) Also, I'm currently fighting my criminal case on appeal which is getting close to the time I must file my brief to amend my postconviction and I need to track down some Key witnesses whom I have to get Affidavits from to support my claims, which is also taking up a lot of my time and resources.

6.) Then, I still haven't received the agreed upon settlement money from Wexford's attorney Keith B. Hill yet to be able to have the other remaining defendant Wexford dismissed upon receipt of agreed upon payment, even though I've sent him two signed, dated and notarized settlement agreement papers as required for him to finalize the settlement agreement and send me the agreed upon amount via check to my new address at Pontiac Correctional Center, 700 W. Lincoln Street, Pontiac, IL. 61764, which is also affecting the necessary resources needed to continue pursuing the case, along with all ~~my~~ motions for appointment of counsel being denied among other matters.

Therefore, for all the above mentioned reasons, plaintiff would like to ask this Honorable Court to allow him leave to Voluntarily Dismiss with Prejudice his civil

-complaint against the remaining two defendants Nicholas Florence and Naveed Yousuf, and his entire complaint upon him receiving the agreed upon settlement payment in the mail from Wexford's attorney Keith B. Hill, which will allow Wexford the last and only defendant that'll be remaining to be dismissed from this case, which the check should be getting sent and could possibly already be in route as we speak since it's already been about a month since I signed the settlement agreement papers to finalize the agreement, and mailed it to Wexford's attorney - Keith B. Hill to resolve this entire matter. Plaintiff also ask that the court orders all parties to cover their own costs pertaining to this suit as well.

Thank You, God Bless, and Respectfully Requested!

/s/ Keith Allen
Pro Se Litigant - Plaintiff

Keith Allen - M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

"Certificate OF Service"

The undersigned hereby certifies that on this 23rd day of August, 2026, the foregoing was placed in the institutional mail in Pontiac Correctional Center sent via USPS mail certified mail postage to be filed with the clerk of the Court of the United States District Court for the Southern District of Illinois, 750 Missouri Ave, East St. Louis, IL. 62201, to be filed with the Clerk of the Court using the CM/ECF system, and I request that the Clerk of the Court to forward a copy of this motion titled; "Plaintiff's Motion To Voluntarily Dismiss With Prejudice of his Civil Complaint Against Remaining Two Defendants;" to all counsel of the record representing all defendants.

/s/ Keith Allen - M21830
Pro Se - Plaintiff

Keith Allen - M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

"Declaration"

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. /s/ Keith Allen

Date: 8/23/26

Address:
Keith Allen - M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

Keith Allen - M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

MAIL C... US MARSHALS

CERTIFIED MAIL

CHAMPAIGN IL 618
27 AUG 2026 PM 5

7021 2720 0002 5308 2511

US POSTAGE IMI PITNEY BOWES
ZIP 61764 $ 010.98⁰
02 7W
0008048014 AUG 24 2026

Clerk OF The Court of
The United States District Court
For the Southern District OF Illinois
750 Missouri Ave,
East St. Louis, IL. 62201

MAIL CLEARED US MARSHALS

Individual in Custody
Correspondence
Illinois Department
of Corrections

FIRST-CLASS

62201$2364 0002

Retail

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
FCM LETTER
PONTIAC, IL 61764
AUG 26, 2026

62201

$0.00

RDC 99

RECEIVED
AUG 31 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Legal Mail

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE