**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| KEITH ALLEN, M21830<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCE, INC., *et al.*,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case no. 3:23-cv-03775-DWD<br><br>Honorable David W. Dugan |

## STIPULATION TO DISMISS

NOW COME the Plaintiff, KEITH ALLEN, *pro se,* and the Defendants, ANGELA CRAIN, KELLY PIERCE, and ANTHONY WILLS, by their attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

Keith Allen -M21830      9/1/26
Plaintiff      Date
Keith Allen

Todd Nelson      9/11/2026
Todd R. Nelson      Date
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555