905-189

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEITH ALLEN, #M21830,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-cv-3775-DWD |

**JOINT MOTION TO DISMISS**
**WEXFORD HEALTH SOURCES, INC. WITH PREJUDICE**

NOW COME Plaintiff, KEITH ALLEN, and Defendant, WEXFORD HEALTH SOURCES, INC., and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, jointly move for an order dismissing Defendant WEXFORD HEALTH SOURCES, INC. with prejudice. Each party shall bear its own costs and fees.

/s/ Keith Allen (with consent)
Keith Allen
**Plaintiff, *pro se***

/s/ Keith B. Hill
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Keith B. Hill, #6277660
105 West Vandalia, Suite 100
Edwardsville, Illinois 62025
khill@heylroyster.com
edwecf@heylroyster.com
**Attorney for Wexford Health Sources, Inc.**

905-189

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **16th** day of **September, 2026**, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

And I hereby certify that on this **16th** day of **September, 2026**, I mailed by United States Postal Service, the document to the following non-registered participant:

Keith Allen, #M21830
Pontiac Correctional Center
700 West Lincoln Street
Pontiac, IL 61764
**Plaintiff - PRO SE**