**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **KEITH ALLEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 3:23-cv-3775-DWD** |
| | ) | |
| **ROB JEFFREYS, ET AL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JUDGMENT IN A CIVIL ACTION**

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by the Court on September 21, 2026 (Doc. 167), this matter is DISMISSED with prejudice as to all claims regarding Defendants Florence, Yousuf and Wexford Health Sources, Inc.

Pursuant to the Order entered on January 26, 2024 (Doc. 11), Defendants the claims against Defendants Jeffreys, Kink, Brand, Richmond, Reva and Suzie were DISMISSED without prejudice.

Pursuant to the Order entered on June 5, 2026 (Doc. 151), all claims against Defendants Crane, Dearmond and Moldenhauer were DISMISSED with prejudice.

Pursuant to the Ordered entered on September 15, 2026 (Doc. 165), all claims against Defendants Crain, Pierce and Wills were DISMISSED with prejudice.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: September 22, 2026**

**MONICA A. STUMP, Clerk of Court**

______________________
**Deputy Clerk**

**Approved:** ______________________
**David W. Dugan, U.S. District Judge**