In The United States District Court
For The Southern District OF Illinois

| | |
|---|---|
| Keith Allen-M21830<br>Plaintiff,<br>v.<br>Wexford Health Sources, Inc., et al.,<br>Defendants. | No. 23-cv-3775-DWD |

"Joint Motion To Dismiss Nicholas Florence With Prejudice"

Now come plaintiff, Keith Allen, and Defendant, Nicholas Florence, by their attorney, James D. Sloan, and hereby pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, jointly move for an order dismissing Defendant Nicholas Florence with prejudice as a result of an agreed upon "Stipulation To Dismiss" all claims and the case against him. The following "Stipulation To Dismiss" is enclosed to be filed and enforced with the court by plaintiff, Keith Allen, pro se.

Date: 9/21/26
/S/ Keith Allen (with consent)
Keith Allen-M21830
Pontiac Correctional Center
700 W. Lincoln Street
P.O. Box 99
Pontiac, IL. 61764

"Certificate Of Service"

I, Keith Allen-M21830, certify that I placed the titled Motion: "Joint Motion To Dismiss Nicholas Florence With Prejudice" and a Signed and dated "Stipulation To Dismiss" in Pontiac Correctional Center's institutional mail to be mailed out Certified mail postage via the USPS to be sent to The Clerk of the Court to be filed at: The United States District Court for the Southern District of Illinois, 750 Missouri Ave, East St. Louis, IL. 62201 on September 21, 2026, and plaintiff please asks the clerk to forward a copy to all parties of the record. Respectfully Requested!

Keith Allen-M21830
Pontiac Correctional Center
700 West Lincoln Street
Pontiac, IL. 61764
Pro Se Plaintiff.

Pursuant to 28 U.S.C. § 1746, I certify and declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

Date: 9/21/26

Name: /s/ Keith Allen-M21830
Plaintiff Pro Se

Keith Allen-M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

Keith Allen- M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

CERTIFIED MAIL

7021 2720 0002 5308 2757

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 61764 $ 010.98⁰
02 7W
0008048014 SEP 22 2026

MAIL CLEARED US MARSHALS

Clerk Of The Court
The United States District Court
For The Southern District OF Illinois
750 Missouri Ave
East St. Louis, IL. 62201

lual in Custody
spondence
; Department
rections

RECEIVED

SEP 23 2026
12:22 PM

6220132954 0002

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Legal Mail

RECEIVED
SEP 28 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Retail
RDC 99
62201
U.S. POSTAGE PAID
FCM LETTER
PONTIAC, IL 61764
SEP 24, 2026
$0.00
R2305K136734-98

Ind
Cor
Illin
of C

SPC507
9-24-26