In The United States District Court
For The Southern District of Illinois
East St. Louis Division

| | |
|---|---|
| Keith Allen - M21830, Plaintiff, | |
| v. | Case No. 23-cv-03775-DWD |
| Wexford Health Sources, Inc., et al., Defendant(s). | Honorable David W. Dugan |

"Stipulation To Dismiss"

Now come the plaintiff, Keith Allen, pro se, and the Defendant, Nicholas Florence, by their attorney, James D. Sloan, and hereby stipulate to the dismissal of this case with prejudiced pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The plaintiff and defendant agree as follows

(1.) The lawsuit shall be dismissed with prejudice and without leave to reinstate.

(2.) Each party shall bear their own attorney fees, costs, and expenses.

AGREED:

Keith Allen — 9/21/26
Plaintiff Keith Allen Signature — Date

[signature] 9/15/26

[redacted]

James D. Sloan
Freeman Mathis & Gary, LLP
33 North Dearborn Street
Suite 1400
Chicago, IL. 60602
773-669-9758

→ on behalf of Nicholas Florence, M.D.

Keith Allen - M21830
Pontiac Correctional Center
700 W. Lincoln Street
Pontiac, IL. 61764

CERTIFIED MAIL

7021 2720 0002 5308 2757

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 61764 $ 010.98⁰
02 7W
0008048014 SEP 22 2026

MAIL CLEARED US MARSHALS

Clerk of The Court
The United States District Court
For The Southern District OF Illinois
750 Missouri Ave
East St. Louis, IL. 62201

...ual in Custody
...spondence
... Department
...rrections

RECEIVED

SEP 23 2026
12:22 PM

6220132954 0002

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

Retail

UNITED STATES POSTAL SERVICE

RDC 99

62201

U.S. POSTAGE PAID
FCM LETTER
PONTIAC, IL 61764
SEP 24, 2026

$0.00

R2305K136734-88

Legal Mail

RECEIVED
SEP 28 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

SPC507
9-21-26
SJ

Ind
Cor
Illin
of C